JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAMES COPPEDGE

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff **DELAWARE (KENT)**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James Coppedge, Attorney-In-Fact, (215) 913-1485

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| [x] 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | **IMMIGRATION** | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 462 Naturalization Application | | |
| | 555 Prison Condition | 465 Other Immigration Actions | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
HJR-192 AND P.L. 73-10 (48) Stat 112-113 ),[ 430 BANKS AND BANKING]

Brief description of cause:
unlawful debt collection praceedings

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

OFFICE OF THE CLERK
IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

No. _____

JAMES COPPEDGE

Petitioner:

Submitted by: James Coppedge., sui juris,
Third Party Plaintiff,
Secured Party Creditor,
UCC 1 2009 0491016 (2018)
Authorized Representatives for the
CORPORATE ISSUE: JAMES COPPEDGE, DEBTOR © Ens legis,
Attorney-In-Fact

v.

CITY OF PHILADELPHIA/
DEPARTMENT OF REVENUE
By:

James Coppedge, sui juris
All rights are explicitly reserved.

UCC 1-207.4/1-308, 3-419

Without Prejudice/Recourse

c/o 52 Barkley Court
Dover, Delaware [19904
Phone#: 215.913.1485
02/16/2022

Local Mailing Address:
    3742 N. 18th Street
    Philadelphia, PA 19140

# TABLE OF CONTENTS

|  | Pages |
|---|---|
| TABLE OF AUTHORITY | |
| THE FEDERAL QUESTION | i-ii |
| PETITION: MOTION TO CONFIRM SETTLEMENT: BY AFFIDAVIT OF NEGATIVE AVENMENT IN SUPPORT OF COMMERCIAL DEBT DISCHARGE | 1 |
| INTRODUCTION | 2 |
| STATEMENT OF THE CASE | 3 |
| STATEMENT OF FACTS | 4 |
| CONCLUSION | 9 |

EXHIBIT "A" COMMON PLEAS CASE WITH BILLS

EXHIBIT "B" MEMORANDUM OF LAW

EXHIBIT "C" IRS FORM 56

ORDER

VERIFICATION

CERTIFICATION OF SERVICE

TABLE OF AUTHORITY

ST John' Law Review..................................................................................................ii

**Johnson v. Zerbst**......................................................................................................1

**UCC 1-103.6/1-207.4/1-308/3-419**...........................................................................2

**HJR-192**....................................................................................................................2

**P.L. 73-10 (48) STAT 112-113**..................................................................................8

**15 USC § 1692**..........................................................................................................7

**U.S. CONSTITUTION ART. SECTION X**...................................................................ii

**42 USC SECTION 1983**............................................................................................2

**4TH 14TH 10TH AMENDMENTS**..................................................................................4

**U.S. V. KIS**................................................................................................................2

**RULE 4.5**..................................................................................................................2

**Rains v. State**..........................................................................................................3

**Senate Report No. 93-589,**....................................................................................3

**12 USCA 95a**...........................................................................................................3

**31 USC SECTION 5118**............................................................................................5

**NY V. HENWOOD, ET AL**.........................................................................................5

**ARTICLE 111, SECTION 2**........................................................................................5

**UCC 3-603**...............................................................................................................6

**18 USCA SECTION 1962 (c )**...................................................................................5

**5 USC SECTION 552a(i)(3)**....................................................................................7,8

**Rule 36(A)(4)**...........................................................................................................9

**Rule 62**...................................................................................................................10

THE FEDERAL QUESTION

"PRELUDE"

"UCC 1-207: Section 1-207 (UCC 1-308) Supersedes the Common Law Doctrine of Accord and Satisfaction in Situations Involving the Tender of Negotiable Instruments in Full Satisfaction of Disputed Claims."                                                                St John's Law Review, Vol. 60, Issue
Winter 1960 Number 2

As the "living man" my civil rights have been destroyed for the lack of due process and a false assertion by assumption that I have accepted the Jurisdiction of the COMMON PLEAS COURT. I have not. Furthermore, my property rights have been violated by fraudulently failing to recognized that these TAXES are all pre-paid accounts, pursuant to HJR-192 in consideration of the U.S. CONSTITUTION ARTICLE 1 § 10. In fact, I have challenged the Jurisdiction and I informed the COURT that only an ARTICLE 111, § 2 Court can hear matters of the People. I testified under Oath in virtual Court, for the record. However, none of the Attorneys whose alleged claims that TAXES, WATER, AND VIOLATIONS were not settled, they filed their UNSWORN statements without addressing researching any possible corrections ERRORS that I addressed in the CASES. Instead, they were filed not under the penalty of perjury as I was required to do, but under UNSWORN statements because not one of the attorney ever check to see if any corrections in the allegation were addressed or corrected. The Honorable Judge Roberts denied, the **Motion to Confirm Settlement** because of the unsubstantiated claim of the Counsellor Wakefield, Esq. However:

