# EXHIBIT "A"

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JANUARY 2022**

E-Filing Number: 2201054249

**002380**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | JAMES COPPEDGE |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1401 JFK BLVD, 5TH FLOOR<br>PHILA PA 19102 | 3742 N. 18TH ST.<br>PHILADELPHIA PA 19140 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 1 | [X] Complaint<br>[ ] Writ of Summons | [ ] Petition Action<br>[ ] Transfer From Other Jurisdictions | [ ] Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[X] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**
1H - CIVIL TAX CASE - COMPLAINT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
JAN 28 2022
S. RICE

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| SAMUEL F. SCAVUZZO | CITY OF PHILADELPHIA LAW DEPT<br>1401 JFK BLVD<br>ROOM 580<br>PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)686-0506 | (215)686-0582 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 322550 | samuel.scavuzzo@phila.gov |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| SAMUEL SCAVUZZO | Friday, January 28, 2022, 11:20 am |

FINAL COPY (Approved by the Prothonotary Clerk)

James Coppedge Water and Sewer Rents (calculated as of January 25, 2022)

| Property Address | Account No | OPA No | Principal Charges | Penalty | Lien Fee | Total Balance | Amount Under Judgment | Amount Not Under Judgment | No of bills >90 days delinquent | Maximum Fine | Mailing Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7174 ANDREWS AVE | 0051264007174001 | 101145600 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 7174 ANDREWS AVE, PHILAD |
| 2113 W ERIE AVE | 0573200002113001 | 131066400 | $1,716.63 | $89.69 | $91.45 | $1,897.77 | $0.00 | $1,897.77 | 4 | $400.00 | 3742 N 18TH ST, PHILADELPH |
| 3739 N 18TH ST | 0578813003739001 | 131245800 | $8,608.38 | $1,000.52 | $568.70 | $10,177.60 | $1,736.41 | $8,441.19 | 7 | $700.00 | 3739 N 18TH ST, PHILADELPH |
| 3742 N 18TH ST | 0578813003742001 | 131253200 | $3,559.54 | $130.21 | $182.90 | $3,872.65 | $0.00 | $3,872.65 | 7 | $700.00 | 3742 N 18TH ST, PHILADELPH |
| 3637 N 21ST ST | 0578819003637001 | 131294700 | $2,990.57 | $125.03 | $91.45 | $3,207.05 | $0.00 | $3,207.05 | 7 | $700.00 | 3742 N 18TH ST FL 1, PHILADI |
| | | | $16,875.12 | $1,345.45 | $934.50 | $19,155.07 | $1,736.41 | $17,418.66 | 25 | $2,500.00 | |



James Coppedge SCE Fees
Calculated through Nov. 15, 2021

| Property Address | SCI # | BRT # | PERIOD | PRINCIPAL | INTEREST | PENALTY | TO |
|---|---|---|---|---|---|---|---|
| 3742 N. 18th St. | 1200009751 | 131253200 | 2010-21 | $3,650.00 | $2,363.00 | $3,426.34 | $9, |
| 3637 N. 21St St. | 1200009806 | 131294700 | 2010-12 | $750.00 | $894.00 | $1,230.00 | $2, |
| TOTAL | | | | $4,400.00 | $3,257.00 | $4,656.34 | $12, |

James Coppede Real Estate Taxes (calculated thorugh January 21, 2022)

| BRT | ADDRESS | Tax years | Principal | Interest | Penalty | Costs | Total |
|---|---|---|---|---|---|---|---|
| 131245800 | 3739 N. 18th St. | 2012-2021 | $11,682.00 | $4,811.74 | $735.59 | $2,199.21 | $19,428. |
| 131066400 | 2113 W. Erie Ave. | 2012-2021 | $8,428.17 | $3,201.63 | $555.57 | $2,783.50 | $14,968. |
| 131294700 | 3637 N. 21St St. | 2011-2021 | $10,221.63 | $4,105.74 | $615.55 | $2,128.39 | $16,891 |
| 131253200 | 3742 N. 18th St. | 2014-2021 | $10,680.44 | $3,315.27 | $631.32 | $1,792.32 | $16,419 |
| Total | | | $41,012.24 | $15,434.38 | $2,538.03 | $8,903.42 | $67,708 |

# EXHIBIT "B"

## MEMORANDUM OF LAW
## Pursuant to: F.R.C.P. RULE 60(b)5

### House Joint Resolution 192 of June 5, 1933

Page | 1

This Memorandum of Law is extraordinary in nature in that it seeks to end the case in favor of the PLANTIFFS above by settlement of claim without controversy, requesting for allowance of the property to be release to the PLAINTIFFS with prejudice. An Argument of Questions Presented, Statement of Facts, and Discussions are not raised because the Attorneys-In-Fact for the Respondent is offering his Exemption/Credit in Exchange for Settlement of the Accounting, Accepted and Returned for Value in Exchange for the Discharge of the Debt for the release of claim against the property, being Exempt from Levy.

