Case No.: 22-cv-679 (Judge Young)

Verification

I, the undersigned do certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding upon my unlimited commercial liability.

CERTIFICATION OF SERVICE

I, the undersigned do certify that the enclosed copy of the original USPS Certification and Affidavit of Service in reference to JAMES COPPEDGE, Plaintiff v. CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, Steven A. Wakefield, Esq. for the Defendant, was served upon the Defendant on this 02 DAY OF MARCH 2022 pursuant to FRCP Rule 4. Please see Attachments

To: Clerk of Court
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
    PENNSYLVANIA
601 MARKET STREET, FIRST FLOOR
PHILADELPHIA, PA 19106

By: James Coppedge, sui juris
Without prejudice
UCC 1-207.4/1-308, 1-103.6
All rights are explicitly reserved
Secured Party Creditor
Authorized Representative
52 Barkley Ct
Dover, DE 19904
302.674.2535

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-00679-JMY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES COPPEDGE V. CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: By: USPS OVERNIGHT PRE PAID MAIL: EJ 556 653 157 US DELIVERED ON 03/02/2022 FOR STEVEN A. WAKEFIELD, ESQ., DEPUTY CITY SOLICITOR FOR THE CITY OF PHILADELPHIA. (see Attachments)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/07/2022

*Server's signature* [signed: James Coppedge]

03/07/2022

*Printed name and title* James Coppedge A.R.R. Sui juris
W0/P UCC 1-308. Attorney-In-Fact
Authorized Representative

*Server's address* 52 Barkley Ct Dovey Delaware 19904

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>CITY OF PHILADELPHIA<br>ATTN: STEVEN A. WAKEFIELD,<br>ESQUIRE, Deputy City Solicitor<br>LAW DEPT, ROOM #580<br>1401 JFK, BLVD, MSB<br>PHILADELPHIA, PA 19102 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6626 1028 7184 98 | 3. Service Type<br>☑ Adult Signature            ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☐ Certified Mail®            ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☑ Signature Confirmation™<br>☐ Collect on Delivery         ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>EJ 556 653 157 US | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #



9590 9402 6626 1028 7184 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE 19904

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-00679-JMY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JAMES COPPEDGE V. CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE__

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __By: USPS OVERNIGHT PRE PAID MAIL: EJ 556 653 157 US DELIVERED ON 03/02/2022 FOR STEVEN A. WAKEFIELD, ESQ., DEPUTY CITY SOLICITOR FOR THE CITY OF PHILADELPHIA. (see Attachments)__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/07/2022
      03/07/2022

*Server's signature*

James Coppedge, A.R.R. Sui juris
W0/P NCCI-308. Attorney-In-Fact
Authorized Representative
*Printed name and title*

52 Barkley Ct, Dover Delaware 19904
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: EJ556653157US

Remove ✕

Scheduled Delivery by

**WEDNESDAY**

**2** MARCH 2022 ⓘ

by **6:00pm** ⓘ

USPS Tracking Plus® Available ⌄

## ✓ Delivered, In/At Mailbox

March 2, 2022 at 9:45 am
PHILADELPHIA, PA 19103

Get Updates ⌄

Text & Email Updates ⌄

Proof of Delivery ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CITY OF PHILADELPHIA
   ATTN: STEVEN A. WAKEFIELD,
   ESQUIRE, Deputy City Solicitor
   LAW DEPT, ROOM #580
   1401 JFK, BLVD, MSB
   PHILADELPHIA, PA 19102

   9590 9402 6626 1028 7184 98

2. Article Number (Transfer from service label)

   EJ 556 653 157 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3 2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6626 1028 7184 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE 19904

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY OF PHILADELPHIA
ATTN: STEVEN A. WAKEFIELD, ESQUIRE, Deputy City Solicitor
LAW DEPT, ROOM #580
1401 JFK, BLVD, MSB
PHILADELPHIA, PA 19102

2. Article Number (Transfer from service label)
EJ 556 653 157 US

9590 9402 6626 1028 7184 98

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE 19904







CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
        PENNSYLVANIA
601 MARKET STREET, FIRST FLOOR
PHILADELPHIA, PA 19106