VERIFICATION

I, the undersigned do hereby that the forgoing is true and correct to the best of my knowledge, understanding, belief, and upon my unlimited commercial liability.

CERTIFICATION OF SERVICE

I, the undersigned do hereby that the enclosed the original SUPERSEDEAS BONDS with attachments to the Honorable Judge Young and a Copy to the Clerk of Court in reference CA. No.: 22-cv-679 (JMY) was serviced upon the following party on this 09 day of March 2022 in the manner indicated below:

By: OVERNIGHT REGISTERED MAIL:

Clerk of Court
U.S. DISTICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
601 MARKET STREET, FIRST FLOOR
PHILADELPHIA, PA 19106

Without prejudice,

By: James Coppedge, sui juris, ARR
WO/P UCC 1-308, 3-419
Authorized Representative
Attorney-In-Fact
52 Barkley Ct
Dover, Delaware 19904
(215) 913-1485

03/09/2022

*Part 1 of 2*
*Judge (JMY)*

U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES COPPEDGE

CASE No.: 22-cv-679 (JMY)

v.

CITY OF PHILA/DEPARTMENT OF REVENUE

"Indeed, no more than (affidavits) is necessary to make the prima facie case."

United States v. Kis, 658 F 2nd , 526 (7th Cir. 1981); Cert Denied, 50 U.S.

L.W. 2169; S. Ct. March 22, 1982

## INTRODUCTION

### MOTION TO ENTER APPEARANCE

That I, James Coppedge, Secured Party Creditor, Attorney-In-Fact of the CORPORATE ISSUE:

JAMES COPPEDGE, DEBTOR © Ens legis, am a living breathing man, over the age of 76 with

DNA, being first duly sworn, depose and say and declare by my signature that the following

facts are true, correct and not misleading and certain to the best of my knowledge and belief.

**§ 4.5  - 10 –Day "Automatic " Stay. Cease and Desist Utility Shut Offs and the POSTING**

**SHERIFF SALE SIGNS, pending Appeal.**

**RE: CONDITIONAL ACCEPTANCE —REQUEST FOR PROOF OF CLAIM ON TAX**

**LIABILITY AND MONETARY CONDITIONS AND AGREEMENT FOR DISCHARGE-**

**Reference  (Account ) No.:**  22-cv-679 (JMY)

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

CASE No.: 22-cv-679
(JMY)

## ADDENDUM

### 48 CFR Ch. 1 53.228 Bonds and insurance

The following standard forms are prescribed for use for bond and insurance requirements, as specified in part 28:(a) SF 24 (Rev. 10/98) Bid Bond. (See 28.106-1.) SF 24 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (b) SF 25 (Rev. 5/96) Performance Bond. (See 28.106-1(b).) SF 25 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (c) SF 25-A (Rev. 10/98) Payment Bond. (See 28.106-1(c).) SF 25-A is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (d) SF 25-B (Rev. 10/83), Continuation Sheet (For Standard Forms 24, 25, and 25-A). (See 28.106-1(d).) (e) SF 28 (Rev. 6/03) Affidavit of Individual Surety. (See 28.106-1(e) and Part 53 of the loose leaf edition of the FAR (o) OF 90 (Rev. 1/90), Release of Lien on Real Property. (See 28.106-1(o) and 28.203-5(a).) OF 90 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR (p) OF 91 (Rev. 1/90), Release of Personal Property from Escrow. (See 28.106-1(p) and 28.203-5(a).) OF 91 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR. [48 FR 42637, Sept. 19, 1983, as amended at 53 FR 43395, Oct. 26, 1988; 54 FR 48998, Nov. 28, 1989; 55 FR 25534, June 21, 1990; 55 FR 52801, Dec. 21, 1990; 59 FR 67061, Dec. 28, 1994; 61 FR 39214, July 26, 1996; 63 FR 58603, Oct. 30, 1998; 63 FR 70293, Dec. 18, 1998; 64 FR 10549, Mar. 4, 1999; 68 FR 28088, May 22, 2003]

## NOTICE OF MOVEMENT

Please move BONDS from the private side to the PUBLIC SIDE for
Acceptance of Value, closure and settlement of this accounting

With prejudice.  Under Christian Law, if I have unknowingly failed
to see any judgments or liens, please accept them for value and discharge
them.

Accepted for value,
certified and sworn on the
Undersigned's commercial liability
with all related
true, correct, and complete, in accordance with
endorsements front and back, House Joint
Uniform Commercial Code § 3-419 and
Resolution 192 of June 5, 1933; pre-paid; exempt from levy.

Date 03/08/22

WD/P UCC 1-308, 3-419
Authorized Representative

## AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB No.: **9000-0001**

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF  DELAWARE

COUNTY OF  KENT                   SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| | |
|---|---|
| 1. NAME *(First, Middle, Last) (Type or Print)*<br><br>JAMES (NMN) COPPEDGE | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)*<br>B/C # 156-44-328005 (NY)<br>52 BARKLEY COURT, DOVER, DELAWARE 19904 |
| 3. TYPE AND DURATION OF OCCUPATION<br><br>SURETY / LIFETIME | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)*<br>CLERK OF COURT, U.S. DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF PENNSYLVANIA |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(If any)*<br>*(Number, Street, City, State, ZIP Code)*<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET, NEW YORK, NY 10041-0099 | 6. TELEPHONE NUMBER<br>HOME  (302) 674-2535<br>BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) *Real estate (include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

see Optional Form 90 RELEASE OF LIEN (attached)
see Optional Form 91 PERSONAL PROPERTY FROM ESCROW (attached)
see Standard Form 24 BID BOND (attached)
see Standard Form 25 PERFORMANCE BOND (attached)          CASE No.: 22-cv-679(Judge
FRCP Rule 62 STAY PROCEEDINGS PENDING APPEAL(s) Amount: Two Million USD(2,000,000.00)       Young)

(b) *Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).*
CITY OF PHILADELPHIA COURT CASES: MARCH TERM 2003T0020, T0021,T0022, T0023.
See Attachment of Liens and Payments due for Real Estate Taxes and Water Taxes with
Attorney fees due: ($5,000.00) [Notice: If there are any unknown lien/judgment, they
are to be named and discharged as indicated: Accepted for Value and Exempt from Levy.]

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.  T0020 Real Estate Tax due:  $16,072.24(Acct# OPA # 131066400) WATER TAX:$2,030.50
Account # 057-3200-02113-001. T0021 Real Estate Tax: $20,731.66. WATER: $12,612.60 (Acct
057-88130-3739-001). T0022 R.E.TAX: $18,172.18; WATER: $4,439.63; Acct# 057-88130-03742-
001. T0023: R.E.Tax:$18,600.49. WATER: $4,009.97. Total Due:$99,169.27.  See attachment

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.  Standard Form 28, Optional Form 90, Optional Form 91, Standard Form
24, Standard Form 25, Standard Form 25A .  B/C #156-44-328005(DOB: 07/29/1944)E81761746,
EIN 210342201, UCC 1 #2009 0491016, F57739507.

DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE<br>*James Coppedge*<br>*Authorized Representative* | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)* E81761746, F57739507, UCC 1 #<br>2009 0491016,Op. F. 90,91,ST.F. 24,25,25A |
|---|---|

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|
| MONTH 03  DAY 08  YEAR 2022 | DOVER  DELAWARE | Official Seal |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)*<br>BENJAMIN T. GARRETT  NOTARY PUBLIC | d. SIGNATURE | e. MY COMMISSION EXPIRES<br>08-02-23 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (Rev. 6/2003)
Prescribed by GSA-FAR 48 CFR 53.229(d)

*(Notary seal: BENJAMIN T. GARRETT — NOTARY PUBLIC — STATE OF DELAWARE — MY COMMISSION EXPIRES 08/02/2023)*

RELEASE OF LIEN ON REAL PROPERTY

Whereas   JAMES (NMN) COPPEDGE   , of  B/C #: 156-44-328005   , by a bond
                    (Name)                                         (Place of Residence)
for the performance of U.S. Government Contract Number   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   ,
became a surety for the complete and successful performance of said contract, which bond
inlcudes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property
  see Standard Form 28   AFFIDAVIT OF INDIVIDUAL SURETY (attached)
  see Optional Form 91   RELEASE OF PERSONAL PROPERTY FROM ESCROW (attached)
  see Standard Form 24   BID BOND (attached)
  see Standard Form 25   PERFORMANCE BOND (attached)           CASE No.: 22-cv-679 (Judge
  see Standard Form 25A PAYMENT BOND  (attached)                                    Young)

and recorded this pledge on   March Term 2003T0020,T0021, T0022, T0023 (see Decreeds(attached)
                                         (Name of Land Records)
in the   PHILADELPHIA COUNTY   of   PENNSYLVANIA [19140]   ,
                (Locality)                                          (State)
and

Whereas, I,   James (nmn) Coppedge, Family of Coppedge   , being a duly
authorized representative of the United States Government as a warranted contracting
officer, have determined that the lien is no longer required to ensure further performance of
the said Government contract or satisfaction of claims arising therefrom,
and

Whereas the surety remains liable to the United States Government for continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the
aforementioned lien.

[Date]                                              [Signature]
03-08-2022                                          Seal

ON THIS 8th DAY OF MARCH , 2022
JAMES COPPEDGE   APPEARED  OPTIONAL FCRM 90 (REV. 1-90)
AUTHORIZED FOR LOCAL REPRODUCTION   BEFORE ME   BenJamin T. Garrett   Prescribed by GSA-FAR (48 CFR) 53.228(n)
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT.

con0KP
08-02-2023

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ___JAMES (NMN) COPPEDGE___ , of ___B/C #156-44-328005___ , by a bond
       (Name)                     (Place of Residence)
for the performance of U.S. Government Contract Number ___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___ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number ___CASE No.: 22-cv-679 (Judge Young)___ on deposit

at ___CLERK OF COURT, U.S. DISTRICT CT FOR THE EASTERN DISTRICT OF PA___
                         (Name of Financial Institution)

located at ___601 MARKET ST, Room 2609, PHILADELPHIA, PA 19106-1797___ , and
                   (Address of Financial Institution)

Whereas I, ___james (nmn) Coppedge, family of coppedge___ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

```
see Standard Form 28   AFFIDAVIT OF INDIVIDUAL SURETY (attached)
see Optional Form 90    RELEASE OF LIEN (attached)
see Standard Form 24   BID BOND (attached)
see Standard Form 25   PERFORMANCE BOND (attached)
see Standard Form 25A  PAYMENT BOND (attached)
and
```

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

___COURT OF COURT, U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PA___
                 (Name of Financial Institution)

[Date]

03-08-2022

[Signature]

Seal

THIS 8TH DAY OF MARCH , 20 22

JAMES COPPEDGE APPEARED

BEFORE ME BENJAMIN T GARRET OPTIONAL FORM 91 (1-90)

A NOTARY PUBLIC FOR THE STATE OF DELAWARE,   Prescribed by GSA-FAR (48 CFR) 53.228(o)

COUNTY OF KENT.

AUTHORIZED FOR LOCAL REPRODUCTION

BENJAMIN T. GARRETT
MY COMMISSION EXPIRES
NOTARY
PUBLIC
08/02/2023
STATE OF DELAWARE

| **BID BOND** *(See instruction on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* 07/29/1944 | OMB NO.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| JAMES (NMI) COPPEDGE<br>PARKERS RUN<br>52 BARKLEY CT<br>DOVER, DELAWARE 19904 | [X] INDIVIDUAL      [ ] PARTNERSHIP<br>[ ] JOINT VENTURE   [ ] CORPORATION<br>STATE OF INCORPORATION<br>B/C# 156-44-328005   NY |

SURETY(IES) *(Name and business address)*
JAMES (NMI) COPPEDGE
DTC
55 WATER STREET, NY, NY 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE 02/15/2022 | INVITATION NO CASE No.: 22-cv-679 (Judge Young) |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR *(Construction, Supplies, or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *JAMES COPPEDGE* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES COPPEDGE | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(signature)* (Seal) | 2. | (Seal) |
| NAME(S) (Typed) | James Coppedge, Authorized Agent | 2. | |

| CORPORATE SURETY(IES) | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|
| SIGNATURE(S) | KENT CO, DELAWARE<br>*(signature)* | 2.<br> | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | NOTARY PUB | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

*CON OF P*
*08-02-2023*

ON THIS 8 DAY OF MARCH, 20 22
JAMES COPPEDGE APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,

STANDARD FORM 24 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(e)

*(Notary seal: BENJAMIN T. GARRETT, COMMISSION EXPIRES ... NOTARY PUBLIC ... 2023)*

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed_____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 07/29/1944 | OMB No.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| JAMES (NMM) COPPEDGE PARKERS RUN 52 BARKLEY COURT DOVER, DELAWARE 19904 | [X] INDIVIDUAL [ ] JOINT VENTURE | [ ] PARTNERSHIP [ ] CORPORATION | |
| | STATE OF INCORPORATION NEW YORK - B/C BOND NO: 156-44-328005 | | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | |
|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| JAMES (NMN) COPPEDGE DEPOSITORY TRUST COMPANY 55 WATER STREET NEW YORK, NEW YORK 100 | CONTRACT DATE 02/15/2022 | CONTRACT NO. CASE No.: 22-cv-679 (JMY) | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. JAMES COPPEDGE (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES (NMI) COPPEDGE | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. James (NMN) Coppedge, A.R. | 2. | |

| **CORPORATE SURETY(IES)** | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | 1. | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable.

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

ON THIS 8TH DAY OF MARCH, 2022 JAMES COPPEDGE APPEARED BEFORE ME BENJAMIN T. GARRETT A NOTARY PUBLIC FOR THE STATE OF DELAWARE, COUNTY OF KENT.

(notary seal: PUBLIC / STATE OF DELAWARE / 08/02/2023)

08-02-2023

**CORPORATE SURETY(IES) (Continued)**

| | | | STATE OF INC | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1  This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2  Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3  (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4  Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal" and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5  Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 3/2013) BA

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>07/29/1944 | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| JAMES (NMN) COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DELAWARE 19904 | ☒ INDIVIDUAL     ☐ PARTNERSHIP<br><br>☐ JOINT VENTURE     ☐ CORPORATION | | |

| | STATE OF INCORPORATION | | |
|---|---|---|---|
| | NEW YORK - B/C#156-44-328005 | | |

| SURETY(IES) *(Name(s) and business address(es)* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| JAMES (NMN) COPPEDGE<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET<br>NEW YORK, NEW YORK 10041-0099 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 02/15/2022 | CASE No.: 22-cv-679<br>(JMY) |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | | PRINCIPAL | | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. *James Coppedge* (Seal) | 2. (Seal) | 3. (Seal) | | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. JAMES (NMN) COPPEDGE | 2. | 3. | | |

| | | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(signature)* (Seal) | 2. (Seal) | | |
| NAME(S) *(Typed)* | 1. James (NMN) Coppedge, Authorized Agent | | | |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| | | STATE OF INC. | LIABILITY LIMIT | |
| SURETY A | NAME & ADDRESS | 1. | $ | Corporate Seal |
| | SIGNATURE(S) | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

*(Notary seal: BENJAMIN T. GARRETT, NOTARY, MY COMMISSION EXPIRES, ...OF DELAWARE)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

ON THIS 8TH DAY OF MARCH, 20 22
JAMES COPPEDGE APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

*COMExp 08.02.2023*

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space

designated "SURETY(IES)" on the face of the form, insert only the let identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit Individual Surety (Standard Form 28) for each individual surety, sl accompany the bond. The Government may require the surety furnish additional substantiating information concerning their financ capability.

4. Corporations executing the bond shall affix their corporate seal Individuals shall execute the bond opposite the word "Corporate Sea and shall affix an adhesive seal if executed in Maine, New Hampshi or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in space provided.

BILL ATTACHMENTS
.REAL ESTATE TAX
.WATER TAX



(//beta.phila.gov)

# Real Estate Tax Balance Search

During tax season, the site occasionally experiences high volume impacting usage. If you are unable to obtain your balance, please try again in a few minutes.

## 3739 N 18TH ST

PHILADELPHIA, PA 19140-3532

OPA # 131245800

131245800    ✕    🔍

🏠  Property Information

| Balance Due | PAY NOW | PAYMENT PLANS | PRINT PAYMENT COUPON |
|---|---|---|---|
| **$20,731.66** Includes Payments Through: 02/23/2022 | Or pay by phone (877) 309-3710. | Need help with your bill? We offer payment options and assistance plans. | |

| | |
|---|---|
| OPA Account # | 131245800 |
| OPA Address | 3739 N 18TH ST |
| Owner | COPPEDGE JAMES |
| Assessed Value | $72,900.00 |
| Sale Date | 01/14/1988 |
| Sale Price | $9,250.00 |
| Lien Sale Account | |

*ACCEPTED FOR VALUE RETURNED FOR VALUE SETTLEMENT AND DISCHARGE* 03/08/22
Authorized Representative   Date:
Ein 2/0 34 2 201

Tax Support (https://phila.formstack.com/forms/real_estate_tax_support)

CITY OF PHILADELPHIA                COURT OF COMMON PLEAS

            vs.                              C.P.

James Coppedge

*Filed and Attested by the
Office of Judicial Records
06 MAR 2020 01:05 pm
S. ILLGRINT*

                          RULE

AND NOW, this     day of         ,2020 , upon consideration of within Petition, this Court hereby grants a Rule (or notice) upon the above named respondent to show cause why a Decree should not be entered permitting the <u>SALE</u> of the following premises,

            15' 2" x 91' 10"      3739 North 18th Street,

            As fully described in the Tax Information Certificate,
 by the Sheriff of Philadelphia County because of delinquent real estate taxes.

Service and notice of this Rule shall be made in the manner provided in the Act of Assembly of May 16, 1923, P.L. 207, and the amendments thereto, and as required by Act 135 of 1992, December 14, 1992, as amended, for notice of Rules to show cause, and to be returnable fifteen days after such service.