"A judgment rendered in violation of due process is void." **Johnson v. Zerbst** 304 U.S. 458,468. If the Bill of Rights is not complied with the court no longer has jurisdiction to proceed. A judgment...pronounced by a court without jurisdiction is void...."

PURSUANT TO THE UNLAWFUL DEBT COLLECTION PRACTICES OF CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, THE PRACTICE IS FLAWED IN REFERENCE TO SAID PROPERTY, pursuant to 15 USC § 1692 – THE FAIR DELECTION ACT. The Article 1 Court was unwilling to return the Supersedeas Bonds and failed to credit the accounts but KEPT the BONDS without rebuttal or comment and exceeded the Truth and Lending Acts denying my remedy [UCC 1-103.6, 1-308]

**THE FEDERAL QUESTION**

NEGOTIABLE INSTRUMENTS AND CREDIT

1. WHETHER A NEGOTIABLE INSTRUMENT IS A VALID CHECK , AND WHEN SUBMITTED FOR PAYMENT THROUGH DEPARTMENT OF THE TREASURY OR WITH THE COURTS IS A VALID DISCHARGES OF DEBT, PURSUANT TO HJR-192 AND P.L. 73-10 (48) STAT 112-113, AND THE FAIR

1

DEBT COLLECTION ACT; IN CONSIDERATION OF THE U.S. CONSTITUTION ARTICLE 1, § 10 (suspended)

2. WHETHER WHEN A BILL IS ACCEPTED AND RETURNED FOR VALUE WITH A DEMAND TO ADDRESS AND CORRECT THE ERRORS AND MISREPRESENTATION OF CLAIMS FOUND THEREIN IS VALID.

3. WHETHER THE CITY OF PHILADELPHIA' LAWFUL REPRESENTATIVES WHO ARE DEBT COLLECTORS MUST FOLLOW LAWS PURSUANT TO THE FAIR DEBT COLLECTION ACT, 12 USC SECTION 2605(e); FOR WHICH I HAVE BEEN DENIED WHEN REQUESTING FOR VALIDATION BY AFFIDAVIT UNDER THE PENALTY OF PERJURY WITH FULL DISCLOSURE OF THE ALLEGED DEBTS, PURSUANT TO FDCPA, 15 USC SECTION 1692. I WANT TO BE SURE THAT I AM NOT BEING ABUSED OR DECEIVED BY UNFAIR DEBT COLLECTIONOR OPERATING PRACTICES AGAINST JAMES COPPEDGE?

4. WHETHER CITY OF PHILADELPHIA CONSIDERED MY "RECOURSE" PURSUANT TO UCC 1-103.6 UNDER COMMON LAW AND THE BILL OF RIGHTS IN PARTICULAR THE 4TH AND 10TH AMENDMENTS.

5. WHETHER THE CITY OF PHILADELPHIA CONSIDERED my "reservation of rights explicitly without prejudice or recourse as the "living man" IAW my UCC 1 Security Agreement. Suggested Answer: No. They were violated and not considered which put the Secured Party in an injustice of absurd "presumption of law" by their operating under color of law and color of office.[42 USC § 1983]

6. Whether CITY OFFICIALS violated my common law rights and property rights because at no time did I ever knowingly, voluntarily, and intentionally or willingly by action or inaction give up any of my sovereign inalienable rights guaranteed by the Bill of Rights; such as not being a witness against myself, the right to be secured in my person, houses, papers and effects against unreasonable searches and seizures.... Suggested Answer: Yes.