> "Relief from a Judgment or ORDER may also be granted where the circumstances justifying the ruling have changed, such as (1). When the judgment is satisfied, released, or discharged…." [F.R.C.P. Rule 60(b)5.]

We claim our Exemptions: Quit Pro Quo [UCC 1-201 (24), 3-104(a)], and respectfully request the Court to GRANT the Respondent's Motion to Dismiss with prejudice

[On June 5, 1933, Congress passed House Joint Resolution (HJR 192). HJR 192 was passed to suspend the gold standard and abrogate the gold clause in the national constitution. Since then no one in America has been able to lawfully pay a debt. This resolution declared:
"To assure uniform value to the coins and currencies of the Unites States,

Whereas the holding of or dealing in gold affect public interest, and are therefore subject to proper regulation and restriction; and

[Whereas the existing emergency has disclosed that <u>provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency</u> of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts, Now, therefore, be it Resolved by the Senate and House of t Representative of the United States of America in Congress assembled, that

[(a) <u>every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payments in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy</u>; and no such provision shall be contained in or made with respect to any obligation hereafter

incurred. <u>Every obligation, heretofore or hereafter incurred</u>, whether or not any such provision is contained therein or made with respect thereto, <u>shall be discharged upon payment, dollar for dollar, in any coin or currency which at time of payment is legal tender for public and private debts</u>. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law....   Page | 2

PURSUANT TO: P.L. 73-10 (48) STAT 112-113 There is a penalty for failure to discharge lawful debt. Please reference the following:

"North Carolina Securities Act & Investment Advisors Act, N.C.G.S. 78A (Used and invoked as "full faith and credit.") And 18 U.S.C., § 1956   US Code - Section 1956:

"Laundering of monetary instruments (a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity (A)(i) with the intent to promote the carrying on of specified unlawful activity; or **(ii) with intent to engage in conduct constituting a violation of section 7201 or 7206 of the Internal Revenue Code of 1986; or (B) knowing that the transaction is designed in whole or in part (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or (ii) to avoid a transaction reporting requirement under State or Federal law, shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both.**

Finally, " this Court of Record, the Plaintiff / Defendants and both Attorneys, are Public Trustees and "Debtors in possession" by Oaths of Office under Chapter 11

"Reorganization, and are acting as Trustees to the Bankrupt Estate(s) under P.L. 73-10 , 48 stat 31 of the Agricultural Adjustment Act of 1938. The Bankruptcy Act of 1826 placed the U.S. Secretary of the Treasury, Comptroller of Currency & the Department of Agricultural in charge of the 1933 Public Law 10, Chapter 48, 48 stat 112 and Public Law 1, 48 stat 1, and all property is registered and Titled to the STATE OF (DELAWARE/PENNSYLVANIA,) and the State is required to pay all taxes and all up keep, and discharge this debt for the People."

# EXHIBIT "C"

| Form **56** (Rev. November 2017) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** ▶ Go to www.irs.gov/Form56 for instructions and the latest information. (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| JAMES COPPEDGE | [redacted] | |

Address of person for whom you are acting (number, street, and room or suite no.)
52 BARKLEY COURT

City or town, state, and ZIP code (if a foreign address, see instructions.)
DOVER, DELAWARE  19904

Fiduciary's name
JANET YELLON, SECRETARY OF THE TREASURY

Address of fiduciary (number, street, and room or suite no.)
TREASURY BUILDING, 1500 PENNSYLVANIA AVENUE N.W.

City or town, state, and ZIP code
WASHINGTON, D.C. 20220

Telephone number (optional)
(   )

### Section A.  Authority

1  Authority for fiduciary relationship. Check applicable box:
  a  ☐ Court appointment of testate estate (valid will exists)
  b  ☐ Court appointment of intestate estate (no valid will exists)
  c  ☐ Court appointment as guardian or conservator
  d  ☐ Valid trust instrument and amendments
  e  ☐ Bankruptcy or assignment for the benefit or creditors
  f  ☒ Other. Describe ▶ BIRTH RIGHTS UCC-1 - 2009 0491016 (current) TO DISCHARGE ALL DEBTS (PGWO)
2a  If box 1a or 1b is checked, enter the date of death ▶
  b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B.  Nature of Liability and Tax Notices

3  Type of taxes (check all that apply):  ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
     ☐ Excise   ☒ Other (describe) ▶ ALL UTILITY BILLS  -  HJR-192

4  Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709  c ☐ 940  d ☐ 941, 943, 944
   e ☐ 1040, 1040-A, or 1040-EZ   f ☐ 1041   g ☐ 1120   h ☐ Other (list) ▶

5  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☐
   and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 11-2017)

Federal Reserve, Exhibit "B"

FEDERAL CASES

(Rev. 11-2017)                                                             Page **2**

## Part II — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**6** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▷ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority
b ☐ Certificate of dissolution or termination of a business entity
c ☐ Other. Describe ▷ _____

### Section B—Partial Revocation

**7a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ▷ ☐

**b** Specify to whom granted, date, and address, including ZIP code.
▷ _____

### Section C—Substitute Fiduciary

**8** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ▷ ☐
▷ _____

## Part III — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

## Part IV — Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▷ _[signature]_          Authorized Representative      01/04/22
Fiduciary's signature                      Title, if applicable            Date

Form **56** (Rev. 11-2017)

## VERIFICATION

I, The Undersigned, do certify and affirm that the foregoing documents are true and correct to the best of my knowledge and upon my unlimited commercial liability and belief.