The said Rule is returnable (i.e., an Answer must be filed) within fifteen (15) days of service or a Rule Absolute may be entered i.e., the property may be immediately <u>SCHEDULED FOR SHERIFF'S SALE.</u>

                    BY THE COURT:

                    _____
                                          J.

Case ID: 2003T0021

ATTACHED TO AND FORMING A PART OF TAX INFORMATION CERTIFICATE
**Order Number:** LTS3946879
**Client Number:** 138151

**FRONTAGE:** 15' 2" x 91' 10"          **LEGAL DESCRIPTION:**

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, described according to a Survey and Plan thereof made by H. M. Fuller, Esquire, Surveyor and Regulator of the 13th Survey District of the City of Phila., on the 27th day of November A.D. 1908, as follows, to wit:

SITUATE on the East side of 18th St. at the distance of 286 feet 10 inches Northward from the North side of Erie Ave. in the 13th Ward of the City of Phila.

CONTAINING in front or breadth on the said 18th St. 15 feet 2 inches and extending of that width in length or depth Eastward between parallel lines at right angles to the said 18th St. 91 feet 10 inches to a certain 3 feet wide alley which extends Southward from Butler St. and communicates at its Southernmost end with a certain other alley 4 feet wide which extends East and Westward from the said 18th St. to Bouvier St.

TOGETHER with the free and common use right liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter forever.

BEING NO. 3739 N. 18th St.

BEING THE SAME PREMISES VESTED IN James Coppedge, by Deed from Helen M. Webb, administratix of the estate of Mary Mickens, deceased, dated 01/15/1988, recorded 01/21/1988 in Book FHS 979, Page 425.



(//beta.phila.gov)

# Real Estate Tax Balance Search

During tax season, the site occasionally experiences high volume impacting usage. If you are unable to obtain your balance, please try again in a few minutes.

## 3742 N 18TH ST
PHILADELPHIA, PA 19140-3533
OPA # 131253200

131253200      ✖   🔍

---

🏠  **Property Information**

---

| Balance Due | PAY NOW | PAYMENT PLANS | PRINT PAYMENT COUPON |
|---|---|---|---|
| **$18,172.18** | Or pay by phone (877) 309-3710. | Need help with your bill? We offer payment options and assistance plans. | |
| Includes Payments Through: 02/23/2022 | | | |

| | |
|---|---|
| OPA Account # | 131253200 |
| OPA Address | 3742 N 18TH ST |
| Owner | COPPEDGE JAMES |
| Assessed Value | $103,200.00 |
| Sale Date | 06/28/1995 |
| Sale Price | $17,500.00 |
| Lien Sale Account | |



*ACCEPTED FOR VALUE*
*RETURNED FOR VALUE*
*SETTLEMENT AND DISCHARGE*
*Authorized Representative   Date: 03/08/22*
*EIN 210342201*

Tax Support (https://phila.formstack.com/forms/real_estate_tax_support)



(//beta.phila.gov)

# Real Estate Tax Balance Search

During tax season, the site occasionally experiences high volume impacting usage. If you are unable to obtain your balance, please try again in a few minutes.

## 2113 W ERIE AVE

PHILADELPHIA, PA 19140-3930

OPA # 131066400

| 131066400 | ✕ | 🔍 |

 **Property Information**

| Balance Due | PAY NOW | PAYMENT PLANS | PRINT PAYMENT COUPON |
|---|---|---|---|
| **$16,072.24** | Or pay by phone (877) 309-3710. | Need help with your bill? We offer payment options and assistance plans. | |
| Includes Payments Through: 02/23/2022 | | | |

| | |
|---|---|
| OPA Account # | 131066400 |
| OPA Address | 2113 W ERIE AVE |
| Owner | COPPEDGE JAMES |
| Assessed Value | $61,600.00 |
| Sale Date | 01/30/2005 |
| Sale Price | $26,000.00 |
| Lien Sale Account | |

ACCEPTED FOR VALUE
RETURNED FOR VALUE
SETTLEMENT AND DISCHARGE
Authorized Representative   Date: 05/08/22
EIN 210 342201

Tax Support (https://phila.formstack.com/forms/real_estate_tax_support)



(//beta.phila.gov)

# Real Estate Tax Balance Search

During tax season, the site occasionally experiences high volume impacting usage. If you are unable to obtain your balance, please try again in a few minutes.

## 3637 N 21ST ST
PHILADELPHIA, PA 19140-3926
OPA # 131294700

131294700   ✕   🔍

🏠  **Property Information**

| Balance Due | PAY NOW | PAYMENT PLANS | PRINT PAYMENT COUPON |
|---|---|---|---|
| **$18,600.49** | Or pay by phone (877) 309-3710. | Need help with your bill? We offer payment options and assistance plans. | |
| Includes Payments Through: 02/28/2022 | | | |

| | |
|---|---|
| OPA Account # | 131294700 |
| OPA Address | 3637 N 21ST ST |
| Owner | COPPEDGE JAMES |
| Assessed Value | $88,700.00 |
| Sale Date | 01/23/2007 |
| Sale Price | $1.00 |
| Lien Sale Account | |

*ACCEPTED FOR VALUE*
*RETURNED FOR VALUE*
*SETTLEMENT AND DISCHARGE*
Date: 03/08/22
Representative
EIN 210342201

Tax Support (https://phila.formstack.com/forms/real_estate_tax_support)

| BRT | ADDRESS | Tax years | Principal | Interest | Penalty | Costs | Total |
|---|---|---|---|---|---|---|---|
| 131245800 | 3739 N. 18th St. | 2012-2021 | $11,682.00 | $4,811.74 | $735.59 | $2,199.21 | $19,428 |
| 1310066400 | 2113 W. Erie Ave. | 2012-2021 | $8,428.17 | $3,201.63 | $555.57 | $2,783.50 | $14,968 |
| 131294700 | 3637 N. 21St St. | 2011-2021 | $10,221.63 | $4,105.74 | $615.55 | $2,128.39 | $16,891 |
| 131253200 | 3742 N. 18th St. | 2014-2021 | $10,680.44 | $3,315.27 | $631.32 | $1,792.32 | $16,415 |
| | | Total | $41,012.24 | $15,434.38 | $2,538.03 | $8,903.42 | $67,708 |

James Coppede Real Estate Taxes (calculated thorugh
January 21, 2022)



ACCEPTED FOR VALUE
RETURNED FOR VALUE
SETTLEMENT AND DISCHARGE
Authorized Representative   Date: 03/08/22
E i N 21034 22 01

| Property Address | SCI # | BRT # | PERIOD | PRINCIPAL | INTEREST | PENALTY | TO |
|---|---|---|---|---|---|---|---|
| 3742 N. 18th St. | 1200009751 | 131255200 | 2010-21 | $3,650.00 | $2,363.00 | $3,426.34 | $9. |
| 3637 N. 21St St. | 1200009806 | 131294700 | 2010-12 | $750.00 | $894.00 | $1,230.00 | $2. |
| TOTAL | | | | $4,400.00 | $3,257.00 | $4,656.34 | $12. |

James Coppedge SCE Fees

Calculated through Nov. 15, 2021



ACCEPTED FOR VALUE
RETURNED FOR VALUE
SETTLEMENT AND DISCHARGE
Authorized Representative   Date: 03/08/22
EIN 210342201

| Property Address | Account No | OPA No | Principal Charges | Penalty | Lien Fee | Total Balance | Amount Under Judgment | Amount Not Under Judgment | No of bills delinquent >90 days | Maximum Fine | Mailing Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7174 ANDREWS AVE | 0051266007174001 | 101145600 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 7174 ANDREWS AVE, PHILADELPH |
| 2113 W 138TH AVE | 0573120000211300 1 | 131066400 | $1,716.63 | $89.69 | $91.45 | $1,897.77 | $0.00 | $1,897.77 | 4 | $400.00 | 3742 N 18TH ST, PHILADELPH |
| 3739 N 18TH AVE | 0578813003739001 | 131245800 | $8,608.38 | $1,000.52 | $568.70 | $10,177.60 | $1,736.41 | $8,441.19 | 7 | $700.00 | 3739 N 18TH ST, PHILADELPH |
| 3739 N 18TH ST | 0578813003742001 | 131253200 | $3,559.54 | $130.21 | $182.90 | $3,872.65 | $0.00 | $3,872.65 | 7 | $700.00 | 3742 N 18TH ST, PHILADELPH |
| 3742 N 18TH ST | 0578819003637001 | 131294700 | $2,990.57 | $125.03 | $91.45 | $3,207.05 | $0.00 | $3,207.05 | 7 | $700.00 | 3742 N 18TH ST FL 1, PHILAD |
| 3637 N 21ST ST | | | $16,875.12 | $1,345.45 | $934.50 | $19,155.07 | $1,736.41 | $17,418.66 | 25 | $2,500.00 | |

James Coppedge Water and Sewer Rents (calculated as of January 25, 2022)

ACCEPTED FOR VALUE
RETURNED FOR VALUE
SETTLEMENT AND DISCHARGE
Authorized Representative   Date: 03/08/22
EIN 210 34 22 01

PO BOX 148
PHILA PA 19105-0148

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

*Dept U.S District Ct*
*PA : CA# 22-CV-679*

NOTICE   0114736220114

JAMES COPPEDGE
PO BOX 4482
PHILADELPHIA PA 19140-0482

JANUARY 14, 2022

SSN: XXX-XX-2201

Phone: (215) 686-6442

Property: 2113 W ERIE AVE

*ACCEPTED FOR VALUE*
*RETURNED FOR VALUE*
*SETTLEMENT AND DISCHARGE 03/08/22*
*Authorized Representative Date:*
*EIN 210342201*

# REAL ESTATE TAX BILL
### Includes payments posted through JANUARY 13, 2022

This is your Real Estate Tax bill for this account. You must pay your bill immediately.

Interest, penalty, and/or additional costs have been added to your bill since the original due date. If you do not pay your bill by the payment due date below, the amount you owe will continue to increase. Only payment in full or a payment agreement will prevent enforcement action against you and your property.

**This bill may not represent your total Real Estate taxes due.
The fastest and easiest way to look up your updated account
balance and to pay is to go online at www.phila.gov/revenue.
Paying by eCheck is FREE.**

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 131066400 | 2012 | 0.00 | 0.00 | 0.00 | 1,383.16 | 1,383.16 |
| 131066400 | 2012 | 161.96 | 294.86 | 46.34 | 81.39 | 584.55 |
| 131066400 | 2013 | 686.78 | 504.78 | 48.07 | 95.58 | 1,335.21 |
| 131066400 | 2014 | 910.73 | 587.42 | 63.75 | 185.62 | 1,747.52 |
| 131066400 | 2015 | 910.73 | 505.45 | 63.75 | 180.70 | 1,660.63 |
| 131066400 | 2017 | 951.37 | 356.77 | 66.60 | 179.42 | 1,554.16 |
| 131066400 | 2018 | 951.37 | 271.15 | 66.60 | 174.28 | 1,463.40 |
| 131066400 | 2019 | 959.42 | 187.09 | 67.16 | 169.76 | 1,383.43 |
| 131066400 | 2020 | 952.82 | 100.05 | 66.70 | 164.11 | 1,283.68 |
| 131066400 | 2021 | 991.62 | 14.87 | 9.92 | 157.92 | 1,174.33 |
| Total | | 7,476.80 | 2,822.44 | 498.89 | 2,771.94 | 13,570.07 |

— — — — — — — — — — DETACH HERE — — — — — — — — — —
**RETURN THIS PORTION WITH PAYMENT**

*MONEY ORDER*
*Pay to US Dist Ct PA*
*CA No. 22-cv-679*

| PAYMENT DUE: $13,570.07 |
|---|
| ON OR BEFORE: FEBRUARY 08, 2022 |
| AMOUNT ENCLOSED: *13,570.07* |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 0114736220114
JAMES COPPEDGE
SSN: XXX-XX-2201

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

*ACCEPTED FOR VALUE*
*RETURNED FOR VALUE*
*SETTLEMENT AND DISCHARGE 03/08/22*
*Authorized Representative Date:*
*EIN 210342201*

333611231990000011473622011400000000000000000000000000000000149158301



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU



City of
**Philadelphia**

# Water/Sewer & Stormwater Bill
## Please pay **$2,018.74**

Questions?
**www.phila.gov/revenue**
**(215) 685-6300** Monday-Friday, 8am-5pm

**Customer Name:** JAMES COPPEDGE
**Service Address:** 2113 W Erie Ave, Philadelphia PA 19140
**Bill Date:** January 26, 2022 (Bill Period: Dec 22, 2021 – Jan 25, 2022)

**Account Number:** 057-32000-02113-001
**Water Access Code:** 000139986
**Bill Number:** B0905086945
**Includes Payments Through:** January 26, 2022

## Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $1,964.43 |
| No payment received | $0.00 |
| Unpaid Balance | $1,964.43 |

**This Bill**

| | |
|---|---|
| Usage Charge (1 ccf, see below for details) | $8.04 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $37.00 |
| Late payment penalty | $17.31 |
| Total Account Balance | $2,018.74 |
| **Please Pay Now** | **$2,018.74** |

**Active Bankruptcy**
This bill does not reflect the full account balance due to an active bankruptcy case. This notice is not, nor is it intended to be, an effort to collect any debt subject to the bankruptcy proceedings.

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance. You don't need to take action.

**Past Due Balance**
When your water bill is past due, your service is subject to shut-off. To avoid shut-off, pay your balance in full at one of our payment centers in the city. Payment information can be found on the back.

See back for more information and contact details ➔

*[handwritten: Pay to U.S. District Ct-PA   C.A. No. 22-CV-0 79]*



## Your Water Usage
### Meter Readings

Meter: 0348769   ERT: 0029665540   Service: 41R

| | | |
|---|---|---|
| January 25, 2022 | actual reading | 1946 |
| December 22, 2021 | actual reading | 1945 |
| Total CCFs used | | 1 |
| *Approximate gallons used per day* | | 22 |

If property was occupied during zero usage please call (215) 686-6880

**Usage History (ccf)**    ■ Actual Reading  ■ Estimate

Jan 2021 0, Feb 0, Mar 0, Apr 0, May 0, Jun 0, Jul 0, Aug 0, Sep 0, Oct 1, Nov 0, Dec 0, Jan 2022 1

---

**Paying by mail?** *MONEY ORDER*
Send this coupon with your payment.
See back for other ways to pay ➔

*[handwritten: Pay to U.S. District Ct – PA   C.A. No: 22-CV-679]*

**Account Number**
057-32000-02113-001

| | |
|---|---|
| **Please pay** | **$2,018.74** |
| Late payment penalty | $11.76 |
| Total amount due if paid after Feb 25, 2022 | $2,030.50 |



JAMES COPPEDGE
3742 N 18TH ST
PHILADELPHIA PA 19140-3533

057 CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

33372022522000032000021130011000020305000002018740570000100000000005

ACCEPTED FOR VALUE
RETURNED FOR VALUE
SETTLEMENT AND DISCHARGE
Authorized Representative   Date:

# ❗ Have a water emergency? Call (215) 685-6300 anytime.

## HOW TO PAY YOUR BILL

🖥 **Online** - Visit **www.phila.gov/waterbill**

💳 **AutoPay** - Sign up for free automated monthly payments from your checking or savings account: **www.phila.gov/waterbill**

📞 **Phone** - Call (877) 309-3709

✉ **Mail** - Mail your check or money order, include your account number, make payable to "City of Philadelphia"
P.O. Box 41496
Philadelphia, PA 19101-1496

👤 **In person** - Visit one of our payment centers Monday - Friday, 8:30am - 5pm

*Cash, check, or money order accepted:*
Municipal Services Building
1401 JFK Blvd, Concourse Level

*Check or money order only:*
Northeast Philadelphia
7522 Castor Avenue

North Philadelphia, Hope Plaza
22nd & Somerset Streets

If your service is scheduled for shutoff, payment MUST be made at least five days before the scheduled shutoff.

## Pay on time
If we do not receive your payment within 30 days of the date of this bill, we will add a 5% charge. For each additional month another 0.5% will be added.

## Struggling to pay your water bill?
Apply now for the Tiered Assistance Program (TAP). Visit **www.phila.gov/water-bill-help** or call (215) 685-6300 for an application.

## Are you a senior citizen?
Call us at (215) 685-6300 to find out if you qualify for a 25% discount.

## Think your bill is inaccurate?
If you think your bill is inaccurate, you have the right to appeal. The first step is to call the Water Revenue Bureau (WRB) at (215) 685-6300 within 30 days of this bill to have it reviewed. If you are not satisfied after contacting WRB customer service, and receiving a written decision, you may request an Informal Hearing (IH) within 30 days of the decision. You may appeal the IH decision to the Tax Review Board (TRB) within 60 days of the decision by mailing a completed appeal form to the TRB. Call (215) 686-5216 to obtain the appeal form or visit **www.phila.gov/trb/TRB_Petitions.html.**

---

*You also have the right to appeal directly to the TRB within 60 days of this bill without contacting WRB customer service or requesting an informal hearing.*

### Returned checks
If your check is returned unpaid for insufficient or uncollected funds, you authorize the City of Philadelphia, or its agent, to make a one-time electronic fund transfer from your account to collect a fee of $20. The City of Philadelphia, or its agent, may present your check again to your bank for payment.

### ABOUT THE CHARGES ON YOUR BILL

#### Usage charge
This is based on your meter reading. When we don't have an actual reading, we estimate your usage.

We measure water in cubic feet. A cubic foot equals 7.48 gallons. One "ccf" is 100 cubic feet.

The average household uses five ccf per month, which equals 3,740 gallons of water. This costs water customers approximately one cent per gallon of water used for both drinking and sewer.

#### Service charge
This covers:

- Billing and collection of water and wastewater services
- Metering
- Pollution prevention services

#### Repairs and other charges
These cover:

- **HELP** loans

---

- Any costs involved in shutting off or restoring our services to your property
- Meter replacements
- Other miscellaneous charges

### Stormwater charge
This charge is based on the property's size and how much impervious (or hard) surface is on the property.