7. Whether these unlawful Debt Collector who violated my common law rights should be referred for criminal prosecution with the Attorney General and the insurance commission for action against their bonds, if they have one.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Coppedge, sui juris<br>Attorney-In-Fact, Secured Party of :<br>JAMES COPPEDGE,<br>DEBTOR © Ens legis<br>c/o 52 Barkley Ct<br>Dover, Delaware {19904} | )<br><br>)<br><br>) | Date: 02/17/2022<br><br>CASE No.: _____<br><br>Pro Se |
| Third Party Plaintiff Intervenor<br><br>V. | ) | Re: CITY OF PHILADELPHIA'S<br>CASE Nos.: 2003T0020-2113 W. ERIE AVE<br>            2003T0021-3739 N. 18th ST<br>            2003T0022-3742 N. 18th ST<br>            2003T0023-3637 N. 21st ST<br>                    Zip Codes: 19140 |
| CITY OF PHILADELPHIA, et al<br>STEVEN A. WAKEFIELD, ESQUIRE, et al,<br>ASSISTANT CITY SOLICITOR,<br>DEPARTMENT OF REVENUE/LAW DEPT.<br>1401 JFK BLVD, MSB, 5TH FLOOR ROOM 580<br>PHILADELPHIA, PA 19102 | | [See Exhibit "A"] |

Attorney for the Defendants, A
Third Party Intervenor for Defendants

Notice of Appeal
to the United States District for the Eastern District of Pennsylvania From an Order of the
Common Pleas of Philadelphia Count, First Judicial District of Pennsylvania

**MOTION TO CONFIRM SETTLEMENTS**

AFFIDAVIT OF NEGATIVE AVENMENT

IN SUPPORT OF COMMERICAL DEBT DISCHARGE

STATE OF _Delaware_

ss

COUNTY OF _Kent_

1

"Indeed, no more than (affidavits) is necessary to make the prima facie case."

United States v. Kis, 658 F 2nd, 526 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

INTRODUCTION

That I, James Coppedge, Secured Party Creditor, Attorney-In-Fact of the CORPORATE ISSUE: JAMES COPPEDGE, DEBTOR © Ens legis, am a living breathing man, over the age of 76 with DNA, being first duly sworn, depose and say and declare by my signature that the following facts are true, correct and not misleading and certain to the best of my knowledge and belief.

§ 4.5 - 10 –Day "Automatic" Stay. Cease and Desist Utility Shut Offs and the POSTING SHERIFF SALE SIGNS, pending Appeal.

RE: CONDITIONAL ACCEPTANCE —REQUEST FOR PROOF OF CLAIM ON TAX LIABILITY AND MONETARY CONDITIONS AND AGREEMENT FOR DISCHARGE-

Reference (Account) No.:    See Exhibit "A"

Dear STEVEN A WAKEFIELD, ESQ., ET AL:

2

STATEMENT OF THE CASE

I am in receipt of the CITY'S Tax Bill/Notice of Assessment /Demand letter/Presentment's dated 01/28/2022.

This Appeal is an attempt to resolve this matter as soon a possible, but the Presentment has left me somewhat confused, but I have agreed to preform it, i.e. pay or discharge it IAW Public Policy. I can only do so only upon condition that you or your office provide "Proof (s) of Claim as to tax liability, monetary conditions within this State, form of payment and other points raised under necessity.

See the necessary Proof(s) of Claim as enumerated below:

1. PROOF OF CLAIM that State of Pennsylvania does not operate under the U.S. Bankruptcy (see Senate Report No. 93-549, 12 U.S.C.A. 95a,) pursuant to HJR-192 as established by Congress, June 5, 1933.

2. PROOF OF CLAIM that the Undersigned is under agreement via a duly signed contract or agreement to pay taxes through your agency to the State of Pennsylvania. Exempt from Levy.

3. PROOF OF CLAIM that the officers and employees of the Department of Revenue are bound to support Amendment in Article 1, § X, (No State shall… make anything but gold and silver coin a Tender in Payment of Debts).

4. PROOF OF CLAIM that Legal tender (federal reserve ) Notes are good and lawful money of the United States. See **Rains v. State**, 226 S.W. 189.

5. PROOF OF CLAIM that the 'Director' of the State's Tax and Revenue Department/agency; namely James J. Zwolak, Esq. Divisional Chief has been given

3

authority to accept other forms of payment other than gold or silver' into the accounts for the payment of any said taxes in contradistinction to Article 1, Section X of the U.S. Constitution as it operates upon the State of Pennsylvania and his Department /agency via his Oath of Office, et al.

6. PROOF OF CLAIM of the liability bond as established and paid for by the agency to indemnify the Undersigned/secured party should the Undersigned be compelled to be tort feasor by Acts caused by his agency or the State.

7. PROOF OF CLAIM that the Undersigned/secured party has access to 'lawful constitutional money of account' to 'pay debts-at-law' without becoming a tort feasor.