### AFFIDAVIT OF SERVICE

I, the Undersigned, do certify that I caused a copy of the foregoing two (2) MONEY ORDER WITH 1040-V (private and exempt from levy) for Account # 1: BRT # 131066400: 2113 W. ERIE AVE [19140] AMOUNT OF REAL ESTATE TAX DUE: $10,103.77 AND for Account # 2: BRT# 131245800: 3739 N. 18TH ST [19140] AMOUNT REAL ESTATE TAX DUE: $15,149.06 WHICH BILL WAS ACCEPTED AND RETURNED FOR THE ASSESSED VALUEs FOR CLOSURE AND SETTLEMENT OF THE ACCOUNTINGS, PURSUANT TO HJR-102 AND P.L. 73-10 (48) STAT 112-113 in consideration of the U.S. CONSTITUTION ARTICLE 1 SECTION 10 was caused to be forwarded to the I.R.S. and to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE to the following parties on this **16 day of APRIL, 2020**, in the manner indicated below:

By: US PRE-POSTED REGULAR MAIL (marked private and confidential, CFO Only)
INTERNAL REVENUE SERVICE    (originals)
CRIMINAL INVESTIGATION DIVISION
BOX 192
COVINGTON, KENTUCKY 41012

By: US PRE-POSTED REGULAR MAIL (marked private and confidential, CFO Only)
JAMES J. ZWOLAK, ESQUIRE, ID: 57408
Divisional Deputy City Solicitor
City of Philadelhia, Law Dept.
MSB, 1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

I, the Undersigned, do certify that I caused a copy of the foregoing PETITION FOR FULL DISCLOSURE RESPONSE; POINTS OF AUTHORITY AND DECLARATION, PURSUANT TO THE FAIIR DEBT COLLECTION ACT was caused to be forwarded to the following party on this **14 day of APRIL, 2020**, in the manner indicated below:
By: Overnight Mail: # EJ 208 950 452 US

JAMES J. ZWOLAK, ESQUIRE, ID: 57408
Divisional Deputy City Solicitor
City of Philadelhia, Law Dept.
MSB, 1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

_[signature]_ 04/10/2020

_[signature]_ 04/10/2020
By: James Coppedge, UCC 1-308, 3-419,
1-103.6.4.5   Without prejudice,
All rights are explicitly reserved;

Secured Party Creditor
Authorized Representative of
The Most High God for
JAMES COPPEDGE, DEBTOR © Ens legis
Attorney-in-Fact
c/o 52 Barkley Ct Dover, Delaware [19904]
Re: UCC 1 2009 0491016

VERIFICATION OF SERVICE

I, the undersigned, certify that the foregoing document is true and correct to the best of my knowledge understanding, and spiritual convictions.

CERTIFICATION OF SERVICE

I, the undersigned, Authorized Representative in the within matter, do hereby certify that on this 18th day of FEBRUARY, 2022, I caused a copy of the foregoing Appeal to US DISTRICT CT FOR THE EASTERN DISTRICT OF PA, A MOTION TO CONFIRM SETTLEMENTS to be served upon the following parties in the manner indicated below:

By US MAIL:

U.S. DISTRICT COURT
ATTN: Clerk of Court
601 MARKET STREET
PHILADELPHIA, PA 19106

By: US MAIL:

CITY OF PHILADELPHIA, et al
STEVEN A. WAKEFIELD, ESQUIRE, et al,
ASSISTANT CITY SOLICITOR,
DEPARTMENT OF REVENUE/LAW DEPT.
1401 JFK BLVD, MSB, 5TH FLOOR ROOM 580
PHILADELPHIA, PA 19102

Respectfully submitted,
Without Prejudice,
All rights are explicitly reserved       02/18/2022

By: James Coppedge, Attorney-In-
Fact, Authorized Representative
of the Most High God.
c/o 52 Barkley Ct
Dover, Delaware [19904]
Local Mailing Address:
3742 N. 18th Street
Philadelphia, PA 19140

# USPS Priority Mail Express Label

**FROM:**
James Coppedge
52 Barkley Ct
Dover, DE 19904

**TO:**
U.S. District Court
Attn: Clerk of Court
601 Market St, Fl PHI
Phila PA 19107
19107-

**PO ZIP Code:** 19936
**Date Accepted:** 2-18-22
**Time Accepted:** 1354 PM
**Scheduled Delivery Date:** 2-19-22
**Postage:** $27.10
**Total Postage & Fees:** $27.10

Tracking: EJ 886 118 394 US



RECEIVED FEB 2 2 2022
U.S.M.S.

U.S. POSTAGE PAID
PME 1-Day
CHESWOLD, DE 19936
FEB 18, 22