Residential properties pay a flat stormwater fee based on the average size of all residential properties in the city. Non-residential properties pay a stormwater fee based on the individual property's characteristics.

To protect our waterways, stormwater must be managed. Costs for system maintenance are paid for by the stormwater charge.

If you have questions about your stormwater charge visit **www.phila.gov/water/wu/stormwater**, or call (215) 685-6300.

### DID YOU KNOW?
You own the pipes connecting your house to the water main and the sewer. You must have them repaired by a licensed plumber if they break. Help may be available for these services. Go to **www.phila.gov/water** or call (215) 685-6300 for more details.

For more information about being a Philadelphia Water Department customer, view our Customer Guide at **www.phila.gov/water/pdf/customer-guide.pdf.**

---



**WHO WE ARE**

### Philadelphia Water Department

The Philadelphia Water Department serves the City of Philadelphia by providing integrated water, wastewater, and stormwater services. We are proud to partner with the Water Revenue Bureau, which provides all billing and collection services.

For information about water service visit **www.phila.gov/water.**

🐦 **@PhillyH2O and @PhilaRevenue**



### Philadelphia Water Revenue Bureau

The Philadelphia Water Revenue Bureau is a division of the Philadelphia Department of Revenue and is responsible for the billing and collection of water, sewer, and stormwater services.

For information about water revenue billing visit **www.phila.gov/waterbill.**

✉ **Email wrbhelpdesk@phila.gov**

---



**(215) 685-6300** | **Philadelphia Water Department and Water Revenue Bureau Customer Contact Center**
Servicios de traducción en español | Serviços de tradução em portuguès | Services de traduction en français
Servizi di traduzione in italiano | Dịch vụ dịch thuật bằng tiếng Việt | 普通话翻译服务
переводческие услуги на русском языке | 한국어의 번역 서비스

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU


City of
**Philadelphia**

# Water/Sewer & Stormwater Bill
Please pay **$3,980.49**

Questions?
www.phila.gov/revenue
**(215) 685-6300** Monday-Friday, 8am-5pm

Customer Name: COPPEDGE JAMES ETAL
Service Address: 3637 N 21st St, Philadelphia PA 19140
Bill Date: January 26, 2022  (Bill Period: Dec 22, 2021 - Jan 25, 2022)

Account Number: 057-88190-03637-001
Water Access Code: 000537255
Bill Number: B0906055789
Includes Payments Through: January 26, 2022

## Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $3,634.85 |
| No payment received | $0.00 |
| Unpaid Balance | $3,634.85 |
| **This Bill** | |
| Usage Charge (23 ccf, see below for details) | $183.78 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $212.74 |
| Late payment penalty | $41.45 |
| Lien Fee | $91.45 |
| Total Account Balance | $3,980.49 |
| **Please Pay Now** | **$3,980.49** |

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance. You don't need to take action.

**Past Due Balance**
When your water bill is past due, your service is subject to shut-off. To avoid shut-off, pay your balance in full at one of our payment centers in the city. Payment information can be found on the back.

**Payment Types**
Pay by phone (877) 309-3709; credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details ➔

## Your Water Usage
**Meter Readings**

Meter: 0506831   ERT: 0028664801   Service: 41R

| | | |
|---|---|---|
| January 25, 2022 | actual reading | 919 |
| December 22, 2021 | actual reading | 896 |
| Total CCFs used | | 23 |
| *Approximate gallons used per day* | | *506* |

**Usage History (ccf)**  ■ Actual Reading ■ Estimate

| Jan 2021 | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 5 | 6 | 9 | 8 | 10 | 10 | 12 | 26 | 21 | 20 | 24 | 23 |

Please fold and detach

**Paying by mail?**
Send this coupon with your payment.
See back for other ways to pay ➔

Account Number
057-88190-03637-001

| | |
|---|---|
| **Please pay** | **$3,980.49** |
| Late payment penalty | $29.48 |
| Total amount due if paid after Feb 25, 2022 | $4,009.97 |


JAMES COPPEDGE ETAL
3742 N 18TH ST FL 1
PHILADELPHIA PA 19140

057-1


CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

3337202252200008819003637001100000409970000398049057000010000000009

# ❗ Have a water emergency? Call (215) 685-6300 anytime.

## HOW TO PAY YOUR BILL

🖥 **Online** - Visit **www.phila.gov/waterbill**

💳 **AutoPay** - Sign up for free automated monthly payments from your checking or savings account: **www.phila.gov/waterbill**

📞 **Phone** - Call **(877) 309-3709**

✉ **Mail** - Mail your check or money order, include your account number, make payable to "City of Philadelphia"
P.O. Box 41496
Philadelphia, PA 19101-1496

👤 **In person** - Visit one of our payment centers Monday - Friday, 8:30am - 5pm

*Cash, check, or money order accepted:*
Municipal Services Building
1401 JFK Blvd, Concourse Level

*Check or money order only:*
Northeast Philadelphia
7522 Castor Avenue

North Philadelphia, Hope Plaza
22nd & Somerset Streets

If your service is scheduled for shutoff, **payment MUST be made at least five days** before the scheduled shutoff.

### Pay on time
If we do not receive your payment within 30 days of the date of this bill, we will add a 5% charge. For each additional month another 0.5% will be added.

### Struggling to pay your water bill?
Apply now for the Tiered Assistance Program (TAP). Visit **www.phila.gov/water-bill-help** or call (215) 685-6300 for an application.

### Are you a senior citizen?
Call us at (215) 685-6300 to find out if you qualify for a 25% discount.

### Think your bill is inaccurate?
If you think your bill is inaccurate, you have the right to appeal. The first step is to call the Water Revenue Bureau (WRB) at (215) 685-6300 within 30 days of this bill to have it reviewed. If you are not satisfied after contacting WRB customer service, and receiving a written decision, you may request an Informal Hearing (IH) within 30 days of the decision. You may appeal the IH decision to the Tax Review Board (TRB) within 60 days of the decision by mailing a completed appeal form to the TRB. Call (215) 686-5216 to obtain the appeal form or visit **www.phila.gov/trb/TRB_Petitions.html.**

*You also have the right to appeal directly to the TRB within 60 days of this bill without contacting WRB customer service or requesting an informal hearing.*

### Returned checks
If your check is returned unpaid for insufficient or uncollected funds, you authorize the City of Philadelphia, or its agent, to make a one-time electronic fund transfer from your account to collect a fee of $20. The City of Philadelphia, or its agent, may present your check again to your bank for payment.

## ABOUT THE CHARGES ON YOUR BILL

### Usage charge
This is based on your meter reading. When we don't have an actual reading, we estimate your usage.

We measure water in cubic feet. A cubic foot equals 7.48 gallons. One "ccf" is 100 cubic feet.

The average household uses five ccf per month, which equals 3,740 gallons of water. This costs water customers approximately one cent per gallon of water used for both drinking and sewer.

### Service charge
This covers:

• Billing and collection of water and wastewater services

• Metering

• Pollution prevention services

### Repairs and other charges
These cover:

• **HELP** loans

• Any costs involved in shutting off or restoring our services to your property

• Meter replacements

• Other miscellaneous charges

### Stormwater charge
This charge is based on the property's size and how much impervious (or hard) surface is on the property.

Residential properties pay a flat stormwater fee based on the average size of all residential properties in the city. Non-residential properties pay a stormwater fee based on the individual property's characteristics.

To protect our waterways, stormwater must be managed. Costs for system maintenance are paid for by the stormwater charge.

If you have questions about your stormwater charge visit **www.phila.gov/water/wu/stormwater**, or call (215) 685-6300.

### DID YOU KNOW?
You own the pipes connecting your house to the water main and the sewer. You must have them repaired by a licensed plumber if they break. Help may be available for these services. Go to **www.phila.gov/water** or call (215) 685-6300 for more details.

For more information about being a Philadelphia Water Department customer, view our Customer Guide at **www.phila.gov/water/pdf/customer-guide.pdf.**



RECEIVED FOR VALUE
PRESENTMENT AND DEMAND
Refused Returned Date 03/03/22
EIN 21-034-2201

---


### PHILADELPHIA WATER DEPARTMENT

**WHO WE ARE**

**Philadelphia Water Department**

The Philadelphia Water Department serves the City of Philadelphia by providing integrated water, wastewater, and stormwater services. We are proud to partner with the Water Revenue Bureau, which provides all billing and collection services.

For information about water service visit **www.phila.gov/water**.

 **@PhillyH2O** and **@PhilaRevenue**

### CITY OF PHILADELPHIA DEPARTMENT OF REVENUE WATER REVENUE BUREAU

**Philadelphia Water Revenue Bureau**

The Philadelphia Water Revenue Bureau is a division of the Philadelphia Department of Revenue and is responsible for the billing and collection of water, sewer, and stormwater services.

For information about water revenue billing visit **www.phila.gov/waterbill**.

 **Email wrbhelpdesk@phila.gov**

---



**(215) 685-6300 | Philadelphia Water Department and Water Revenue Bureau Customer Contact Center**
Servicios de traducción en español | Serviços de tradução em português | Services de traduction en français
Servizi di traduzione in italiano | Dịch vụ dịch thuật bằng tiếng Việt | 普通话翻译服务
переводческие услуги на русском языке | 한국어의 번역 서비스



**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**


City of **Philadelphia**

83-T-118 W/BSW00 (07/20)   010066

## Water/Sewer & Stormwater Bill
### Please pay **$4,409.77**

**Customer Name:** JAMES COPPEDGE
**Service Address:** 3742 N 18th St, Philadelphia PA 19140
**Bill Date:** January 26, 2022 (Bill Period: Dec 22, 2021 - Jan 21, 2022)

Questions?
www.phila.gov/revenue
**(215) 685-6300** Monday-Friday, 8am-5pm

**Account Number:** 057-88130-03742-001
**Water Access Code:** 000530635
**Bill Number:** B0906054664
**Includes Payments Through:** January 26, 2022

### Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $4,113.96 |
| No payment received | $0.00 |
| Unpaid Balance | $4,113.96 |

*Pay to U.S. District Ct of PA*
*CA # 22-cv-679*

**This Bill**

| | |
|---|---|
| Usage Charge (18 ccf, see below for details) | $144.68 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $173.64 |
| Late payment penalty | $30.72 |
| Lien Fee | $91.45 |
| Total Account Balance | $4,409.77 |
| **Please Pay Now** | **$4,409.77** |

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance. You don't need to take action.

**Payment Types**
Pay by phone (877) 309-3709; credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details ➜



### Your Water Usage

**Meter Readings**

Meter: 0518665    ERT: 0020107444    Service: 41R

| January 21, 2022 | actual reading | 2287 |
|---|---|---|
| December 22, 2021 | actual reading | 2269 |
| Total CCFs used | | 18 |
| *Approximate gallons used per day* | | 448 |

**Usage History (ccf)** ■ Actual Reading ■ Estimate

Jan 2021: 18, Feb: 15, Mar: 15, Apr: 20, May: 15, Jun: 18, Jul: 10, Aug: 9, Sep: 12, Oct: 11, Nov: 10, Dec: 11, Jan 2022: 18

---



**Paying by mail?** *Moneyorder*
Send this coupon with your payment.
See back for other ways to pay ➜

*Pay to US District Ct of PA*
*CA # 22-cv-679*


JAMES COPPEDGE
3742 N 18TH ST
PHILADELPHIA PA 19140

Please fold and detach

**Account Number**
057-88130-03742-001

| Please pay | $4,409.77 |
|---|---|
| Late payment penalty | $29.86 |
| Total amount due if paid after Feb 25, 2022 | $4,439.63 |



057 **CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**

B0906054664   010066

33372022522000088130037420011000004439630000044097705700001000000000001

# ❗ Have a water emergency? Call (215) 685-6300 anytime.

## HOW TO PAY YOUR BILL

💻 **Online** - Visit **www.phila.gov/waterbill**

💳 **AutoPay** - Sign up for free automated monthly payments from your checking or savings account: **www.phila.gov/waterbill**

📞 **Phone** - Call **(877) 309-3709**

✉️ **Mail** - Mail your check or money order, include your account number, make payable to "City of Philadelphia"

P.O. Box 41496
Philadelphia, PA 19101-1496

👤 **In person** - Visit one of our payment centers Monday - Friday, 8:30am - 5pm

*Cash, check, or money order accepted:*
Municipal Services Building
1401 JFK Blvd, Concourse Level

*Check or money order only:*
Northeast Philadelphia
7522 Castor Avenue

North Philadelphia, Hope Plaza
22nd & Somerset Streets

If your service is scheduled for shutoff, payment MUST be made at least five days before the scheduled shutoff.

### Pay on time
If we do not receive your payment within 30 days of the date of this bill, we will add a 5% charge. For each additional month another 0.5% will be added.

### Struggling to pay your water bill?
Apply now for the Tiered Assistance Program (TAP). Visit **www.phila.gov/water-bill-help** or call (215) 685-6300 for an application.

### Are you a senior citizen?
Call us at (215) 685-6300 to find out if you qualify for a 25% discount.

### Think your bill is inaccurate?
If you think your bill is inaccurate, you have the right to appeal. The first step is to call the Water Revenue Bureau (WRB) at (215) 685-6300 within 30 days of this bill to have it reviewed. If you are not satisfied after contacting WRB customer service, and receiving a written decision, you may request an Informal Hearing (IH) within 30 days of the decision. You may appeal the IH decision to the Tax Review Board (TRB) within 60 days of the decision by mailing a completed appeal form to the TRB. Call (215) 686-5216 to obtain the appeal form or visit **www.phila.gov/trb/TRB_Petitions.html.**

*You also have the right to appeal directly to the TRB within 60 days of this bill without contacting WRB customer service or requesting an informal hearing.*

### Returned checks
If your check is returned unpaid for insufficient or uncollected funds, you authorize the City of Philadelphia, or its agent, to make a one-time electronic fund transfer from your account to collect a fee of $20. The City of Philadelphia, or its agent, may present your check again to your bank for payment.

### ABOUT THE CHARGES ON YOUR BILL

#### Usage charge
This is based on your meter reading. When we don't have an actual reading, we estimate your usage.

We measure water in cubic feet. A cubic foot equals 7.48 gallons. One "ccf" is 100 cubic feet.

The average household uses five ccf per month, which equals 3,740 gallons of water. This costs water customers approximately one cent per gallon of water used for both drinking and sewer.

#### Service charge
This covers:

- Billing and collection of water and wastewater services
- Metering
- Pollution prevention services

#### Repairs and other charges
These cover:

- **HELP** loans
- Any costs involved in shutting off or restoring our services to your property
- Meter replacements
- Other miscellaneous charges

#### Stormwater charge
This charge is based on the property's size and how much impervious (or hard) surface is on the property.

Residential properties pay a flat stormwater fee based on the average size of all residential properties in the city. Non-residential properties pay a stormwater fee based on the individual property's characteristics.

To protect our waterways, stormwater must be managed. Costs for system maintenance are paid for by the stormwater charge.

If you have questions about your storm-water charge visit **www.phila.gov/water/wu/stormwater**, or call (215) 685-6300.

#### DID YOU KNOW?
You own the pipes connecting your house to the water main and the sewer. You must have them repaired by a licensed plumber if they break. Help may be available for these services. Go to **www.phila.gov/water** or call (215) 685-6300 for more details.

For more information about being a Philadelphia Water Department customer, view our Customer Guide at **www.phila.gov/water/pdf/customer-guide.pdf.**



---

**PHILADELPHIA WATER** DEPARTMENT

### WHO WE ARE

#### Philadelphia Water Department
The Philadelphia Water Department serves the City of Philadelphia by providing integrated water, wastewater, and stormwater services. We are proud to partner with the Water Revenue Bureau, which provides all billing and collection services.

For information about water service visit **www.phila.gov/water**.

🐦 @PhillyH2O and @PhilaRevenue

**CITY OF PHILADELPHIA DEPARTMENT OF REVENUE WATER REVENUE BUREAU**

#### Philadelphia Water Revenue Bureau
The Philadelphia Water Revenue Bureau is a division of the Philadelphia Department of Revenue and is responsible for the billing and collection of water, sewer, and stormwater services.

For information about water revenue billing visit **www.phila.gov/waterbill**.

✉️ Email wrbhelpdesk@phila.gov

---



**(215) 685-6300 | Philadelphia Water Department and Water Revenue Bureau Customer Contact Center**
Servicios de traducción en español | Serviços de tradução em português | Services de traduction en français
Servizi di traduzione in italiano | Dịch vụ dịch thuật bằng tiếng Việt | 普通话翻译服务
переводческие услуги на русском языке | 한국어의 번역 서비스



**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**



City of
**Philadelphia**

---

# Water/Sewer & Stormwater Bill
## Please pay $12,518.00

Questions?
www.phila.gov/revenue
**(215) 685-6300** Monday-Friday, 8am-5pm

---

**Customer Name:** COPPEDGE JAMES
**Service Address:** 3739 N 18th St, Philadelphia PA 19140
**Bill Date:** January 26, 2022 (Bill Period: Dec 21, 2021 - Jan 21, 2022)

**Account Number:** 057-88130-03739-001
**Water Access Code:** 000530632
**Bill Number:** B0906054646
**Includes Payments Through:** January 26, 2022

---

## Your Account

| | |
|---|---:|
| Water/Sewer/Stormwater balance at last bill | $11,657.64 |
| No payment received | $0.00 |
| Unpaid Balance | $11,657.64 |

**This Bill**

| | |
|---|---:|
| Usage Charge (88 ccf, see below for details) | $684.46 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $711.42 |
| Late payment penalty | $148.94 |
| Total Account Balance | $12,518.00 |
| **Please Pay Now** | **$12,518.00** |

### Active Bankruptcy
This bill does not reflect the full account balance due to an active bankruptcy case. This notice is not, nor is it intended to be, an effort to collect any debt subject to the bankruptcy proceedings.