8. PROOF OF CLAIM that the Secured Party has access to 'money' that constitutes 'LAWFUL (Sufficient) CONSIDERATON, (i.e., sufficient value to support an ordinary contract between parties, or one to support the particular transaction) to pay a tax.

STATEMENT OF FACTS

I conditionally accept for value and return value the presumption from the CITY OF PHILADELPHIA , that I have a duty as Secured Party and Authorized Representative, and Attorney-In-Fact of the JAMES COPPEDGE, DEBTOR © Ens legis to show cause for my actions to DISCHARGE DEBTS towards the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE FOR TAXES: (REAL ESTATE TAXES, WATER AND SEWER RENTS, WATER AND SEWER FINES AND SCE VIOLATIONS FOR THE FOUR (4) PROPERTIES LIST ABOVE AND MY RELATIONSHIP WITH THE DEPARTMENT OF THE TREASURY; that the Public Policy of the UNITED STATES under HJR-192 to NOT pay

Debts-At-Law but instead to exchange consideration upon dollar for dollar basis to discharge a liability. [See Memorandum of Law-Exhibit "B"]

PROOF OF CLAIM that if the CITY or Its AGENTS are exempt from following the law of the FAIR DEBT COLLECTION ACT and the DEPARTMENT OF THE TREASURY, please provide me with a copy of your Delegation of Authority. The request is based on my discharging all alleged debts in my "private capacity as Secured Party Creditor." I sent lawful payments of Money Orders to JAMES J. ZWOLAK, ESQ. DIVISIONAL DEPUTY CITY SOLICITOR for the CITY OF PHILADELPHIA, and Supersedes Bond were sent to Daniel Anders, Supervision Judge by Register Mail. The BONDS were in the Amount of $200,000.00 for each case to settle without controversy in spite of the MANY ERRORS in each one. For example, one major error is the assumption that I own the property located at 7174 ANDREWS AVE, PHILADELPHIA, PA. 19138. I DO NOT OWN THIS PROPERTY but I am charged for it. Furthermore, JAMES COPPEDGE is BILLED for 2012 -2021. The STATUE OF LIMITATION HAS PAST [18 USCA § 1962(c )]; the collection of an unlawful debt.

Judge Roberts in virtual Court was obligated to deny my CLAIM because the COURT is an ARTICLE I COURT which cannot see or hear a "Real Party of Interest Arguments" [See Rule 17(a)] but can only deal with ARTIFICIAL ENTITIES. Therefore, I informed Judge Robert that I would appeal to an Article 111 Court§ 2 Court which can hear matters of the People to protect The 4th, 10th and 14th Amendments.

PROOF OF CLAIM that under 31 USC § 5118 it is not unlawful for you as Agent to demand "payment in a particular currency or requiring payment in a greater number of dollars than

5

promised." [HJR-192] [Henwood case; "…Negotiable Instruments via Guaranty Trust of New York vs. Henwood, et al 59 CT 847 (1933), 307 U.S. 847 (1939), FN3 NOS 384, 485] That the International Bill of Exchange is not therefor e authorized.

PROOF OF CLAIM that UCC 3-603 does not apply to the CITY OF PHILADELPHIA base on the Promissory Note, Money Orders, etc sent to the Law Department for the discharge of all alleged debts.

"If tender of payment of an obligation to pay an instrument is made…and the tender is refused, there is discharge, to the extent of the amount of the tender…with respect to the obligation to which the tender is relates." – A pre-paid account under HJR-192: UCC 3-419.

The BILLS originally sent to me by JAMES J. ZWOLAK, ESQ were Conditionally Accepted for Value and Returned for Value by MONEY ORDERS upon Proof of Claim that that these debt were owed, and that all CORRECTONS AND ERRORS has been corrected. However, such was not the case. Both Real Estate Taxes and Water Taxes, etc. were NOT CORRECTED. The **unsworn statement** from Mr. Zwolak and other Attorneys is not acceptable as proof of claim because the alleged DEBTS were not validated nor addressed, pursuant to 15 USC 1692(g) which indicates that your information **PETITION FOR FULL DISCLOSURE RESPONSE: POINTS OF AUTHORITY AND DECLARATION were not Answered which put the CITY OF PHILADELPHIA AND JAMES J. ZWOLAK, ESQ in DEFAULT. In other words, the UNSWORN STATEMENTS are really saying under color of law and color of office [42 USC § 1983] "I really don't know if the information is correct or not but I am taking the word of a Third Party who seems to think that the allegation are right, but I really don't know." As a pre-paid account, the Government keep the DEBTS PAID. IT ALONG HAS THE GOLD. Everything else is CREDIT- J. P. MORGAN.**