### Possible payment delays
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance. You don't need to take action.

### Payment Types
Pay by phone (877) 309-3709; credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details →



---

## Your Water Usage

**Meter Readings**

Meter: 0347864    ERT: 0020134381    Service: 41R

| | | |
|---|---|---:|
| January 21, 2022 | actual reading | 2881 |
| December 21, 2021 | actual reading | 2793 |
| Total CCFs used | | 88 |
| *Approximate gallons used per day* | | 2123 |

**Usage History (ccf)** ■ Actual Reading ■ Estimate

| Jan 2021 | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 13 | 13 | 9 | 9 | 9 | 8 | 15 | 41 | 77 | 95 | 80 | 88 |

---

**Paying by mail?**
Send this coupon with your payment.
See back for other ways to pay →





COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140

**Account Number**
057-88130-03739-001

| | |
|---|---:|
| Please pay | $12,518.00 |
| Late payment penalty | $94.60 |
| Total amount due if paid after Feb 25, 2022 | $12,612.60 |



057 **CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**

333720225220000881300373900110001261260000125180005700001000000000005

# ❗ Have a water emergency? Call (215) 685-6300 anytime.

## HOW TO PAY YOUR BILL

🖥 **Online** - Visit **www.phila.gov/waterbill**

💳 **AutoPay** - Sign up for free automated monthly payments from your checking or savings account:
**www.phila.gov/waterbill**

📞 **Phone** - Call (877) 309-3709

✉ **Mail** - Mail your check or money order, include your account number, make payable to "City of Philadelphia"
P.O. Box 41496
Philadelphia, PA 19101-1496

👤 **In person** - Visit one of our payment centers Monday - Friday, 8:30am - 5pm

*Cash, check, or money order accepted:*
Municipal Services Building
1401 JFK Blvd, Concourse Level

*Check or money order only:*
Northeast Philadelphia
7522 Castor Avenue

North Philadelphia, Hope Plaza
22nd & Somerset Streets

If your service is scheduled for shutoff, payment MUST be made at least five days before the scheduled shutoff.

**Pay on time**
If we do not receive your payment within 30 days of the date of this bill, we will add a 5% charge. For each additional month another 0.5% will be added.

**Struggling to pay your water bill?**
Apply now for the Tiered Assistance Program (TAP). Visit **www.phila.gov/water-bill-help** or call (215) 685-6300 for an application.

**Are you a senior citizen?**
Call us at (215) 685-6300 to find out if you qualify for a 25% discount.

**Think your bill is inaccurate?**
If you think your bill is inaccurate, you have the right to appeal. The first step is to call the Water Revenue Bureau (WRB) at (215) 685-6300 within 30 days of this bill to have it reviewed. If you are not satisfied after contacting WRB customer service, and receiving a written decision, you may request an Informal Hearing (IH) within 30 days of the decision. You may appeal the IH decision to the Tax Review Board (TRB) within 60 days of the decision by mailing a completed appeal form to the TRB. Call (215) 686-5216 to obtain the appeal form or visit
**www.phila.gov/trb/TRB_Petitions.html.**

*You also have the right to appeal directly to the TRB within 60 days of this bill without contacting WRB customer service or requesting an informal hearing.*

**Returned checks**
If your check is returned unpaid for insufficient or uncollected funds, you authorize the City of Philadelphia, or its agent, to make a one-time electronic fund transfer from your account to collect a fee of $20. The City of Philadelphia, or its agent, may present your check again to your bank for payment.

**ABOUT THE CHARGES ON YOUR BILL**

**Usage charge**
This is based on your meter reading. When we don't have an actual reading, we estimate your usage.

We measure water in cubic feet. A cubic foot equals 7.48 gallons. One "ccf" is 100 cubic feet.

The average household uses five ccf per month, which equals 3,740 gallons of water. This costs water customers approximately one cent per gallon of water used for both drinking and sewer.

**Service charge**
This covers:

• Billing and collection of water and wastewater services

• Metering

• Pollution prevention services

**Repairs and other charges**
These cover:

• **HELP** loans

• Any costs involved in shutting off or restoring our services to your property

• Meter replacements

• Other miscellaneous charges

**Stormwater charge**
This charge is based on the property's size and how much impervious (or hard) surface is on the property.

Residential properties pay a flat stormwater fee based on the average size of all residential properties in the city. Non-residential properties pay a stormwater fee based on the individual property's characteristics.

To protect our waterways, stormwater must be managed. Costs for system maintenance are paid for by the stormwater charge.

If you have questions about your storm-water charge visit **www.phila.gov/water/wu/stormwater**, or call (215) 685-6300.

**DID YOU KNOW?**
You own the pipes connecting your house to the water main and the sewer. You must have them repaired by a licensed plumber if they break. Help may be available for these services. Go to **www.phila.gov/water** or call (215) 685-6300 for more details.

For more information about being a Philadelphia Water Department customer, view our Customer Guide at **www.phila.gov/water/pdf/customer-guide.pdf.**



---

 **PHILADELPHIA WATER** DEPARTMENT

**WHO WE ARE**

### Philadelphia Water Department

The Philadelphia Water Department serves the City of Philadelphia by providing integrated water, wastewater, and stormwater services. We are proud to partner with the Water Revenue Bureau, which provides all billing and collection services.

For information about water service visit **www.phila.gov/water.**

🐦 **@PhillyH2O and @PhilaRevenue**

 **CITY OF PHILADELPHIA DEPARTMENT OF REVENUE WATER REVENUE BUREAU**

### Philadelphia Water Revenue Bureau

The Philadelphia Water Revenue Bureau is a division of the Philadelphia Department of Revenue and is responsible for the billing and collection of water, sewer, and stormwater services.

For information about water revenue billing visit **www.phila.gov/waterbill.**

✉ **Email wrbhelpdesk@phila.gov**

---



**(215) 685-6300 | Philadelphia Water Department and Water Revenue Bureau Customer Contact Center**
Servicios de traducción en español | Serviços de tradução em português | Services de traduction en français
Servizi di traduzione in italiano | Dịch vụ dịch thuật bằng tiếng Việt | 普通话翻译服务
переводческие услуги на русском языке | 한국어의 번역 서비스

**R** CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

 City of **Philadelphia**

## Water/Sewer & Stormwater Bill

Please pay **$2,018.74**

Questions?
**www.phila.gov/revenue**
(215) 685-6300 Monday-Friday, 8am-5pm

Customer Name: JAMES COPPEDGE
Service Address: 2113 W Erie Ave, Philadelphia PA 19140
Bill Date: January 26, 2022 (Bill Period: Dec 22, 2021 - Jan 25, 2022)

Account Number: 057-32000-02113-001
Water Access Code: 000139986
Bill Number: B0905986945
Includes Payments Through: January 26, 2022

### Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $1,964.43 |
| No payment received | $0.00 |
| Unpaid Balance | $1,964.43 |

*Pay to U.S District Ct - PA CA# 22-cv-679*

**This Bill**

| | |
|---|---|
| Usage Charge (1 ccf, see below for details) | $8.04 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $37.00 |
| Late payment penalty | $17.31 |
| Total Account Balance | $2,018.74 |
| **Please Pay Now** | **$2,018.74** |

**Active Bankruptcy**
This bill does not reflect the full account balance due to an active bankruptcy case. This notice is not, nor is it intended to be, an effort to collect any debt subject to the bankruptcy proceedings.

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance. You don't need to take action.

**Past Due Balance**
When your water bill is past due, your service is subject to shut-off. To avoid shut-off, pay your balance in full at one of our payment centers in the city. Payment information can be found on the back.

See back for more information and contact details ➔

### Your Water Usage

**Meter Readings**

Meter: 0348769   ERT: 0029665540   Service: 41R

| | | |
|---|---|---|
| January 25, 2022 | actual reading | 1946 |
| December 22, 2021 | actual reading | 1945 |
| Total CCFs used | | 1 |
| Approximate gallons used per day | | 22 |

If property was occupied during zero usage please call (215) 686-6880

**Usage History (ccf)**   ▇ Actual Reading  ░ Estimate



---

Please fold and detach

**Paying by mail?**
*Money order*
Send this coupon with your payment.
See back for other ways to pay ➔

*Pay to U.S. District Ct - PA CA# 22-cv-679*



JAMES COPPEDGE
3742 N 18TH ST
PHILADELPHIA PA 19140-3533

**Account Number**
057-32000-02113-001

| | |
|---|---|
| **Please pay** | **$2,018.74** |
| Late payment penalty | $11.76 |
| Total amount due if paid after Feb 25, 2022 | $2,030.50 |

057  **R** CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU



333720225220000320000211300110000203050000002018745057010000000005

# ❗ Have a water emergency? Call (215) 685-6300 anytime.

## HOW TO PAY YOUR BILL

🖥️ **Online** - Visit **www.phila.gov/waterbill**

💳 **AutoPay** - Sign up for free automated monthly payments from your checking or savings account: **www.phila.gov/waterbill**

📞 **Phone** - Call **(877) 309-3709**

✉️ **Mail** - Mail your check or money order, include your account number, make payable to "City of Philadelphia"
P.O. Box 41496
Philadelphia, PA 19101-1496

👤 **In person** - Visit one of our payment centers Monday - Friday, 8:30am - 5pm

*Cash, check, or money order accepted:*
Municipal Services Building
1401 JFK Blvd, Concourse Level

*Check or money order only:*
Northeast Philadelphia
7522 Castor Avenue

North Philadelphia, Hope Plaza
22nd & Somerset Streets

If your service is scheduled for shutoff, payment MUST be made at least five days before the scheduled shutoff.

## Pay on time
If we do not receive your payment within 30 days of the date of this bill, we will add a 5% charge. For each additional month another 0.5% will be added.

## Struggling to pay your water bill?
Apply now for the Tiered Assistance Program (TAP). Visit **www.phila.gov/water-bill-help** or call (215) 685-6300 for an application.

## Are you a senior citizen?
Call us at (215) 685-6300 to find out if you qualify for a 25% discount.

## Think your bill is inaccurate?
If you think your bill is inaccurate, you have the right to appeal. The first step is to call the Water Revenue Bureau (WRB) at (215) 685-6300 within 30 days of this bill to have it reviewed. If you are not satisfied after contacting WRB customer service, and receiving a written decision, you may request an Informal Hearing (IH) within 30 days of the decision. You may appeal the IH decision to the Tax Review Board (TRB) within 60 days of the decision by mailing a completed appeal form to the TRB. Call (215) 686-5216 to obtain the appeal form or visit **www.phila.gov/trb/TRB_Petitions.html.**

*You also have the right to appeal directly to the TRB within 60 days of this bill without contacting WRB customer service or requesting an informal hearing.*

## Returned checks
If your check is returned unpaid for insufficient or uncollected funds, you authorize the City of Philadelphia, or its agent, to make a one-time electronic fund transfer from your account to collect a fee of $20. The City of Philadelphia, or its agent, may present your check again to your bank for payment.

## ABOUT THE CHARGES ON YOUR BILL

### Usage charge
This is based on your meter reading. When we don't have an actual reading, we estimate your usage.

We measure water in cubic feet. A cubic foot equals 7.48 gallons. One "ccf" is 100 cubic feet.

The average household uses five ccf per month, which equals 3,740 gallons of water. This costs water customers approximately one cent per gallon of water used for both drinking and sewer.

### Service charge
This covers:
- Billing and collection of water and wastewater services
- Metering
- Pollution prevention services

### Repairs and other charges
These cover:
- HELP loans

- Any costs involved in shutting off or restoring our services to your property
- Meter replacements
- Other miscellaneous charges

### Stormwater charge
This charge is based on the property's size and how much impervious (or hard) surface is on the property.

Residential properties pay a flat stormwater fee based on the average size of all residential properties in the city. Non-residential properties pay a stormwater fee based on the individual property's characteristics.

To protect our waterways, stormwater must be managed. Costs for system maintenance are paid for by the stormwater charge.

If you have questions about your stormwater charge visit **www.phila.gov/water/wu/stormwater**, or call (215) 685-6300.

### DID YOU KNOW?
You own the pipes connecting your house to the water main and the sewer. You must have them repaired by a licensed plumber if they break. Help may be available for these services. Go to **www.phila.gov/water** or call (215) 685-6300 for more details.

For more information about being a Philadelphia Water Department customer, view our Customer Guide at **www.phila.gov/water/pdf/customer-guide.pdf.**



ACCEPTED FOR RETURNED CHECK SETTLEMENT AGREEMENT Authorized

---



### WHO WE ARE

**PHILADELPHIA WATER DEPARTMENT**

#### Philadelphia Water Department
The Philadelphia Water Department serves the City of Philadelphia by providing integrated water, wastewater, and stormwater services. We are proud to partner with the Water Revenue Bureau, which provides all billing and collection services.

For information about water service visit **www.phila.gov/water.**

 **@PhillyH2O and @PhilaRevenue**

**CITY OF PHILADELPHIA DEPARTMENT OF REVENUE WATER REVENUE BUREAU**

#### Philadelphia Water Revenue Bureau
The Philadelphia Water Revenue Bureau is a division of the Philadelphia Department of Revenue and is responsible for the billing and collection of water, sewer, and stormwater services.

For information about water revenue billing visit **www.phila.gov/waterbill.**

 **Email wrbhelpdesk@phila.gov**

 **(215) 685-6300 | Philadelphia Water Department and Water Revenue Bureau Customer Contact Center**
Servicios de traducción en español | Serviços de tradução em português | Services de traduction en français
Servizi di traduzione in italiano | Dịch vụ dịch thuật bằng tiếng Việt | 普通话翻译服务
переводческие услуги на русском языке | 한국어의 번역 서비스



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU



City of
**Philadelphia**

## Water/Sewer & Stormwater Bill
Please pay **$4,409.77**

Questions?
www.phila.gov/revenue
**(215) 685-6300** Monday-Friday, 8am-5pm

Customer Name: JAMES COPPEDGE
Service Address: 3742 N 18th St, Philadelphia PA 19140
Bill Date: January 26, 2022 (Bill Period: Dec 22, 2021 - Jan 21, 2022)

Account Number: 057-88130-03742-001
Water Access Code: 000530635
Bill Number: B0906054664
Includes Payments Through: January 26, 2022

### Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $4,113.96 |
| No payment received | $0.00 |
| Unpaid Balance | $4,113.96 |
| **This Bill** | |
| Usage Charge (18 ccf, see below for details) | $144.68 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $173.64 |
| Late payment penalty | $30.72 |
| Lien Fee | $91.45 |
| Total Account Balance | $4,409.77 |
| **Please Pay Now** | **$4,409.77** |

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We'll credit your account with the correct balance. You don't need to take action.

**Payment Types**
Pay by phone (877) 309-3709, credit card or e-check at www.phila.gov. Select water bill from payment options.

See back for more information and contact details →



*Pay to U.S. District Ct*
*CA# 22-cv-679*

### Your Water Usage

**Meter Readings**

Meter: 0518665   ERT: 0020107444   Service: 41R

| | | |
|---|---|---|
| January 21, 2022 | actual reading | 2287 |
| December 22, 2021 | actual reading | 2269 |
| Total CCFs used | | 18 |
| *Approximate gallons used per day* | | 448 |

**Usage History (ccf)** — Actual Reading / Estimate

| Jan 2021 | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 15 | 15 | 20 | 15 | 18 | 10 | 9 | 12 | 11 | 10 | 11 | 18 |

---

**Paying by mail?** *Money order*
Send this coupon with your payment.
See back for other ways to pay →

Please fold and detach

Account Number
057-88130-03742-001

| | |
|---|---|
| **Please pay** | $4,409.77 |
| Late payment penalty | $29.86 |
| Total amount due if paid after Feb 25, 2022 | $4,439.63 |

*Pay to U.S. District Ct - PA*
*CA# 22-cv-679*



JAMES COPPEDGE
3742 N 18TH ST
PHILADELPHIA PA 19140

057   CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

33372022252200008813003742001100004439630000440977057000010000000001

# ⓘ Have a water emergency? Call (215) 685-6300 anytime.

## HOW TO PAY YOUR BILL

🖥 **Online** - Visit **www.phila.gov/waterbill**

**AutoPay** - Sign up for free automated monthly payments from your checking or savings account: **www.phila.gov/waterbill**

📞 **Phone** - Call **(877) 309-3709**

✉️ **Mail** - Mail your check or money order, include your account number, make payable to "City of Philadelphia"
P.O. Box 41496
Philadelphia, PA 19101-1496

👤 **In person** - Visit one of our payment centers Monday - Friday, 8:30am - 5pm

*Cash, check, or money order accepted:*
Municipal Services Building
1401 JFK Blvd, Concourse Level

*Check or money order only:*
Northeast Philadelphia
7522 Castor Avenue

North Philadelphia, Hope Plaza
22nd & Somerset Streets

If your service is scheduled for shutoff, payment MUST be made at least five days before the scheduled shutoff.

## Pay on time

If we do not receive your payment within 30 days of the date of this bill, we will add a 5% charge. For each additional month another 0.5% will be added.

## Struggling to pay your water bill?

Apply now for the Tiered Assistance Program (TAP). Visit **www.phila.gov/water-bill-help** or call (215) 685-6300 for an application.

## Are you a senior citizen?

Call us at (215) 685-6300 to find out if you qualify for a 25% discount.

## Think your bill is inaccurate?

If you think your bill is inaccurate, you have the right to appeal. The first step is to call the Water Revenue Bureau (WRB) at (215) 685-6300 within 30 days of this bill to have it reviewed. If you are not satisfied after contacting WRB customer service, and receiving a written decision, you may request an Informal Hearing (IH) within 30 days of the decision. You may appeal the IH decision to the Tax Review Board (TRB) within 60 days of the decision by mailing a completed appeal form to the TRB. Call (215) 686-5216 to obtain the appeal form or visit **www.phila.gov/trb/TRB_Petitions.html.**

*You also have the right to appeal directly to the TRB within 60 days of this bill without contacting WRB customer service or requesting an informal hearing.*

## Returned checks

If your check is returned unpaid for insufficient or uncollected funds, you authorize the City of Philadelphia, or its agent, to make a one-time electronic fund transfer from your account to collect a fee of $20. The City of Philadelphia, or its agent, may present your check again to your bank for payment.