**I have written many letters and Notices to Mr. Zwolak, Esq. but received NOT one response. Therefore, the CITY OF PHILADELPHIA is in DEFAULT – MOTION TO DISMISS AND CONFIRM SETTLEMENTS.**

**For informing my tenants that JAMES COPPEDGE has a TAX ISSUE and Sheriff Sale is possible by POSTING OPEN private information on my property doors is a violation of 15 USC § 1692c § 85 (b): states: (b) Communication with third parties:** Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, **a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.**

"Any person who knowingly and willfully requests or obtains any record concerning an individual from an agency under false pretenses shall be **guilty of a misdemeanor and fined not more than $5,000."** 5 U.S.C. § 552a(i)(3). Comment: These provisions are solely penal and create no private right of action. Feb 24, 2021. The records were not reviewed.

**PURSUANT TO: [15 USC § 1692e,g(a) and FRCP Rule 36(A)(4)]**

Fair Debt Collection Practices Act USC

"The FDCPA broadly prohibits a **debt collector** from using 'any false, deceptive, or misleading representation or means in connection with the **collection** of any **debt**. ' **15 U.S.C. § 1692e,g(a)**.et seq." The statute enumerates several examples of such **practices, 15 U.S.C.**

**PROFF OF CLAIM that the** unsworned Statements are not hearsay and without firsthand knowledge pursuant to Rule 8: Hearsay violations.

Provide Proof of Claim that the CITY records are not inaccurate that attached forming a part of tax information certificate (3739 N. 18th St.) Order Number: LT S3946879. Claim # 138151 is filled not without errors, fraudulent, and unsubstantiated claims. The counterclaim, if the CITY'S claim is not proven to be true, the counterclaim may be assessed at three (3) times the value in each case. (The same is true with 3637 N. 21St ). (The same is true for 2113 W. Erie Avenue.) and (The same is true with 3742 N.18th Street) **Note: If one BILL is misleading, all remaining BILLS must be dismissed due to DEBT DISCHARGE and P.L. 73-10 (48) STAT 112-113. Exempt from Levy.**

[See Exhibit "C" Summery of Bills: E-filing # 2201054249. Control # 002380 Dated: 01/28/2022.

However, after examination of the documents many profound errors were found and have been disputed but not corrected, not only on this account but on other accounts as well, for the alleged debt and the claim must be validated within 5 days or withdrawn by law. The 15 USC ACT demands debt validation within 5 days of the receipt of this Petition. Compliance is mandatory. Any claim of disagreement must be rebutted by affidavit item for item in 20 days.

"Any person who knowingly and willfully requests or obtains any record concerning an individual from an agency under false pretenses shall be **guilty of a misdemeanor and fined not more than $5,000.**" 5 U.S.C. § 552a(i)(3). Comment: These provisions are solely penal and create no private right of action.  Failure to comply shall indicated agreement by silence to disputes.

## CONCLUSION

**Moreover, please** understand that I want to resolve this tax matter as to form of 'payment,' via your presentment; 'Tax BILL/Notice of Assessment/Demand Brief/Presentment' and pursuant to the above 'Proof(s) of Claim' are necessary to bring to light the proof (facts) to support your claim in the nature of what constitutes *payment a*s towards any TAX.

Therefore, not being noticed of an agreement between the State of Pennsylvania via your department /agency and this Secured Party as to what constitutes payment, presumption is that my remedy to this matter may only be 'Acceptance for Value and Return for Discharge' of the present of the tax Bill or otherwise to allow the setoff/adjustment and exchange of the credit via the acceptance to allow the account to be adjusted (to'O') by and through the exercise of the remedy[UCC 1-103.6] provided by Congress via HJR-192, TO DISCHARGE DEBTS 'DOLLAR FOR DOLLAR'.

As such, you and your Department of Revenue, having superior knowledge of the law and access to the 'proof,' can provide such proof to the points raised herein to inform the Secured Party on how 'he' can lawfully 'pay debt(s)-at-law' with real constitutional money of exchange and otherwise not being tricked into becoming a tort feasor.

Otherwise, Secured Party must ask, "What is my remedy?"