## ABOUT THE CHARGES ON YOUR BILL

### Usage charge

This is based on your meter reading. When we don't have an actual reading, we estimate your usage.

We measure water in cubic feet. A cubic foot equals 7.48 gallons. One "ccf" is 100 cubic feet.

The average household uses five ccf per month, which equals 3,740 gallons of water. This costs water customers approximately one cent per gallon of water used for both drinking and sewer.

### Service charge

This covers:

- Billing and collection of water and wastewater services
- Metering
- Pollution prevention services

### Repairs and other charges

These cover:

- **HELP** loans

- Any costs involved in shutting off or restoring our services to your property
- Meter replacements
- Other miscellaneous charges

### Stormwater charge

This charge is based on the property's size and how much impervious (or hard) surface is on the property.

Residential properties pay a flat stormwater fee based on the average size of all residential properties in the city. Non-residential properties pay a stormwater fee based on the individual property's characteristics.

To protect our waterways, stormwater must be managed. Costs for system maintenance are paid for by the stormwater charge.

If you have questions about your storm-water charge visit **www.phila.gov/water/wu/stormwater**, or call (215) 685-6300.

### DID YOU KNOW?

You own the pipes connecting your house to the water main and the sewer. You must have them repaired by a licensed plumber if they break. Help may be available for these services. Go to **www.phila.gov/water** or call (215) 685-6300 for more details.

For more information about being a Philadelphia Water Department customer, view our Customer Guide at **www.phila.gov/water/pdf/customer-guide.pdf.**

 

---

 **PHILADELPHIA WATER** DEPARTMENT

 **CITY OF PHILADELPHIA DEPARTMENT OF REVENUE WATER REVENUE BUREAU**

## WHO WE ARE

### Philadelphia Water Department

The Philadelphia Water Department serves the City of Philadelphia by providing integrated water, wastewater, and stormwater services. We are proud to partner with the Water Revenue Bureau, which provides all billing and collection services.

For information about water service visit **www.phila.gov/water**.

🐦 **@PhillyH2O and @PhilaRevenue**

### Philadelphia Water Revenue Bureau

The Philadelphia Water Revenue Bureau is a division of the Philadelphia Department of Revenue and is responsible for the billing and collection of water, sewer, and stormwater services.

For information about water revenue billing visit **www.phila.gov/waterbill**.

✉️ **Email wrbhelpdesk@phila.gov**

 **(215) 685-6300 | Philadelphia Water Department and Water Revenue Bureau Customer Contact Center**
Servicios de traducción en español | Serviços de tradução em português | Services de traduction en français
Servizi di traduzione in italiano | Dịch vụ dịch thuật bằng tiếng Việt | 普通话翻译服务
переводческие услуги на русском языке | 한국어의 번역 서비스

83-T-118 Rev 9/19



**CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU**



City of **Philadelphia**

# Water/Sewer & Stormwater Bill

Please pay **$3,980.49**

**Questions?**
www.phila.gov/revenue
**(215) 685-6300** Monday-Friday, 8am-5pm

Customer Name: COPPEDGE JAMES ETAL
Service Address: 3637 N 21st St, Philadelphia PA 19140
Bill Date: January 26, 2022 (Bill Period: Dec 22, 2021 - Jan 25, 2022)

Account Number: 057-88190-03637-001
Water Access Code: 000537255
Bill Number: B0906055789
Includes Payments Through: January 26, 2022

## Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $3,634.85 |
| No payment received | $0.00 |
| Unpaid Balance | $3,634.85 |
| **This Bill** | |
| Usage Charge (23 ccf, see below for details) | $183.76 |
| Service Charge | $12.12 |
| Stormwater Charge | $16.86 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $212.74 |
| Late payment penalty | $41.45 |
| Lien Fee | $91.45 |
| Total Account Balance | $3,980.49 |
| **Please Pay Now** | **$3,980.49** |

*Handwritten: Pay to U.S. District Ct - PA CA# 22-cv-0679 ACCEPTED FOR VALUE RETURNED AND DISCHARGE SETTLEMENT AND DISCHARGE Authorized Representative Date 3/08/22 EIN 210-74-12-01*

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance. You don't need to take action.

**Past Due Balance**
When your water bill is past due, your service is subject to shut-off. To avoid shut-off, pay your balance in full at one of our payment centers in the city. Payment information can be found on the back.

**Payment Types**
Pay by phone (877) 309-3709; credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details →

## Your Water Usage

**Meter Readings**

Meter: 0506831   ERT: 0028664801   Service: 41R

| | | |
|---|---|---|
| January 25, 2022 | actual reading | 919 |
| December 22, 2021 | actual reading | 896 |
| Total CCFs used | | 23 |
| *Approximate gallons used per day* | | 506 |

**Usage History (ccf)**

Legend: ■ Actual Reading  ■ Estimate

| Jan 2021 | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 5 | 6 | 9 | 8 | 10 | 10 | 12 | 26 | 21 | 20 | 24 | 23 |

---

*Please fold and detach*

**Paying by mail?** *Money order*
Send this coupon with your payment.
See back for other ways to pay →

*Handwritten: Pay to U.S. District Ct - PA CA# 22-cv-679*



JAMES COPPEDGE ETAL
3742 N 18TH ST FL 1
PHILADELPHIA PA 19140

**Account Number**
057-88190-03637-001

*ACCEPTED FOR VALUE RETURNED AND DISCHARGE SETTLEMENT AND DISCHARGE Authorized Representative Date 03/08/22*

| | |
|---|---|
| **Please pay** | $3,980.49 |
| Late payment penalty | $29.48 |
| Total amount due if paid after Feb 25, 2022 | $4,009.97 |



057  **CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU**

333720225220000881900363700110000400977000039804905700001000000000009

83-T-118 WBSW00 (07/20) 010123

B0906055789 010123

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

CITY OF PHILADELPHIA,
　　　　　Petitioner,

vs.                                                                NO.  2003T0022

James Coppedge
　　　　　Respondent(s).

### DECREE

　　　　This matter being before the Court upon the Petition to Show Cause Why Property Should Not Be Sold Free and Clear of All Liens and Encumbrances filed by the City on 0A/18/22 2/15/2022 pursuant to the Act of Assembly of May 16, 1923, P.L. 207, 53 P.S. §7101, et seq. (the "Act") the Court therefore finds and hereby ORDERS and DECREES that:

　　　　1.  The Rule return date has passed and the Court has considered Respondent(s) filed answer or appearance, if any.

　　　　2.  Following a hearing and upon review of the record, the Court finds that service has been effectuated in accordance with Section 39.2 of the Act.

　　　　3.  The total amount of real estate tax and municipal claim liabilities to the extent included in this Petition (hereinafter "Claim" or "Claims"), including principal, interest, penalties, attorney's fees, and charges, expenses and fees through the date of this Decree, against the subject property, are due for the periods and in the amounts set forth on Exhibit A attached hereto.

　　　　4.  Additional amounts, including penalties, interest, attorney's fees, lien costs and other charges, expenses and fees, including record costs, if any, will continue to accrue through the end of the month in which full payment of the real estate tax liabilities is made as provided by law.

　　　　5.  The premises to wit:

<div align="center">

13 Ward of the City of Philadelphia
3742 North 18th Street
OPA #: 131253200
Frt. 16' x 93' 8"
(As fully described in the Tax Information Certificate)

</div>

ORDRT-City Of Philadelphia Vs Coppedge



20030002204041

shall be sold by the Sheriff, free and clear of all claims, liens, mortgages, judgments, ground rents, charges, and estates, to the highest bidder at a Sheriff's Sale, to occur subsequent to the date written above.

6.   Any person interested may, at any time prior to the proposed sale, pay the total amount of the Claims, together with all applicable interest, penalties, attorney's fees, charges, expenses and fees and record costs, whereupon the sale shall be stayed and this proceeding shall be ended.

7.   Pursuant to Section 39.2 of the Act, notice of this Decree and of the time, place and date of the Sheriff's Sale, shall be served by first class mail on all respondents served with the Petition and Rule, on any person whose interest appeared of record after the filing of the Petition but before the Court's Decree and on any person who obtained a judgment against the owner of the premises prior to the date of the Decree. The Petitioner shall file an Affidavit of Service of these notices prior to the date of the sale.

8.   Any proceeds realized from the Sheriff's Sale shall be distributed in accordance with the priority established by law; and the purchaser at such sale shall take and forever thereafter have, an absolute title to the property sold, free and discharged of all tax and municipal claims, liens, mortgages, ground rents, judgments, charges, and estates of whatsoever kind.

9.   The Property shall be subject to the right of redemption, if applicable, as provided by law.

10.   Postponements of any Sheriff's Sale shall be announced to the assembled bidders, including the new sale date, pursuant to the Philadelphia Sheriff's requirements.

11.   Notice is hereby given that any property sold for unpaid Claims, including principal, interest, penalties, attorney's fees, and charges, expenses, and fees, may be subject to acquisition by the Philadelphia Land Bank ("Land Bank") pursuant to 68 Pa.C.S.A. § 2117(d)(3) and 68 Pa.C.S.A. § 2117(d)(4). If the Land Bank tenders a bid at the Sheriff's Sale pursuant to 68 Pa.C.S.A. § 2117(d)(4), the Property shall be sold to the Land Bank without any further bidding.

12.   This Decree shall not constitute a personal judgment against any party.


BY THE COURT:

_____ 2/15/2022

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

CITY OF PHILADELPHIA,
           Petitioner,

                                                                NO. 2003T0023

    vs.

James Coppedge, Krisha Johnson
           Respondent(s).

### DECREE

This matter being before the Court upon the Petition to Show Cause Why Property Should Not Be Sold Free and Clear of All Liens and Encumbrances filed by the City on <u>01/18/22</u> pursuant to the Act of Assembly of May 16, 1923, P.L. 207, 53 P.S. §7101, et seq. (the "Act") the Court therefore finds and hereby ORDERS and DECREES that:

1.  The Rule return date has passed and the Court has considered Respondent(s) filed answer or appearance, if any.

2.  Following a hearing and upon review of the record, the Court finds that service has been effectuated in accordance with Section 39.2 of the Act.

3.  The total amount of real estate tax and municipal claim liabilities to the extent included in this Petition (hereinafter "Claim" or "Claims"), including principal, interest, penalties, attorney's fees, and charges, expenses and fees through the date of this Decree, against the subject property, are due for the periods and in the amounts set forth on Exhibit A attached hereto.

4.  Additional amounts, including penalties, interest, attorney's fees, lien costs and other charges, expenses and fees, including record costs, if any, will continue to accrue through the end of the month in which full payment of the real estate tax liabilities is made as provided by law.

5.    The premises to wit:

13 Ward of the City of Philadelphia
3637 North 21st Street
OPA #: 131294700
Frt. LOT IRREGULAR
(As fully described in the Tax Information Certificate)

ORDRF-City Of Philadelphia Vs Coppedge Etal



200300002304044

shall be sold by the Sheriff, free and clear of all claims, liens, mortgages, judgments, ground rents, charges, and estates, to the highest bidder at a Sheriff's Sale, to occur subsequent to the date written above.

6. Any person interested may, at any time prior to the proposed sale, pay the total amount of the Claims, together with all applicable interest, penalties, attorney's fees, charges, expenses and fees and record costs, whereupon the sale shall be stayed and this proceeding shall be ended.

7. Pursuant to Section 39.2 of the Act, notice of this Decree and of the time, place and date of the Sheriff's Sale, shall be served by first class mail on all respondents served with the Petition and Rule, on any person whose interest appeared of record after the filing of the Petition but before the Court's Decree and on any person who obtained a judgment against the owner of the premises prior to the date of the Decree. The Petitioner shall file an Affidavit of Service of these notices prior to the date of the sale.

8. Any proceeds realized from the Sheriff's Sale shall be distributed in accordance with the priority established by law; and the purchaser at such sale shall take and forever thereafter have, an absolute title to the property sold, free and discharged of all tax and municipal claims, liens, mortgages, ground rents, judgments, charges, and estates of whatsoever kind.

9. The Property shall be subject to the right of redemption, if applicable, as provided by law.

10. Postponements of any Sheriff's Sale shall be announced to the assembled bidders, including the new sale date, pursuant to the Philadelphia Sheriff's requirements.

11. Notice is hereby given that any property sold for unpaid Claims, including principal, interest, penalties, attorney's fees, and charges, expenses, and fees, may be subject to acquisition by the Philadelphia Land Bank ("Land Bank") pursuant to 68 Pa.C.S.A. § 2117(d)(3) and 68 Pa.C.S.A. § 2117(d)(4). If the Land Bank tenders a bid at the Sheriff's Sale pursuant to 68 Pa.C.S.A. § 2117(d)(4), the Property shall be sold to the Land Bank without any further bidding.

12. This Decree shall not constitute a personal judgment against any party.

BY THE COURT:



COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY
OFFICE OF JUDICIAL RECORDS
-----------------------------------------------------------------------
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
ROOM 296 CITY HALL
PHILADELPHIA, PA 19107

*** RECEIPT ***

RECEIPT NUMBER: 1516342
RECEIPT DATE: 02/25/2022@11:24:09
CASHIER: JPALMER

DOCKET/EFILE/TICKET#: 2003T0021
CITY OF PHILADELPHIA VS COPPEDGE

PARTY: COPPEDGE, JAMES
MOTION FOR
RECONSIDERATION          $52.68
CONVERSION OF PAPER
TO PDF                   $12.00
CREDIT CARD629278       ($64.68)


-----------------------------------------------------------------------
CURRENT PARTY BALANCE:  $0.00
-----------------------------------------------------------------------
PRINTED: Fri Feb 25 2022 11:25

RETAIN THIS RECEIPT FOR YOUR RECORDS

Print

OTHER TENDERED PAYMENTS
UNLAWFULLY REJECTED BY
THE CITY

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
James Coppedge & (215) 913-1485

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

CITY OF PHILADELPHIA/DEPT OF REVENUE
ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
CITY SOLICITOR, For the City of Philadelphia
1401 JFK BLVD, 5th FL  TAX UNIT
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No:  20212398665

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
2009 0491016

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; Also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) or ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNCIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset.  (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX:  $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA,  DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
James Coppedge

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

Delaware Department of State
U.C.C. Filing Section
Filed: 04:38 PM 03/11/2020
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2020 1813445
Service Request No: 20202075006

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2009 0491016

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7c, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:        **AND** Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record        ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SRVICES | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral

Indicate collateral:
This presentment is a constructive public notice of a partial assignment of Financing Statement#20090491016 AMENDMENT (CON'D) for JAMES COPPEDGE to pay the sum certain of $2,751.67, Two Thousand, Seven Hundred Fifty-One Dollars and Sixty-Seven Cents to Deposit to the United States Treasury as an asset. And credit the same to the PECO Processing, P.O. Box 37629, Philadelphia, PA 19101-0629, on behalf of FREDERICK DANCY, ADDRESS: 3739 N. 18TH STREET, PHILADELPHIA, PA 19140. This is a partial release payment. [See BILL attachment Accepted for Value and Returned for Value, pursuant to HJR-192.]

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Coppedge | James | | |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
   (302) 462-4288

B. E-MAIL CONTACT AT FILER (optional)
   DELAWARELISSU@REDER.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

   DELAWARE CORPORATE SERVICES INC.
   901 N MARKET ST STE 705
   WILMINGTON, DE 19801
   US

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 05:02 PM 09/28/2018
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2018 6724377
Service Request No: 20186900220

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20090491016

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
    (or recorded) in the REAL ESTATE RECORDS
    Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, **and** address of Assignee in item 7c **and** name of Assignor in item 9
   For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:                          **AND**   Check **one** of these three boxes to:

This Change affects ☐ Debtor **or** ☐ Secured Party of record        ☐ CHANGE name and/or address: Complete   ☐ ADD name: Complete item   ☐ DELETE name: Give record name
                                                                        item 6a or 6b; and item 7a or 7b and item 7c    7a or 7b, and item 7c        to be deleted in item 6a or 6b

6. ☐ **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. ☐ **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:**  Also check **one** of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)
   If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| COPPEDGE | JAMES | | |

10. OPTIONAL FILER REFERENCE DATA:
DEBTOR: JAMES COPPEDGE

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

PHILADELPHIA GAS WORKS
ATTN: CFO
P.O. BOX 11700
NEWARK, NJ 07101-4700

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 09:45 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083102
Service Request No:   20212101770

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:   AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral
Indicate collateral:

This is an actual constructive public notice of a partial assignment of the U.C.C. Initial Financial Statement: No.: 2009 0491016, Amendment No.:20186724377, Servive Request No.: 201869002220 of the sum certain amount: 2,000.00(TWO THOUSAND DOLLARS AND ZERO  CENTS) to be deposited at the Department of the Treasury and Paid to the Order of : The United States Treasury and the same charged to PHILADELPHIA GAS WORKS on behalf of JAMES COPPEDGE, Account No.: 0755172653, Address to: 3742 N. 18th Street, Philadelphia, PA 19140. Dated February 17, 2021. This is a Goverment obligation, pursuant to HJR-192 of June 5, 1933. Pay to the Order of PGW: $2,000.00

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Coppedge | James | (NMN) | |

10. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
James Coppedge

**B. E-MAIL CONTACT AT FILER (optional)**
leojames52@gmail.com

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

DEPARTMENT OF THE TREASUREY
FINANCIAL MANAGMENT SERVICES
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

Delaware Department of State
U.C.C. Filing Section
Filed: 08:49 PM 02/02/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0881228
Service Request No:   20210312096

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2009 0491016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:**  Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    **AND**  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**7. CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| DEPARTMENT OF THE TREASURY, FINANCIAL MANAGMENT SERVICES |

OR

| 7b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral
Indicate collateral:

This is an actural constructive notice of  a"partial release" to the DEPARTMENT OF THE TREASURY from an assignment of Financial Statement: 2009 0491016 of the sum certian Amount of : $10,690.01 (Ten Thousand, Six Hundred Ninety-Dollars and One Cent) to be Deposited as an asset to the DEPARTMENT OF THE TREASURY and Pay to the Order of : The United States Treasury and the same Charged to the PHILADELPHIA GAS WORKS, Account Number: 0755172653, Addressed to 3742 N. 18th Street, PHILADELPHIA, PA 19140 on behalf of JAMES COPPEDGE, DEBTOR Dated FEBRUARY 17, 2021.  This is a Government obligation, pursuant to HJR-192 of June 5, 19333. UCC 3-603, 1-103, 1-308.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT:**  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Coppedge | James | (NMI) | |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

┌─────────────────────────────────────────┐
**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE/LAW DEPT**
**WATER REVENUE BUREAU (TAX)**
**1401 JFK BLVD, 5TH FL**
**PHILADELPHIA, PA 19102**
└─────────────────────────────────────────┘

Delaware Department of State
U.C.C. Filing Section
Filed: 10:14 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083938
Service Request No: 20212103556

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR
7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX

7c. MAILING ADDRESS: **P.O. BOX 1686** | CITY **BIRMINGHAM** | STATE **AL** | POSTAL CODE **35201-1686** | COUNTRY **USA**

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:
☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral

Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,215.05 (Two Thousand, Two Hundred Fifteen Dollars and Five Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88190-03637-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3637 N. 21 STREET, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $2,215.05 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

OR
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
**Coppedge** | **James** | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
leoJames52@gmail.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

┌ CITY OF PHILADELPHIA
  DEPARTMENT OF REVENUE/LAW DEPT
  WATER REVENUE BUREAU  (TAX)
  1401 JFK BLVD, 5TH FL
  PHILADELPHIA, PA 19102 ┘

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 09:59 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083474
Service Request No:  20212102479

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2 ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3 ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4 ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5 ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:           AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
**P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA**

8. ☑ COLLATERAL CHANGE:  Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral
indicate collateral

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,812.99 (Two Thousand, Eight Hundred Twelve Dollars and Ninety-Nine Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88130-03742-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3742 N. 18th Street, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB$2,812.99Dated; 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103.6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
Coppedge | James | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
WATER REVENUE BUREAU (TAX)
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102
```

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 09:53 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083342
Service Request No:   20212102103

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:          AND   Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral
Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $8,459.24 (Eight Thousand, Four Hundred Fifty-Nine Dollars and Twenty-Four Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88130-03739-01 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3739 N. 18th Street, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $8,459.24, Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC: 1-103,6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Coppedge** | **James** | | |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
JAMES COPPEDGE

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO   (Name and Address)**