Secured Party /Creditor respectfully requests the DEPARTMENT OF REVENUE/Agent to reply within 20 days and send your response to the Undersigned as well as tho the Third Part or the Notary's address below.

A non-response and or failure of you or your office to provide the requested 'Proof(s) of Claim will constitute, by your silence and tacit agreement by DEPARTMENT OF REVENUE in behalf of the State of Pennsylvania that the Undersigned Secured Party can exercise the remedy

9

provided by Congress via HJR-192, that is, to discharge debt(s) 'dollar for dollar' via 'acceptance for value and returned for discharge' or other appropriate commercial paper.

WHEREFORE, for the foregoing valid, lawfully based reasons, the Third Party Plaintiff Intervenor and Secured Party respectfully moves this Court to Grant the Motion to Confirm the Settlements because the accounts have been previously settled and for opposing Counsellor's knowing failure to uphold due process of law and act in accordance with clearly established law, and hereby states that, absent jurisdiction, the Common Pleas Court lacked lawful jurisdiction and authority to proceed in this matter and must therefore Grant this request in the Article 111 Court.

**Supersedes BONDS will be forward to the Clerk of Court under separate cover by Registered Mail within 5 days.**     – RULE 62

Sincerely,

                                                      Without Prejudice,
                                                     By: James Coppedge, Secured Party –
                                                     Principal and Authorized Representative,
                                     Attorney-In-Fact in behalf of JAMES COPPEDGE,
                                             DEBTOR, © Ens legis/entity.
                                                 All rights are explicitly reserved.
                                                 UCC 1-207.4/1-308/3-419
                                                 Local Mailing Address:
                                                 3742 N. 18th Street
                                                 Philadelphia, Pennsylvania 19140

Third Party or Notary address:
Benjamin T. Garrett, N.P
251 N. DuPont Hwy
Dover, DE 19901

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

_CITY of PHILA_

Plaintiff

v.

_COPPEDGE_

Defendant

_MARCH_ Term, 20 _03_

No. _T0022_

Control No. **017142**

## ORDER

AND NOW, this ____ day of _____, _____, upon consideration of the Motion/Petition _____ _____, and any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____ _____.

_____
_____
_____
_____

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Coppedge, sui juris<br>Attorney-In-Fact, Secured Party of :<br>JAMES COPPEDGE,<br>DEBTOR © Ens legis<br>c/o 52 Barkley Ct<br>Dover, Delaware {19904}<br><br>        Third Party Plaintiff Intervenor<br><br>V.<br><br>CITY OF PHILADELPHIA, et al<br>STEVEN A. WAKEFIELD, ESQUIRE, et al,<br>ASSISTANT CITY SOLICITOR,<br>DEPARTMENT OF REVENUE/LAW DEPT.<br>1401 JFK BLVD, MSB, 5TH FLOOR ROOM 580<br>PHILADELPHIA, PA 19102<br>Attorney for the Defendants<br>                Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Date: 02/17/2022<br><br>CASE No.: _____<br><br>Pro Se<br><br>Re: CITY OF PHILADELPHIA'S<br>CASE Nos.: 2003T0020<br>              2003T0021<br>              2003T0022<br>              2003T0023 |

ORDER

AND NOW on this _____ day of _____, 2022 upon consideration of Plaintiff's Motion to Confirm Settlements pursuant to HJR-192 , pursuant to UCC § 3-419; pre-paid; exempt from levy, and Public Law 73-10 (48) Stat 112, and the Warehouse Acceptance of Payments-in-Full, the Motion is GRANTED in consideration of the U.S. Constitution Article 1, Section X. The Defendant's Motion is Denied.

BY THE COURT:

_____.

United States District Judge

# USPS Priority Mail Express Label

**FROM:**
James Coppedge
52 Barkley Ct
Dover, DE 19904

**TO:**
U.S. District Court
Attn: Clerk of Court
601 Market St, Fl. Flr
Phila, PA 19107
19107-

**PO ZIP Code:** 19936
**Date Accepted:** 2-18-22
**Time Accepted:** 1354 PM
**Scheduled Delivery Date:** 2-19-22
**Postage:** $27.10
**Total Postage & Fees:** $27.10

Tracking: EJ 886 118 394 US



RECEIVED FEB 22 2022
U.S.M.S.
U.S. Army

U.S. POSTAGE PAID
PME 1-Day
CHESWOLD, DE 19936
FEB 18, 22