```
┌                                                    ┐
  PHILADELPHIA GAS WORKS
  ATTN: CFO
  P.O. BOX 11700
  NEWARK, NJ O7101-4700
└                                                    ┘
```

Delaware Department of State
U.C.C. Filing Section
Filed: 09:45 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083102
Service Request No:   20212101770

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **1a.** INITIAL FINANCING STATEMENT FILE NUMBER<br>**2009 0491016** | **1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

**3.** ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

**4.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5.** ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:  **AND**  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6.** CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7.** CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

**8.** ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:

This is an actual constructive public notice of a partial assignment of the U.C.C. Initial Financial Statement: No.: 2009 0491016, Amendment No.:20186724377, Servive Request No.: 20186900220 of the sum certain amount: 2,000.00(TWO THOUSAND DOLLARS AND ZERO CENTS) to be deposited at the Department of the Treasury and Paid to the Order of : The United States Treasury and the same charged to PHILADELPHIA GAS WORKS on behalf of JAMES COPPEDGE, Account No.: 0755172653, Address to: 3742 N. 18th Street, Philadelphia, PA 19140. Dated February 17, 2021. This is a Goverment obligation, pursuant to HJR-192 of June 5, 1933. Pay to the Order of PGW: $2,000.00

**9.** NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Coppedge** | **James** | **(NMN)** | |

**10.** OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
JAMES COPPEDGE

**B. E-MAIL CONTACT AT FILER (optional)**
leojames52@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
P.O. BOX 966
PHILADELPHIA, PA 19105-0966

Delaware Department of State
U.C.C. Filing Section
Filed: 09:56 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083425
Service Request No: 20212102320

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2009 0491016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES

OR **7b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral

Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $9,045.95 (Nine Thousand, No Hundreds Forty-Five Dollars and Ninety-Five Cents) and Charge the Same to : CITY OF PHILADELPHIA, DEPT OF REVENUE: Account No. 1200009751 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3742 N. 18TH STREET, PHILADELPHIA, PA 19140. Pay CITY OF PHILA, DEPT OR REVENUE $9,045.95 Dated on or before JUNE 30, 2021, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**

OR **9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Coppedge | James

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO   (Name and Address)

> **CITY OF PHILADELPHIA**
> **DEPARTMENT OF REVENUE/LAW DEPT**
> **WATER REVENUE BUREAU (TAX)**
> **1401 JFK BLVD, 5TH FL**
> **PHILADELPHIA, PA 19102**

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 10:21 AM 05/26/2021
**U.C.C. Initial Filing No: 2009 0491016**
**Amendment No: 2021 4084225**
**Service Request No:   20212104001**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **2009 0491016** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:  ☐ This Change affects ☐ Debtor or ☐ Secured Party of record     AND   Check one of these three boxes to:  ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES** | | | |
| OR | 7b. INDIVIDUAL'S SURNAME | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☑ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral
indicate collateral

This is an actual constructive notice of a partial release  of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,215.05 Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88190-03637-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3637 N. 21 STREET, PHILADELPHIA, PA 19140. Pay  CITY OF PHILA. WRB: $2,215.05 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |
| | **Coppedge** | **James** | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> **CITY OF PHILADELPHIA**
> **DEPARTMENT OF REVENUE/LAW DEPT**
> **WATER REVENUE BUREAU  (TAX)**
> **1401 JFK BLVD, 5TH FL**
> **PHILADELPHIA, PA 19102**

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 10:17 AM 05/26/2021**
**U.C.C. Initial Filing No: 2009 0491016**
**Amendment No: 2021 4084050**
**Service Request No:  20212103792**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND  Check one of these three boxes to:

This Change affects: ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☑ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral

Indicate collateral:

**This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $1,737.32 (One Thousand Seven Hundred Thirty-Seven Dollars and Thirty-Two Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-32000-02113-0019004 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES; Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $1,737.32 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Coppedge** | **James** | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

RE364080866US    JAN 04, 2022

**Form 56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**

Name of person for whom you are acting (as shown on the tax return)
JAMES COPPEDGE

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
52 BARKLEY COURT

City or town, state, and ZIP code (If a foreign address, see instructions.)
DOVER, DELAWARE   19904

Fiduciary's name
JANET YELLON, SECRETARY OF THE TREASURY

Address of fiduciary (number, street, and room or suite no.)
TREASURY BUILDING, 1500  PENNSYLVANIA AVENUE N.W.

City or town, state, and ZIP code
WASHINGTON, D.C. 20220

Telephone number (optional)
(     )

### Section A.  Authority

1    Authority for fiduciary relationship. Check applicable box:
a   ☐ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☐ Valid trust instrument and amendments
e   ☐ Bankruptcy or assignment for the benefit or creditors
f   ☒ Other. Describe ▶ BIRTH RIGHTS UCC-1 - 2009 0491016 (current) TO DISCHARGE ALL DEBTS (PGW)
2a   If box 1a or 1b is checked, enter the date of death ▶
b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B.  Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
     ☐ Excise   ☒ Other (describe) ▶ ALL UTILITY BILLS - HJR-192

4    Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
     e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041   g ☐ 1120  h ☐ Other (list) ▶

5    If your authority as a fiduciary does not cover all years or tax periods, check here  .   .   .   .   .   .   .   .   .   ▶ ☐
     and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 11-2017)

FEDERAL CASES

... 11-2017}                                                                                      Page **2**

**Part III**    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   ▷ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a   ☐   Court order revoking fiduciary authority
b   ☐   Certificate of dissolution or termination of a business entity
c   ☐   Other. Describe ▷ _____

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   . . . . . ▷ ☐

b   Specify to whom granted, date, and address, including ZIP code.
   ▷ _____

### Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   . . . . . . . . . . ▷ ☐
   ▷ _____

**Part III**    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
|---|---|---|
| Address of court | | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time   ☐ a.m.   ☐ p.m.   Place of other proceedings |

**Part IV**    Signature

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| | | |
|---|---|---|
| Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 11-2017)

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

CASE No.: 22-cv-679
(JMY)

*Part II of II*

## ADDENDUM

### 48 CFR Ch. 1 53.228 Bonds and insurance

The following standard forms are prescribed for use for bond and insurance requirements, as specified in part 28:(a) SF 24 *(Rev. 10/98) Bid Bond.* (See 28.106—1.) SF 24 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (b) SF 25 *(Rev. 5/96) Performance Bond.* (See 28.106—1(b).) SF 25 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (c) SF 25-A *(Rev. 10/98) Payment Bond.* (See 28.106—1(c).) SF 25-A is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (d) SF 25-B *(Rev. 10/83), Continuation Sheet (For Standard Forms 24, 25, and 25-A).* (See 28.106—1(d).) (e) SF 28 *(Rev. 6/03) Affidavit of Individual Surety.* (See 28.106—1(e) and Part 53 of the loose leaf edition of the FAR.(o) OF 90 *(Rev. 1/90), Release of Lien on Real Property.* (See 28.106—1(o) and 28.203—5(a).) OF 90 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR.(p) OF 91 *(Rev. 1/90), Release of Personal Property from Escrow.* (See 28.106—1(p) and 28.203—5(a).) OF 91 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR. [48 FR 42637, Sept. 19, 1983, as amended at 53 FR 43395, Oct. 26, 1988; 54 FR 48994, Nov. 28, 1989; 55 FR 25534, June 21, 1990; 55 FR 52801, Dec. 21, 1990; 59 FR 67061, Dec. 28, 1994; 61 FR 39214, July 26, 1996; 63 FR 58603, Oct. 30, 1998; 63 FR 70293, Dec. 18, 1998; 64 FR 10549, Mar. 4, 1999; 68 FR 28088, May 22, 2003]

NOTICE OF MOVEMENT

Please move BONDS from the private side to the PUBLIC SIDE for
Acceptance of Value, closure and settlement of this accounting

With prejudice. Under Christian Law, if I have unknowingly failed
to see any judgments or liens, please accept them for value and discharge
them.

Accepted for value, on the
certified and sworn on the
Undersigned's commercial liability
true, correct, and complete, with all related
endorsements front and back, in accordance with
Uniform Commercial Code § 3-419 and House Joint
Resolution 192 of June 5, 1933; pre-paid; exempt from levy.

Dat 05/08/22

James Coppage, ARR
w/o/p UCC 1-308, 3-419
authorized Representative
E.I.N 2103422 01

## AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB No.: **9000-0001**

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

| STATE OF DELAWARE | |
| COUNTY OF KENT | SS. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* <br> JAMES (NMN) COPPEDGE | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* <br> B/C # 156-44-328005  (NY) <br> 52 BARKLEY COURT, DOVER, DELAWARE 19904 |
| 3. TYPE AND DURATION OF OCCUPATION <br> SURETY / LIFETIME | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* <br> CLERK OF COURT, U.S. DISTRICT COURT FOR THE |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(If any)* <br> *(Number, Street, City, State, ZIP Code)* <br> DEPOSITORY TRUST COMPANY <br> 55 WATER STREET, NEW YORK, NY 10041-0099 | 6. TELEPHONE NUMBER <br> HOME  (302) 674-2535 <br> BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) *Real estate (include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

see Optional Form 90 RELEASE OF LIEN (attached)
see Optional Form 91 PERSONAL PROPERTY FROM ESCROW (attached)
see Stamdard Form 24 BID BOND (attached)                    BOND VALUE: $500,000.00 USD
see Standard Form  25 PERFORMANCE BOND (attached)           CASE No.: 22-cv-679 (JMY)
see Standard Form 25A PAYMENT BOND

(b) *Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).*

PHILADELPHIA GAS WORKS: Acct# 0755172653. Amt.$11,635.41, Address: 3742 N. 18th St., 19140. PECO: Acct.# 09902-84029, Amt. $10,410.97; Address: 3739 N. 18th St., 19140 Address: 3742 N. 18th St.: BRT #131253200 SCE #1200009751 Amt.: $9,712.08.
SANTANDER CONSUMER USA: Amt.: 18,483.05 (see attachments)

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

PGW: Amt.: $11,635.41; PECO:  Amt.: $10,410.97; SANTANDER CONSUMER USA: Amt.:$18,483.05
Total: $49,701.51

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

OPTIONAL FORM 90, OPTIONAL FORM 91, EIN 210342201, F57739507, UCC 1 - 2009 0491016 E81761746

### DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE <br> *James Coppedge* <br> *Authorized Representative* | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)*  Opt Form 90, &91, EIN 210342201, E81761746, F57739507 |

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
| MONTH 03 | DAY 08 | YEAR 2022 | DOVER, DELAWARE | Official Seal |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH <br> BENJAMIN T. GARRETT  NOTARY PUBLIC | d. SIGNATURE | e. MY COMMISSION EXPIRES - 08-02-23 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See 48 CFR 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety. Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. However, stockholders of corporate principals are acceptable provided (a) their qualifications are independent of their stockholdings or financial interest therein, and (b) that the fact is expressed in the affidavit of justification. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ___JAMES (NMN) COPPEDGE___ , of ___B/C #156-44-328005___ , by a bond
              (Name)                         (Place of Residence)
for the performance of U.S. Government Contract Number ___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___ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number ___CASE No.: 22-cv-679 (Judge Young)___ on deposit

at ___CLERK OF COURT, U.S. DISTRICT CT FOR THE EASTERN DISTRICT OF PA___
                     (Name of Financial Institution)

located at ___601 MARKET ST, Room 2609, PHILADELPHIA, PA 19106-1797___ , and
                     (Address of Financial Institution)

Whereas I, ___james (nmn) Coppedge, family of coppedge___ , being a duly authorized
representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:
see Standard Form 28   AFFIDAVIT OF INDIVIDUAL SURETY (attached)
see Optional Form 90   RELEASE OF LIEN (attached)
see Standard Form 24   BID BOND (attached)
see Standard Form 25   PERFORMANCE BOND (attached)
see Standard Form 25A  PAYMENT BOND (attached)

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

___COURT OF COURT, U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PA___
                   (Name of Financial Institution)

[Date]

3-8-2022

[Signature]

Seal

(Notary seal: BENJAMIN T. GARRETT, NOTARY PUBLIC, MY COMMISSION EXPIRES 08/02/2023, STATE OF DELAWARE)

ON THIS 8TH DAY OF MARCH, 20 22

JAMES COPPEDGE APPEARED

BEFORE ME BENJAMIN T. GARRETT

A NOTARY PUBLIC FOR THE STATE OF DELAWARE,

COUNTY OF KENT

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

| **BID BOND** | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB NO.: **9000-0045** |
|---|---|---|
| *(See instruction on reverse)* | 07/29/1944 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | |
|---|---|---|
| JAMES (NMI) COPPEDGE | ☒ INDIVIDUAL | ☐ PARTNERSHIP |
| PARKERS RUN | | |
| 52 BARKLEY CT | ☐ JOINT VENTURE | ☐ CORPORATION |
| DOVER, DELAWARE 19904 | STATE OF INCORPORATION | |
| | B/C# 156-44-328005   NY | |

SURETY(IES) *(Name and business address)*
JAMES (NMI) COPPEDGE
DTC
55 WATER STREET, NY, NY 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE 02/15/2022 | INVITATION NO |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | CASE No.: 22-cv-679(Judge Young) |
| | | | | | FOR *(Construction, Supplies, or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum.  For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally.  However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety.  If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government.  Notice to the surety(ies) of extension(s) are waived.  However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *JAMES COPPEDGE* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES COPPEDGE | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. *James Coppedge* (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. James Coppedge, Authorized Agent | 2. |

| CORPORATE SURETY(IES) | | | |
|---|---|---|---|
| | STATE OF INC. | LIABILITY LIMIT ($) | |
| SIGNATURE(S) | 1. | 2. | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

ON THIS 8ᵗʰ DAY OF MARCH , 20 22  **STANDARD FORM 24** (REV. 10-98)
JAMES COPPEDGE           APPEARED Prescribed by GSA - FAR (48 CFR) 53.228(e)
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF DELAWARE.

expire 08-02-2023

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY C** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY D** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY E** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY F** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY G** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**PERFORMANCE BOND**
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)*

07/29/1944

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

PRINCIPAL *(Legal name and business address)*

JAMES (NMM) COPPEDGE
PARKERS RUN
52 BARKLEY COURT
DOVER, DELAWARE 19904

TYPE OF ORGANIZATION *("X" one)*

[X] INDIVIDUAL      [ ] PARTNERSHIP

[ ] JOINT VENTURE   [ ] CORPORATION

STATE OF INCORPORATION
NEW YORK - B/C BOND NO: 156-44-328005

SURETY(IES) *(Name(s) and business address(es))*

JAMES (NMN) COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK 100

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

CONTRACT DATE
02/15/2022

CONTRACT NO.
CASE No.: 22-cv-679
(JMY)

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal –

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | JAMES COPPEDGE (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES (NMI) COPPEDGE | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | James Coppedge (Seal) | (Seal) | |
| NAME(S) (Typed) | 1. James (NMN) Coppedge, A.R. | 2. | |

**CORPORATE SURETY(IES)**

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | $ | Corporate Seal |
| | SIGNATURE(S) | 1. BENJAMIN T. GARRETT | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

*[Notary seal: NOTARY PUBLIC / STATE OF DELAWARE / 08/02/2023]*

ON THIS 8TH DAY OF MARCH , 20 22
JAMES COPPEDGE APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT.

| CORPORATE SURETY(IES) (Continued) | | | | | |
|---|---|---|---|---|---|

| SURETY B | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($): | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1  This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2  Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3  (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4  Corporations executing the bond shall affix their corporate seal. Individuals shall execute the bond opposite the words "Corporate Seal" and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5  Type the name and title of each person signing this bond in the space provided.

| **PAYMENT BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 07/29/1944 | OMB No.:9000-0045 |

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** (Legal name and business address)

JAMES (NMN) COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE 19904

**TYPE OF ORGANIZATION** ("X" one)

[XX] INDIVIDUAL    [ ] PARTNERSHIP

[ ] JOINT VENTURE    [ ] CORPORATION

STATE OF INCORPORATION
NEW YORK - B/C#156-44-328005

**SURETY(IES)** (Name(s) and business address(es))

JAMES (NMN) COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK  10041-0099

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |

| CONTRACT DATE 02/15/2022 | CONTRACT NO. CASE No.: 22-cv-679 (JMY) |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. JAMES COPPEDGE (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES (NMN) COPPEDGE | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. James (NMN) Coppedge, Authorized Agent | 2. | |

**CORPORATE SURETY(IES)**

| | | STATE OF INC. | LIABILITY LIMIT | |
| SURETY A | NAME & ADDRESS | | $ | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

NAME & ADDRESS BENJAMIN T. GARRETT
COMMISSION EXPIRES
NOTARY
STATE OF DELAWARE

ON THIS 8TH DAY OF MARCH, 2022
JAMES COPPEDGE APPEARED
BEFORE ME BENJAMIN T. GARRETT,
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable 02/2/2023

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

COMOP 08-02-2023

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space

designated "SURETY(IES)" on the face of the form, insert only the let identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit Individual Surety (Standard Form 28) for each individual surety, sl accompany the bond. The Government may require the surety furnish additional substantiating information concerning their finance capability.

4. Corporations executing the bond shall affix their corporate seal Individuals shall execute the bond opposite the word "Corporate Sea and shall affix an adhesive seal if executed in Maine, New Hampsh or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in space provided.



**PHILADELPHIA GAS WORKS**
**GAS LEAK EMERGENCIES: (215) 235-1212**

 Access Your Account Online www.pgworks.com

 Billing & General Information **(215) 235-1000** *(English & Español)*



**Hello James Coppedge,**
3742 N 18TH ST, PHILA PA 19140-3533
**Account Number: 0755172653**

## ENERGY USAGE SNAPSHOT



1 CCF = 1 hr of heat

Prior Year   Actual   Estimated



| Please Pay | **$11,635.41** |
|---|---|
| Due By | **03/16/2022** |

| Billing Date | FEB 19, 2022 |
|---|---|
| Service From | 01/20/2022 - 02/17/2022 |
| Past Due | $10,388.81 |
| Current Charges | $1,140.03 |
| Adjustments | $106.57 |

**Thank you for your payment of $820.00**

| Average Daily Cost | Average Daily Temperature |
|---|---|
| $40.72 Current Month | 34° Current Month \| Compared to 32° prior year |
| *Compared to $19.92 prior year* | Usage Over Last Year |
| | 139 Ccf* Monthly Average \| 1663 Ccf Total |
| | *See terms on pg. 2* |

### MESSAGE CENTER

**Pay Less With CRP From PGW** – Customers who qualify for CRP may cut their PGW bill by half and past debt is forgiven. Apply or renew your application at PGWorks.com/CRP or by phone at 215-235-1000.

**Get Up To $1,500 For Your Heating Bill** – LIHEAP is open and may cover natural heating costs for the year! Apply now: PGWorks.com/LIHEAP

**What's That Smell?** Natural gas has a rotten egg-like odor for easy detection. If you think you smell gas, leave the area immediately, then call PGW's Emergency Hotline at 215-235-1212.

*Accepted and Returned for Assured Value, Closure and Settlement of this Accounting. By James Coppedge, EIN 210342201 Authorized Representative Date 03/08/22 Charge the same to U.S. Dist Ct - PA CA#22-CV-679*

 **Pay Online** www.pgworks.com

 **Pay By Phone (215) 235-1000** *(English & Español)*
*a convenience fee of $2.95 will be applied*

**$** **Pay With Cash** *(See Back For Details)*

Please return this portion with your payment. Write your account number on your check or money order made payable to Philadelphia Gas Works.

*Money Order*

*Pay to: United States Treasury Eleven thousand, six hundred Thirty-five dollar and 41/100 and Credit same to U.S. District ct - PA*

| Please Pay | Due By |
|---|---|
| **$11,635.41** | **03/16/2022** |

Account Number: 0755172653

$ | | 1 | 1 , | 6 | 3 | 5 . | 4 | 1 |

*By James Coppedge* Thank you!
*EIN 210342201*

015937 000014221

JAMES COPPEDGE *CA#22-CV-679*
3742 N 18TH ST
PHILA PA 19140-3533

Philadelphia Gas Works
P.O. Box 11700
Newark, NJ 07101-4700

*EIN 210342201*

*Authorized Representative*

23

0007551726538000000011635411

f /MyPGW    MyPGW    @MyPGW    /MyPGW    PhillyGasWorks

## PHONE

| | |
|---|---|
| Gas Leaks & Emergencies (24/7) | (215) 235-1212 |
| Residential Customer Service (8am to 6pm, M-F) | (215) 235-1000 |
| Commercial Customer Service (8am to 4:30pm, M-F) | (215) 235-7077 |
| Credit & Collections (8am to 4:30pm, M-F) | (215) 235-1777 |
| Report Theft of Gas (24/7) | (215) 684-6383 |

### Service Centers (9AM TO 5PM)

| | | M | T | W | Th | F |
|---|---|---|---|---|---|---|
| Germantown | 212 W. Chelten Ave. | | ✓ | ✓ | | ✓ |
| S. Philadelphia | 1601 S. Broad St. | ✓ | | ✓ | | ✓ |
| Frankford | 4410 Frankford Ave. | ✓ | | ✓ | ✓ | |
| N. Philadelphia | 1337 W. Erie Ave. | ✓ | | ✓ | | ✓ |
| W. Philadelphia | 5230 Chestnut St. | | ✓ | ✓ | | ✓ |

## TERMS

### How's my gas measured?

**CCF** - 100 cubic feet of gas. This is a measure of gas usage. One CCF is about the amount of gas used to run an average-sized house heater nonstop for one hour.

**Dekatherms (DTH)** - A measure of the heat content value of gas. Gas usage is determined by multiplying the MCF used by the heat content value of the gas.

**MCF** - 1,000 cubic feet of gas. This is a measure of gas usage.

### Other Helpful Terms

**Budget Bill** – An optional billing method which averages estimated service costs over a 12-month period.

**Customer Responsibility Program (CRP)** – PGW's low income customer assistance program which provides a lower monthly bill and forgiveness of pre-program debt.

**Meter Reading Information** – PGW uses its best effort to obtain an actual meter reading regularly, and at least every six months for customers without automatic meter reading devices. When the meter is not read, PGW estimates your gas use. To avoid estimates, you may read your own meter and call us with the reading. We also offer stamped, preaddressed postcards, which you can use to send us your meter reading by the specified date. To request a supply of these cards, call (215) 235-1000, or write us at P.O. Box 3500, Philadelphia, PA 19122.

**Natural Gas Distribution Company (NGDC)** – A state regulated natural gas utility which owns the gas lines and equipment necessary to deliver natural gas to the consumer. PGW is an NGDC.

### What are my charges?

*See the PGW Gas Service tariff on pgworks.com for full details.

**Commodity Charges** – The charge for basic gas supply service which is sold either by volume (CCF or MCF) or heating value (DTH). These charges are passed along to customers at the price PGW pays, with no markup.

**Customer Charges** – A monthly charge to cover NGDC costs such as maintaining the lines, meter reading and billing.

**Distribution Charges** – The charge for delivery of natural gas from the point of receipt by the NGDC to the customer.

**Distribution System Improvement Charge (DSIC)** - A charge approved by the Pennsylvania Public Utility Commission (PUC) for recovery of the reasonable and prudent costs incurred to repair, improve, or replace eligible distribution property. A DSIC provides PGW with the resources to accelerate the replacement of aging infrastructure.

**Gas Cost Adjustments** – Amount billed or credited each month to account for differences between projected and actual gas supply costs of the NGDC.

**Weather Normalization Adjustment** – An adjustment approved by the PUC as a way to help PGW stabilize its income and operate more efficiently within its budget during the heating season.






### RIGHTS & OBLIGATIONS

A summary of your rights and obligations as a PGW customer will be made available upon request. A rate schedule and an explanation of how to verify the accuracy of a bill and an explanation of the various charges will be made available upon request.

### SUPPLIER INFORMATION

If you have selected a Natural Gas Supplier other than PGW, the Natural Gas Supplier is responsible for the billing of Supplier Charges. PGW will bill for gas delivery according to the tariff for your rate class. Commodity prices and charges are set by the Natural Gas Supplier you have chosen. The Public Utility Commission regulates the distribution prices and services.

By accepting or using this barcode to make a payment, you agree to the full terms and conditions, available at VanillaDirect.com/terms. After successful payment using this barcode, you may retrieve your full detailed e-receipt at VanillaDirect.com/Pay/receipt.

Five dollar ($5.00) minimum payment required with barcode. Barcode must be presented at time of payment. Participating vendors will only accept cash with barcode. Payments made with barcode must be made before 4.00 p.m. in order to post to account the same day. Payments made with barcode while termination of service is in progress will not serve to stop termination of service. For eligible accounts only.



7993665015200006371663609855722

Payment Address:
City of Philadelphia Pioneer Lockbox
#1687
P.O. Box 8500
Philadelphia, PA 19178-1687

≡ **Pioneer**
Credit Recovery

26 EDWARD STREET, ARCADE, NY 14009
Phone: 1-866-834-0067
Fax: 1-877-653-2839

Hours of Operation: EST/EDT
Mon-Thurs 8:00 AM - 9:00 PM ET
Friday 8:00 AM - 5:00 PM ET
Saturday 8:00 AM - 12:00 PM ET

Correspondence Address:
Pioneer Credit Recovery, Inc.
P.O. Box 308
Perry, NY 14530

**Pay online: http://myaccount.pioneercreditrecovery.com**

Date: 02/24/2022

*Accepted and Returned for Assumed Value,
Closure and Settlement of this Accounting.
By James Coppedge EIN 210342201
Authorized Representative
Credit Same to US District Ct - PA
CA # 22-CV-679*

Re: Reference # 12312014-012-131253200
Current Amount Due: $9,712.08
BRT#: 131253200 SCE#: 1200009751
Property Address: 3742 N 18TH ST

Philadelphia PA 191403533

**Second Notice – Action Required**

Dear COPPEDGE JAMES:

As you were previously notified, the City of Philadelphia, has assigned Pioneer Credit Recovery, Inc. to collect the delinquent commercial trash fee listed below. The total balance due is subject to the accrual of additional penalties and/or interest.

Please call us today at 1-866-834-0067 or send payment to the address on the detachable coupon at the bottom of the page.

If your business is  financially unable to pay the full amount of the liability all at once, you may qualify for an installment payment agreement on the balance in full or a payment agreement that includes a partial abatement of penalty. Contact Pioneer Credit Recovery, Inc. to arrange for repayment of your account.

The City of Philadelphia Department of Revenue may use legal enforcement procedures to collect your commercial trash fee if you fail to make payment arrangements, or pay your outstanding balance in full. Possible collection efforts in compliance with the enforcement of the Philadelphia tax law ordinance include:

- Attachment of your financial assets
- And/or the sale of your personal and real property by the Sheriff of Philadelphia

***Returned Checks.*** *If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.*

**Toll Free Phone Number: 1-866-834-0067**

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION.
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU!
**Please see next page if you would like to pay by credit card or pay online http://myaccount.pioneercreditrecovery.com**

*Money order
Pay to: United States Treasury
Nine thousand, seven hundred Twelve
Dollars and Eight Cents.
and Credit Same to U.S District Ct - PA
02001   CA # 22-CV-679*

Please call us at 1-866-834-0067  if you have a new address or telephone number.
**BRT#:** 131253200 SCE#: 1200009751
**Balance Due:** $9,712.08

**Amount Enclosed:** *9,712.08*
Make Check payable to: City of Philadelphia
*Include tax type and tax account number on your payment instrument

CITY OF PHILADELPHIA PIONEER
LOCKBOX # 1687
PO BOX 8500
PHILADELPHIA PA 19178-1687

*By James Coppedge
@ IN 210342201
Authorized Representative*

COPPEDGE JAMES
3742 N 18TH ST
PHILADELPHIA, PA 19140-3533

0 02242022 13587060 0 000000971208 2

*Date 03/08/22*

As of the date of this letter, the balance shown is owed. Because interest and penalties may be required to be paid on the outstanding portion of the balance, the amount required to pay the balance in full on the day payment is sent may be greater than the amount stated here. If the amount stated here is paid, an adjustment may be necessary after a payment is received. In that event, notification will occur of any adjustment in the balance. Before any payment intended to pay the balance in full happens, please contact us at the address on this letter, or call 1-866-834-0067.

| Ref Num | Creditor | Principal | Interest Amount | Other Amt* | Collection Charge |
|---|---|---|---|---|---|
| 12312014-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $136.50 | $193.13 | $0.00 |
| 06302016-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $109.50 | $159.38 | $0.00 |
| 06302021-012-131253200 | Philadelphia Commercial Trash Fee | $250.00 | $17.50 | $30.00 | $0.00 |
| 12312017-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $82.50 | $125.63 | $0.00 |
| 06302018-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $73.50 | $114.38 | $0.00 |
| 12312013-012-131253200 | Philadelphia Commercial Trash Fee | $300.00 | $303.00 | $423.75 | $0.00 |
| 06302019-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $55.50 | $91.88 | $0.00 |
| 06302014-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $145.50 | $204.38 | $0.00 |
| 06302020-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $37.50 | $69.38 | $0.00 |
| 12312019-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $46.50 | $80.63 | $0.00 |
| 12312016-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $100.50 | $148.13 | $0.00 |
| 12312015-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $118.50 | $170.63 | $0.00 |
| 06302017- | Philadelphia | $150.00 | $91.50 | $136.88 | |

---

**ACCOUNT HOLDER: COPPEDGE JAMES**
**ACCOUNT NUMBER: 13587060**      **CURRENT AMOUNT DUE: $9,712.08**
BRT#: 131253200 SCE#: 1200009751

☐ **PAYMENT ENCLOSED:**   Check Amount $_____ (make checks payable to City of Philadelphia)

**I hereby authorize City of Philadelphia to initiate an ACH withdrawal or credit charge from my bank account or credit card as shown below.**

☐ **CHARGE MY:** VISA  MasterCard  ___ Card Number: _____  Expires: ____ / ____

    Payment Amount: $_____ (One-time payment only. Please contact us to make multiple payments.)

    Card Holder Name: _____  Card Holder Signature: _____  Today's Date: _____

☐ **WITHDRAW FROM MY BANK ACCOUNT-ACH:** (*For authorization, please complete the form below and sign. Or, you may attach a voided check or voided savings deposit slip from your bank account and sign below.*)

    Bank Name: _____

    ABA/Transit/Routing #: ☐☐☐☐☐☐☐☐☐  Account #: _____

    Payment Amount: $_____ Payment Date: ____/____/____ (One-time payment only. Please contact us to make multiple payments.)

    Account Holder Name: _____  Account Holder Signature: _____  Today's Date: _____

| 012-131253200 | Commercial Trash Fee | | | | |
|---|---|---|---|---|---|
| 12312010-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $207.00 | $281.26 | $0.00 |
| 12312018-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $64.50 | $103.13 | $0.00 |
| 12312012-012-131253200 | Philadelphia Commercial Trash Fee | $300.00 | $336.00 | $465.00 | $0.00 |
| 12312021-012-131253200 | Philadelphia Commercial Trash Fee | $250.00 | $17.50 | $30.00 | $0.00 |
| 12312011-012-131253200 | Philadelphia Commercial Trash Fee | $300.00 | $378.00 | $517.50 | $0.00 |
| 12312020-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $28.50 | $58.13 | $0.00 |
| 06302015-012-131253200 | Philadelphia Commercial Trash Fee | $150.00 | $127.50 | $181.88 | $0.00 |

*The amount shown here may consist of penalties, late fees, or charges incurred or imposed by your creditor.*

*Same as Reversed Side*

Case 2:22-cv-00679-JMY   Document 1   Filed 02/10/22   Page 72 of 84



0041

# YOUR BILL IS PAST DUE

**Name:** FREDERICK DANCY
**Service Address:** 3739 N 18TH ST   PHILADELPHIA, PA 19140

**Account Number:** 0990284029
**Issue Date:** February 01, 2022

You have not paid the **$10,410.97** you owe. Your balance must be paid now. Until you pay this amount, we will continue to add late-payment charges. If you have paid your bill in the last few days, please ignore this letter.

**If you are having trouble paying**

We have several programs that could help you manage your monthly bills, such as:
- budget billing to even out the cost of monthly bills throughout the year and
- payment arrangements to help you pay off past due amounts

**We are here to help…**

Contact us at **1-888-480-1533** to discuss your account.

*Accepted and Returned for Assessed Value, Closure. and settlement of this accounting. BY James Appedye EIN 210342201 Authorized Representative*

*Same Credit to U.S. District Ct - PA CA # 22-CV-679*

When paying in person, please bring the entire bill.

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.



*Money Order*

Monday through Friday 7 a.m. to 7 p.m.
**1-877-432-9384**

0000642    01 AV 0.423 **AUTO  T4 2 9121 19140-353239   -C01-P00642-I  4

FREDERICK DANCY
3739 N 18TH ST
PHILADELPHIA PA 19140-3532

Account Number
**09902-84029**

Payment Receipt Stamp

Payment Amount

*Pay to: United States Treasury Ten Thousand, four hundred Ten dollar and 97*

PECO Energy Co.
PO BOX 13439
Philadelphia PA 19162-0439

Please pay this amount by 02/21/2022

**$10,410.97**

*100*

*BY James Appedye EIN 210342201 Authorized Representative*

0990284029000000000002052000008

0000642-0000742-0000001 of 0000002-C01-00-9121-00642

9028 02/11/22

CF 224961342

$85700

$10,874.77

PECO 1.75

<u>AFFIDAVIT OF DEFENSE</u>

# HJR-192 AND PUBLIC LAW 73-10

MEMORANDUM OF LAW FOR DEBT DISCHARGE IN SUPPORT OF NEGOTIABLE DEBT INSTRUMENTS FOR TENDER OF PAYMENTS [UCC 1-201(24), 3-415, 3-419, 1-308, PENNSYLVANIA CONSOLIDATED STATUS TITLE 3 UCC in § 3-603 (a)(b)(c) § 3-604, and CHAPTER 31§ 3104, 3106. All debts are accepted for the assessed value, closure and settlement of the accounting, pursuant to UCC 1-301, 3-301 in consideration of the U.S CONSTITUTION ARTICLE 1, § 10 (Suspended). It is therefore impossible to pay debts at law.

## LAWS THAT GOVERN ELECTRONIC FUNDS TRANSFER INSTRUMENTS, AND MONEY

The Federal Government took our lawful money out of circulation in 1933 but Congress had to provide the people a remedy.  Public Law: "Chap. 48, 48 Stat. 112" under HJR 192 is that remedy and in part states that the Federal Government will discharge all of our debts, public and private, dollar for dollar. This has been one of the best kept secrets in this Bankrupt Nation.

They took everything including all property and titles to property and left us only with an ability to discharge debt and create money through our signature and they never bothered to tell us.

We create money when we apply for bank loans with our signature. It is our signature and credit in our ability to work that creates the money of account and this has been the case since 1933. The banks have a monopoly to our credit and for this "service" they charge principal and interest on nonexistent money all the time giving the impression they lent us their money and this is fraud because they never revealed where the money came from. This is true for Credit Card accounts and Mortgages.

1. House Joint Resolution. 73rd Congress. Session  1. Chapters  48& 49. June 5,  6, 1933 H.J.R. 192.  1491  Public Law 1 48 Stat 1confirmed in ~Perry v. U.S. (1935) 294 U.S. 330-381, 79 LEd 912, as well as ~Title 31 United States Code (USC) 5112, 5119 and again 12 USC 95a. When a government goes bankrupt, it loses its sovereignty.

2. Public Law 10 Chapter 48, 48 Stat. 112.
3. Public Law  73-10 40 Stat 411

4. Trading With the Enemy Act (TWEA) OCT 6, 1917    1) That, Legal tender under the Uniform Commercial Code (U.C.C.), Section 1-201(24) (Official Comment); "The referenced Official Comment notes that the definition of money is not limited to legal tender under the U.C.C.  The test adopted is that of sanction of government, whether by authorization before issue of adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected."Under HJR 192 June 05, 1933 and validated in Perry above the

of the above, under necessity, having no other means to pay debts at law, but being estopped and denied access to lawful constitutional money of exchange, the undersigned can only exercise the remedy under necessity to set off/discharge the 'debt/liability'.

Your Affiant, flesh and blood with PRE-PAID EXEMPT status as a current Creditor of the U.S. CORPORATION since it's bankruptcy in 1933 and with full understanding of how the monetary system works. Federal laws prohibits any banks from loaning against its own credit and customer's deposits, so my signature creates the asset of these funds which you then monetized to your gain ten (10) times, then my signature does certainly "pay" this supposed liability;

THEREIN, you are required by LAW to accept this EFT instrument and credit the above account, in honor, within 24 hours upon acceptance pursuant to U.C.C. § 3-501.

Any dishonor will be construed as a commercial injury, violation of agreement, fraud, fraud by scienter, violation of commercial law and otherwise. UCC codes used in verified tender of payment 1-201 general definitions governing eft

10. CONSPICUOUS

EFT in red

3-311 (d). Receipt of an instrument is satisfaction

3-501-(4) day after day of receipt

3-603 tender of payment

(b) refusal is discharge

(c) able& ready to pay at every place of a payment stated

Your Affiant has claimed, maintain, and have at all times has retained his Constitutionally secured Rights especially, but not limited to, all aspects of this instant matter; Brady v. U.S., 397 U.S., 742 at 748. "Waivers of Constitutional Rights must not only be done voluntarily, they must be knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences.

    AS FOR FORECLOSURE FRAUD AGAINST SLC AND REAL TIMES SOLUTIONS THE FOLLOWING EVIDENCE HAS NOT BEEN DISCLOSED IN THE DISCOVERY PROCESS DUE THE LACK OF DUE PROCESS OF LAW.

"In light of the fact that virtually all promissory notes taken by banks, mortgage companies, etc., were sold at some time after the "closing" for the respective transactions — without the right in discovery to physically inspect, and photocopy the original wet-ink instrument, (production of the original instrument), meaning that the bank, mortgage company, etc., retained physical possession of the NOTE, standing in court to enforce the instrument in foreclosure is impossible pursuant to the Uniform Commercial Code. (UCC).

This is the law behind — "Show Me the Note!"

**Statutory Requirements For Establishing The Right To Enforce An Instrument**

nation is bankrupt and to support the bankruptcy my signature as a man created the currency of the realm for the transaction making me the Creditor. The existing state of emergency is verified ~Title 12 § 95, 95a, 95b and 411 Should this be doubted then these two quotes (of many more) verify the truth… since the principal part of any thing is the beginning. Maxim of Law…

Banks cannot lend depositor's money to borrowers without the depositor's written authorization, in reality, banks do not lend their depositor's money. ~12 U.S.C. §1828.

¯As the situation stands at present, the banker is in a unique position. He has probably the only known instance, in business of the possibility of lending something without parting with anything, and making a profit on the transaction, obtaining in the first instance his commodity free." ~C. H. Douglas in a speech in Newcastle in 1923. (Credit River Decision, creating money from thin air)

"A national bank has no power to lend its credit to any person or corporation. ~Bowen v. Needles Nat. Bank, 94 F 925 36 CCA 553, certiorari denied in 20 S. Ct 1024, 176 US 682, 44 LED 637.

"A bank is not the holder in due course upon merely crediting the depositors account." Bankers Trust v. Nagler, 229 NYS 2d 142, 143.
   2)  That, the Federal Reserve Bank in its booklet; MODERN MONEY MECHANICS page 3, states; "In the United States neither paper currency nor deposits have as commodities.  Intrinsically, a dollar bill is just a piece of paper, deposits merely book entries."
   3) That the "giving a (federal  reserve) note does not constitute payment."  See Echart v Commissioners C.C.A., 42 Fd2d 158.
   4) That the use of a (federal reserve) 'Note' is only a promise to pay.  See Fidelity Savings  v Grimes, 131 P2d 894.
   5) That Legal Tender (federal reserve) Notes are not good and lawful money of the United States. See Rains v State, 226 S.W. 189.

   6) That (federal reserve) 'Notes do not operate as payment in the absences of an agreement that they shall constitute payment.'  See                  Blachshear Mfg. Co.  v Harrell, 2 S.E. 2d 766.

   7) Also, Federal Reserve Notes are valueless.  See IRS Codes Section 1.1001-1 (4657) C.C.H.).
   8) In light of the holding of Fidelity Bank Guarantee vs. Henwood, 307 U.S. 847 (1939), take notice of ... "As of October 27, 1977, legal tender for discharge of debt is no longer required.   That is because legal tender is not in circulation at par with promises to pay credit.  There can be no requirement of repayment in legal tender either, since legal tender was not loaned [nor in circulation] and repayment [or payment] need only be made in equivalent kind; A negotiable instrument."

   9) U.C.C. 3-603; "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender…"

   10) ORS 81.010 "Effect of unaccepted offer in writing to pay or deliver. An offer in writing to pay a particular sum of money or to deliver a written instrument or specific personal property is, if not accepted, equivalent to the actual production and tender of the money, instrument or property."  (the latter here operates via the rule of Para Materia in Tennessee.)
   11) "That because of failure of a lawful consideration the Note and Mortgage  are null and void" See First National Bank of Montgomery v Jerome Daly, case # 19144 (1968).THEREFORE, In light

2

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
FEB - 8 2013   AT   9:55 A M
BPA BOOK   257   PAGES 759
DEPUTY CLERK
Accepted for Filing in:
Kent County
Doc#   2008117
On: Jan 01, 2012   at   07:14A

4-03-046-02-07-26-00-000

Prepared by:  James Coppedge

# AFFIDAVIT OF STATUS OF JAMES COPPEDGE

James Coppedge
52 Buckley Ct
Parkers Run
Dover, DE  19904-2001

STATE OF MARYLAND          )
                           )  ss
COUNTY OF BALTIMORE        )

Comes now, James Coppedge, your Affiant, being competent to testify and being over
the age of 21 years of age, after first being duly sworn according to law to tell the truth to
the facts related herein states that he has firsthand knowledge of the facts stated herein
and believes those facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these united States of America, being a
creation of God and born in one of the several States.
2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and
therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from
any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON
pursuant to any process, law, code, or statute or any color thereof.
3. Your Affiant notices that in these united States of America, the authority of any and
all governments resides in the People, the Natural Persons, of the land, for government is
a fiction of the mind and can only be created by the People, effected by the People, and
overseen by the People for the benefit of only the People.
4. Your Affiant at all times claims all and waives none of his God given inherent,
unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of
Independence and the Constitution of the united States of America as ratified 1791 with
the Articles of the Amendments.
5. Your Affiant notices that pursuant to the Constitution of the united States of America
as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This
Constitution and the Laws of the united States, which shall be made in Pursuance thereof;
and all Treaties made, under the authority of the United States, shall be the supreme Law

T0144

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
FEB - 8 2013 AT 9:35 A M
EPA BOOK 329 PAGES 12

DEPUTY CLERK

of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your Affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by Jury and in keeping with the Amendments V, VI and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, misled, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

Further, Affiant sayeth naught.

COPY

LAMAR COUNTY, GA SUPERIOR COURT
FILED AND RECORDED IN CLERK'S OFFICE
FEB 3 2015          AT   9:35 A. M
BPA BOOK _____ 29 _____ PAGES 20
DEPUTY CLERK _____

Signature _____        4/23/2012
                James Coppedge          Date

State of Maryland
County of Baltimore

Subscribed and sworn to (or affirmed) before me on this 25 day of APRIL, 2012
by James Coppedge, proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

_____
Notary Public                    (Seal)

                                 Mukesh K Yagnik
                                 NOTARY PUBLIC
                                 Prince George's County
                                 State of Maryland
                                 My Commission Expires
                                 January 7, 2014

# Santander Consumer USA

## ACCOUNT INFORMATION

| | |
|---|---|
| Statement Date | 01/09/2022 |
| Account Number | 0021976877 |
| Account Status as of Statement Date | Current |
| Last Payment Made | 01/06/2022 |
| Monthly Payment | $624.53 |
| Past Due | $0.00 |
| Unpaid Fees and Charges | $10.00 |

### TOTAL AMOUNT DUE

$629.59 by 01/29/2022

| | |
|---|---|
| Principal Balance | $18,443.69 |
| Estimated Payoff by 01/09/2022 | $18,483.05 |

*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

5422012246    PRESORT PBPS030 <3>

KRISHA M COPPEDGE
52 BARKLEY CT
DOVER DE 19904-2001

*[handwritten annotations: Private Exempt from Levy / Accepted for Value and Return for Value / Payment to the U.S. Treasury $18,483.05 / And Charge the Same to ... CA # 22-cv-679 / U.S. District Ct - PA / for Account # 0021976877 / Dated 03/08/22 / By ...]*

## ACCOUNT ALERTS & IMPORTANT INFORMATION

No valid work phone number, please update online.

## ACCOUNT ACTIVITY SINCE LAST STATEMENT

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|---|---|---|---|---|---|---|
| 01/06/22 | Payment Made | -$627.00 | -$377.30 | -$249.70 | $0.00 | $0.00 |
| 12/12/21 | Payment Made | -$627.00 | -$222.75 | -$404.25 | $0.00 | $0.00 |
| 12/10/21 | Late Fee Assessed | $10.00 | $0.00 | $0.00 | $10.00 | $0.00 |

©2020 Santander Consumer USA Inc. All rights reserved.
*Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227.*

## FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting **MyAccount.SantanderConsumerUSA.com** or call us at **888.222.4227** to request the Auto Pay authorization form by mail

Pay online using a checking/savings account at **MyAccount.SantanderConsumerUSA.com**

Pay by phone using a checking/savings account on our automated system at **888.222.4227**

Pay by mail: **Santander Consumer USA**
**P.O. Box 660633**
**Dallas, TX 75266-0633**

*Please include your account number on your check or money order. Allow 5-7 days for delivery. See reverse for alternative payment options.*

## SPECIAL OFFERS & MESSAGES



# CONTROL

**Signing up for paperless statements** with Santander Consumer USA is easy:

1. Log on at MyAccount
2. Choose the "Go Paperless" option
3. Select "Electronic" under "Statement Preferences"
4. Click "Save"

Then simply watch your email for notification that your electronic statement is available. It's convenient, clutter free, and gives you one less thing to think about each month.

**Sign up at myaccount.santanderconsumerusa.com to receive your electronic billing statement via email.**

↑ To receive proper credit, please detach and return with your payment, indicating the amount paid. ↑

## PAYMENT COUPON

### Santander Consumer USA

KRISHA M COPPEDGE
52 BARKLEY CT
DOVER DE 19904-2001

*[handwritten: Money order / Pay to the United States Treasury]*

To update your address and/or telephone information, please check the box and fill out the reverse side.

*[handwritten: And Charge the Same to U.S District Ct - PA - CA # 22-cv-679 for Acct # 0021976877]*

| | |
|---|---|
| Total Amount Due | $629.59 |
| Account Number | 0021976877 |
| Due Date | 01/29/2022 |

Total Amount Enclosed $ *[handwritten: 18,483.05]*

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS TX 75266-0633

**Paying Your Account Ahead - See reverse side**

©2020 Santander Consumer USA Inc. All rights reserved. SC-SER_40717-O_042420

*[handwritten: By James C. Apodge / Authorized Representative / EIN 08-034 2201]*

5 000219768771000  000624453  0006 ...

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m. CT, and Saturday, 7 a.m. to 5 p.m., CT.

Case 2:22-cv-00679-JMY   Document 4   Filed 03/10/22   Page 81 of 84

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!
» Visit MyAccount.SantanderConsumerUSA.com to sign up, or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» **To stop or cancel Auto Pay,** simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» **If you change financial institutions or accounts,** you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply* if you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stamped drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.*** Please note:
 » MoneyGram Receive Code is 1544   » Western Union City Code is PITSTOP, State Code is TX

 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.***

*A third-party payment processing company may charge a fee to process your payment.

⚠ **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.
**Watch a video** to learn more about simple interest contracts at **www.SantanderConsumerUSA.com.**

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information - Please visit our web site** MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance -** Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

Accounts Receivable Conversion: By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is:
Santander Consumer USA Credit Bureau Disputes
P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

## CHANGE OF ADDRESS/TELEPHONE INFORMATION

(PLEASE PRINT)

Your Street Address

Your City        State        Zip

Home Phone        Cell Phone

Work Phone

Email Address

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

Vehicle Location Street Address

Your City        State        Zip

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.
▶ Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2021**

| 1 Your social security number (SSN) (if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "**United States Treasury**" |
|---|---|---|
| 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 | | $ 49,701.51 |

**Print or type**

| 4 Your first name and middle initial | Last name |
|---|---|
| JAMES | COPPEDGE |
| If a joint return, spouse's first name and middle initial | Last name |
| | |

| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|---|---|
| 52 BARKLEY Ct | | DOVER, | DE | 19904 |
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

---

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.
▶ Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2021**

| 1 Your social security number (SSN) (if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "**United States Treasury**" |
|---|---|---|
| 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 | | $99,169.27 |

**Print or type**

| 4 Your first name and middle initial | Last name |
|---|---|
| JAMES | COPPEDGE |
| If a joint return, spouse's first name and middle initial | Last name |
| | |

| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|---|---|
| 52 BARKLEY Ct | | DOVER | DE | 19904 |
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

This envelope is made from post-consumer waste. Please recycle - again.

**PRIORITY MAIL**

★ MAIL ★

E

OUR FASTEST SERVICE IN THE U.S.

RECEIVED
MAR 10 2021

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE...

U.S. POSTAGE PAID
PME 1-DAY
CHESWOLD, DE
19936
MAR 09, 22
AMOUNT
**$30.00**
1007    19106    R2305K133714-01

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EJ 886 117 632 US

CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)    PHONE (

JAMES COPPEDGE
52 BARKLEY CT
DOVER, DE 19904

GUARANTEED DELIVERY
GUARANTEED DELIVER

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)

CLERK OF COURT
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
601 MARKET ST. FIRST FLOOR
PHILADELPHIA, PA 19106

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 1 0 6 —

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

**ORIGIN** (POSTAL SERVICE USE ONLY)

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
19936          3-10-22                                $ 26.95

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3-9-22                      ☐ 12:00 PM                 $               $

Time Accepted    ☐ AM    Return Receipt Fee    Live Animal Transportation Fee
1317             ☐ PM    $ 3.00                $

Special Handling/Fragile    Sunday/Holiday Premium Fee    Total Postage & Fees
$                           $                             $ 30.00

Weight    ☐ Flat Rate    Acceptance Employee Initials
___ lbs. ___ ozs.

**DELIVERY** (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)    Time    ☐ AM    Employee Signature
                                       ☐ PM

Delivery Attempt (MM/DD/YY)    Time    ☐ AM    Employee Signature
                                       ☐ PM

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996



# PRIORITY ★ MAIL ★
# EXPRESS™



SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME



GUARANTEED*
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS 10001000006

EP13F July 2013
OD: 12.5 x 9.5



UNITED STATES
POSTAL SERVICE®

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For International shipments, the maximum weight is 4 lbs.