COVER SHEET

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE No.: 22-cv-679 (JMY)

JAMES COPPEDGE

Plaintiff

v.

CITY OF PHILADELPHIA, et al

Defendant

MOTION TO CONFIRM SETTLEMENTS

By: James Coppedge, sui juris
Attorney-In-Fact
Secured Party Creditor
Authorized Representative on behalf of:
JAMES COPPEDGE, DEBTOR© Ens legis
All rights are explicitly reserved.
Without prejudice, UCC 1-308, 3-419, 1-103.6
c/o 52 Barkley Court
Dover, Delaware [19904]

Date: 03/24/2022

GENERAL TABLE OF CONTENTS

MOTION TO CONFIRM SETTLEMENTS

ORDER

AFIDAVIT OF NOTARY PRESENTMENT

ANSWER TO CIVIL CITY'S COMPLAINT

AFFIDAVITS (originals) AND BILL STATEMENTS TO SETTLE COMPLAINTS TO BE PROCESSED THROUGH THE UNITED STATES DISTRICT COURT – PA.:

STANDARD FORM 28

OPTIONAL FORM 91

STANDARD FORM 24

STANDARD FORM 25

STANDARD FORM 25A

BILL STATEMENTS-ACCEPTED FOR VALUE....

 INTERNAL REVENUE SERVICE

 ATTACHMENTS – A, B, C, & D

  REAL ESTATE TAXES

  WATER BILL AND SEWER TAX

  FINES (SCE)

  1099A

  1040V

 1. OTHER TENDERED PAYMENTS NOT CREDITED TO THE ACCOUNTS [P.L. 73-10(48) STAT 112-113]

 2. COPIES OF SUPERSEDEAS BONDS SENT TO CITY JUDGE BUT NOT RETURNED FOR CORRECTSS AND NOT CREDITED TO THE ACCOUNTS: STANDARD FORM 28 AND OPTIONAL FORM 91 FOR EACH CASE: MARCH TERM 2020: T0020, T0021, T0022, T0023.

MEMORANDUM OF LAW – PART 1 OF2

MEMORANDUM OF LAW – PART 2 0F 2

FORM 56

VERIFICATION  AND CERTIFICATION OF SERVICE

22                    UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris
Attorney-In-Fact, Secured Party of :          )      Date: 03/21/22
JAMES COPPEDGE,
DEBTOR © Ens legis                            )      CASE No.: 22-cv-679(JMY)
c/o 52 Barkley Ct                                          Filed: 02/28/2022
Dover, Delaware {19904}                       )      Pro Se

          Third Party Plaintiff Intervenor

                                              )      Re: CITY OF PHILADELPHIA'S
                                                     CASE Nos.: 2003T0020
V.                                                               2003T0021
                                                                 2003T0022
                                                                 2003T0023

CITY OF PHILADELPHIA, et al
STEVEN A. WAKEFIELD, ESQUIRE, et al,
ASSISTANT CITY SOLICITOR,
DEPARTMENT OF REVENUE/LAW DEPT.
1401 JFK BLVD, MSB, 5TH FLOOR ROOM 580
PHILADELPHIA, PA 19102

          Attorney for the Defendants, A
And    Third Party Intervenor for Defendant

CITY OF PHILADELPHIA, et al
SAM SCAVUZZO, Esq.                             CASE ID # 220102380
ASSISTANT CITY SOLICITOR
REAL ESTATE TAX DIVISION
LAW DEPARTMENT
1401 JFK BLVD, MSB, ROOM 580
PHILADELPHIA, PA 19102

          Attorney for the Defendants, A
          Third Party Intervenor for Defendant

                    Notice of Appeal
to the United States District for the Eastern District of Pennsylvania From an Order of the
Common Pleas of Philadelphia Count, First Judicial District of Pennsylvania. Dated 02/17/22

                 **MOTION TO CONFIRM SETTLEMENT**

              IN SUPPORT OF COMMERICAL DEBT DISCHARGE

                                  1

STATE OF $\underline{DELAWARE}$

COUNTY OF $\underline{KENT}$        ss

"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F 2nd , 526 (7th Cir. 1981); Cert Denied, 50 U.S.
L.W. 2169; S. Ct. March 22, 1982
INTRODUCTION

That I, James Coppedge, Secured Party Creditor, Attorney-In-Fact of the CORPORATE ISSUE: JAMES COPPEDGE, DEBTOR © Ens legis, am a living breathing man, over the age of 76 with DNA, being first duly sworn, depose and say and declare by my signature that the following facts are true, correct and not misleading and certain to the best of my knowledge and belief.

**§ 4.5  - 10 –Day "Automatic " Stay. Cease and Desist Utility Shut Offs and the POSTING SHERIFF SALE SIGNS, pending Appeal.**

**RE: CONDITIONAL ACCEPTANCE —REQUEST FOR PROOF OF CLAIM ON TAX LIABILITY AND MONETARY CONDITIONS AND AGREEMENT FOR DISCHARGE-Reference  (Account ) No.: 220102380, et al.**
**Re:  STEVEN A WAKEFIELD, Esq., et al:**
**And SAM SCAVUZZO, Esq., et al:**

**COMPLAINT OF DOUBLE BILLING ENTRIES**
**Dear Clerk of Court:**

The above attorneys are racially discriminating against me as a minority and elderly citizen by filing two of the same cases at the nearly the same time. {Title V11 of the Civil Rights Act of 1964}Please file original negotiable instruments enclosed and attached herein.  Since the CITY does not "see" the "private side," please file these instruments.  I have been submitting UCC 3's

2

To Attorney Zwolak, Esq. for nearly two (2) years in response to his Complaints about REAL ESTATE TAXES AND WATER BILLS. He has not credited the accounts [Please see attachments] Neither does the CITY Agents honor U.S. Treasury Telefax of the pre-paid accounts that I have submitted to the DEPARTMENT OF THE TREASURY for Payment-In-Full to be credited also to the CITY OF PHILADELPHIA accounts on JAMES COPPEDGE'S behalf. I will send a COPY to the Attorneys named in the Heading in addition to COMMON PLEASE COURT, OFFICE OF JUDICIAL RECORDS. The CITY lacks both Personal and Subject Matter Jurisdiction to proceed in judgement. I am sending you a COPY of the Record. I am also sending a Postal Money Order for the number of pages at .50 Cents each. Please process the CITY MONEY ORDERS.

**The Clerk of Court is Assigned the task of processing the instruments from CASE No.: 220102380 to CASE No.: 22-cv-679(JMY). The SUPERSEDEAS BONDS enclosed for the District Court are assessed Valued at $900.000.00 USD pursuant to Rule 62 at least twice the value of the assessed DEBT.**

Please advised if there is a problem with the procedure.

Thank you for your help!

03/21/22

James Coppedge, sui juris

Authorized Representative
Attorney-In-Fact, WO/p
UCC 1-308, 3-419, 3-603
52 Barkley Ct
Dover, Delaware 19904

3

# AFFIDAVIT OF NOTARY PRESENTMENT

State of **DELAWARE**    )
                         ) ss.
County of **KENT**       )

## CERTIFICATION OF MAILING

On this **2 1** day of **MARCH 2022**, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that I personally verified that the following documents listed below were placed in an envelope and sealed by me. They were sent by United States Post Office OVERNIGHT Mail with Electronic Receipt Request to:

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**          **originals**
**ATTN: CLERK OF COURT**
**601 MARKET ST, FIRST FLOOR**                                              **CASE No.: 22-cv-679 (JMY)**
**PHILADELPHIA, PA 19106**                                                     **Filed: 02/28/22**

 FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION          **COPIES**
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

CITY OF PHILADELPHIA                                            **COPIES**
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                                    CASE ID#: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
LAW DEPARTMENT
1401 J.F.K. BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA                                            **COPIES**
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION
ATTN: STEVEN A. WAKEFIELD, ESQ.                                      Re: CASE No.: 22-cv-679 (JMY)
Attorney for the Appeal against the CITY OF PHILADELPHIA
LAW DEPARTMENT
1401 J.F.K. BLVD, 5th FLOOR
PHILADELPHIA, PA 19102

Number of Pages _____

1.   NOTARY PRESENTMENT

2.   STATEMENT OF ACCOUNTS:  PAID-IN-FULL

1

3.  IRS Form 1040-V

4.  1099-A

5.  MONEY ORDERS

6.  IRS FORM 56

7.  MEMORANDUM OF LAW

8.  EXHIBITS

JAMES COPPEDGE

By: _____  03/21/22

James Coppedge, sui juris

Without prejudice, A.R.R.

Authorized Representative

UCC 1-308, 3-419, 1-103.6

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

March 21, 2022
DATE

(Seal)

My commission expires: December 31, 2022

James Coppedge appeared to the me.

2

UNIT STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES COPPEDGE                                    :                    NO. 220102380

                                                                     DATE: 03/24/22

        PLAINTIFF                                  :

v.                                                                   Case No.: 22-cv-679(JMY)

CITY OF PHILADELPHIA, et al

        DEFENDANT                                  :


                                          ORDER

AND NOW, this _____ day of _____, _____, upon consideration of the

Motion/Petition of Secured Party, James Coppedge to Confirm Settlements of the CITY OF
PHILADELPHIA,' s REAL ESTATE TAXES, WATER BILLS AND FINES, and the response of the DEFENDANT
thereto, it is ORDERED and DECREED that said Motion/Petition of the PLAINTIFF is GRANTED, and the
response of DEFENDANT is denied.

                                        BY THE COURT:


                                        _____

                                        United States District Judge

# PHILADELPHIA COURT OF COMMON PLEAS
## PETITION/MOTION COVER SHEET

**CONTROL NUMBER:**

ANCOM-City Of Philadelphia And School District Of Philad

**1ST INCLUDE THIS**

| **FOR COURT USE ONLY** | |
|---|---|
| **ASSIGNED TO JUDGE:** | **ANSWER/RESPONSE DATE:** |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response.*
*Status may be obtained online at http://courts.phila.gov*

22010238000008

Term, _____
Year

No. 2201023 80

**Name of Filing Party:**

CITY OF PHILADELPHIA

vs.

JAMES COPPEDGE          PRIVATE

(Check one) ☐ Plaintiff     ☐ Defendant

(Check one) ☐ Movant     ☑ Respondent

Has another petition/motion been decided in this case? ☑ Yes ☐ No

Is another petition/motion pending?

*If the answer to either question is yes, you must identify the judge(s):* ☑ Yes ☐ No

Judge Coyle, A.M.

**INDICATE NATURE OF DOCUMENT FILED:**

☐ Petition (Attach Rule to Show Cause)     ☐ Motion

☐ Answer to Petition     ☐ Response to Motion

**TYPE OF PETITION/MOTION** *(see list on reverse side)*

**PETITION/MOTION CODE**
*(see list on reverse side)*

ANSWER/RESPONSE FILED TO *(Please insert the title of the corresponding petition/motion to which you are responding):*
ANSWER To Complaint — See ATTACHMENT

**I. CASE PROGRAM**

Is this case in the *(answer all questions)*:

**A. COMMERCE PROGRAM**

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

**B. DAY FORWARD/MAJOR JURY PROGRAM — Year_____**

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

**C. NON JURY PROGRAM**

Date Listed: _____

**D. ARBITRATION PROGRAM**

Arbitration Date: _____

**E. ARBITRATION APPEAL PROGRAM**

Date Listed: _____

**F. OTHER PROGRAM:** _____

Date Listed: _____

**III. OTHER**

**II. PARTIES** (required for proof of service)
(Name, address and *telephone number* of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each

**CITY OF PHILADELPHIA**
**LAW DEPARTMENT**
**MICHAEL PFAUT, ESQ**
**DEPUTY CITY SOLICITOR**
**1515 ARCH ST, 15TH FLOOR**
**PHILADELPHIA, PA 19102**

**CITY OF PHILADELPHIA**
**LAW DEPARTMENT**
**ATTN: SCAUVZZO, ESQ.**
**1401 J.F.K. BLVD, MSB, 5TH FLOOR**
**PHILADELPHIA, PA 19102**

**FIRST JUDICIAL DISTRICT OF PA**
**COURT OF COMMON PLEAS**
**OFFICE OF JUDICIAL RECORDS**
**284 CITY HALL**
**PHILADELPHIA, PA 19107**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

03/22/22

(Attorney Signature Unrepresented Party)     (Date)

James Coppedge, sui Juris

(Print Name)     (Attorney I.D. No.)
Wolf AAR ucc1-308

The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date. No extension of the Answer/Response Date will be granted even if the parties so stipulate.

10-1061 (Rev. 8/2014)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                    CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102
                    PLAINTIFF

V.
James Coppedge, sui juris
On behalf of JAMES COPPEDGE, DEBTOR © Ens legis
As Authorized Representative, Secured Party Creditor,
And Attorney-In-Fact.
c/o 52 Barkley Court
Dover, Delaware 19904
                    DEFENDANT                              Date: 03/18/2022

            Re: CITY OF PHILADELPHIA V. JAMES COPPEDGE
                 PHILADELPHIA COURT OF **COMMON PLEAS No**.:
                 **220102380**

                        ANSWER TO COMPLAINT:
                        MOTION TO DISMISS

Dear Mr. Scavuzzo, Esq.:


**STATE OF <u>DELAWARE</u>**
                        **ss:**
**COUNTY OF <u>KENT</u>**

                        **INTRODUCTION**

1

That I, James Coppedge, Secured Party Creditor, over the age of 76 a sentient, living man being first duly sworn - **does depose, say, and declare** by my signature that the following facts are true and correct to the best of my knowledge, understanding, and belief:

1.) THAT, the Affiant is the Secured Party and authorized to speak for, respond, and handle the commercial affairs on behalf of the purported Debtor; **JAMES COPPEDGE, Ens legis,** a corporate fiction/entity and trust entity; in respect to the documents intended to discharge any purported debt/liability.

2.) Please be advised that the Jurisdiction of this Court is challenged. The only court that can hear matters of the People is an ARTICLE III Court. Common Pleas is an ARTICLE 1 COURT. [*See Johnson v. Zerbst*, 304 U.S. 458,468, "If the Bill of Rights is not complied with, the court no longer has jurisdiction to proceed. The judgment...pronounced by a court without jurisdiction is void..."Also, FRCP RULE 12(b)6(1)(2)]

Please provide Proof of Claim, if you object by affidavit, to the fact that A FICTIONAL AGENCY AND A FICTIONAL PLAINTIFF DO NOT POSSESS AND CAN NEVER POSSESS JURISDICTION OVER "one of the people" . Nor "one of the people's" property Nor "one of the people rights" and the issue of JURISDICTION cannot be waived.

[See A court "cannot confer jurisdiction where none existed and cannot make a void proceeding valid." *Gowdy v.Baltimore and Ohio R.R. Company* **385, 86, 92, 52 N.E. 2s 255 (1943.**] The "unsworn statements" by the Attorney to justify the BILL STATEMENTS in this case are all fraudulent because all statements are "hearsay" [Rule 802] and these statements are not facts and are not admissible in a court of law. However, they were WRONGFULLY admitted without question under "color of law" and "color of office" in violation of 42 USC § 1983.

Please be advised that all of my rights of the Secured Party Creditor are explicitly reserved under the U.S.CONSTITUTION with the BILL OF RIGHTS.

## STATEMENT OF THE CASE

Your Complaint dated March 04, 2022 is conditionally accepted for value and returned for value that an ARTIFICIAL ENTITY can sue a "living man" who does not exist with mind brain

2

or body. In **Rundle v. Delaware Y Raritan Canal Company**, 55 U.S. 80, "A corporation CANNOT

sue or otherwise contend with a living natural man or woman." I am NOT the ARTIFICIAL

ENTITY: JAMES COPPEDGE, DEBTOR © Ens legis.  Failure to provide Proof of Claim of

Jurisdiction, this case should be dismissed immediately.  As the Authorized Representative and

Attorney-In-Fact of the CORPORATE ISSUE: JAMES COPPEDGE, it is my responsibility to process

alleged payment for discharge for each account through the DEPARTMENT OF THE TREASURY

(UCC 3-419), by MONEY ORDER: Payable to the UNITED STATES TREASURY with the same

credited to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE without controversy in

consideration of the U.S. CONSTITUTION ARTICLE 1, § 10.  As the Secured Party Creditor (UCC 1)

with the Revocation of the alleged CITY'S POWER OF ATTORNEY (POA) [See Exhibit "A"] I am

Exempt from Levy. If you dispute this claim in part or in whole, you must rebut it by affidavit

under penalty of perjury with 20 day from the date of this ANSWER.

## REBUTTALS

### COUNT 1

### REAL ESTATE TAXES

        I see none of your claims are under oath.  They are only heresy which is a violation of

FRCP Rule 802, and which is also a violation under the Fair Debt Collection Act because you

have not verified the alleged debts. Therefore, you must validate the alleged debts by reviewing

the documents mailed to Mr. Zwolak, Esq. by firsthand knowledge under penalty of perjury and

correct the many error rather than sue for unsure truths.  Moreover, your present actions

indicated you are operating under color of law and color of office in violation of 42 USC §1983.

Item #10. Please provide Proof of Claim that these  alleged REAL ESTATE TAXES are not pre-paid

(UCC 3-419 under HJR-192, and that the Statue of Limitation has not passed for 2011-2015 and

that Mr. Zwolak, Esq. did not receive MONEY ORDERS for discharge.  The Amount of **$67,708.18**

is Accepted for Value and retendered for payment for Value by MONEY ORDER **under private**

**cover as indicated above.**

**Item #11.  False. The Appeal of the CITY OF PHILADELPHIA COURT OF, COMMON PLEAS  v.**
**JAMES COPPEDGE, Case ID# 220102380, and March Term: 2020 2003T0020,T0021, T0022, &**

3

T0023 which are one in the same has been filed in U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:  CA # 22-cv-679(JMY).  Filed: 02/28/2022. This is an unlawful Double Lawsuit:  ALL PAYMENTS CITED ARE PROCESSED and Assigned for filing (privately) THROUGH THE CLERK OF COURT FOR THE U.S. DISTRICT COURT OF... PA[an Article 111 Court], AND A COPY OF THE PAYMENTS SHALL BE SENT TO: STEVEN A. WAKEFIELD, ESQ. Attorney for the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, and to : SAM SCAVUZZO, ESQ., et al, Attorney for CITY OF PHILADELPHIA, COURT OF COMMON PLEAS FOR THE SCHOOL DISTRICT OF PHILADELPHIA. Why? Because the COURT OF COMMON PLEAS is an ARTICLE 1 COURT, and cannot see private payments from the "living man", neither will it honor them.

"5.5 - Bonding of Attorneys:

A lawyer or an attorney shall lose his bonding, shall not be bonded, and shall be deemed

unbondable,: if he fails to protect the remedies of due process and the equal protection of the

law of either his client or of the adverse party in an action. In an adversary system of law, each

lawyer or attorney shall protect the representation of fact not only for their own party, but shall

protect the legal process for both parties without, exception.

[ People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980)]"*.



Item #12.  False. I have responded as indicated above. No rights were waived.  However, the CITY waived its rights by non-response (See J.J. Zwolak, Esq.)

WHEREFORE, DEFENDANT demands judgment against the PLAINTIFF: CITY OF PHILADELPHIA, TAX UNIT in the amount of counterclaim for default and for failure of not correcting errors in the original complaint; in addition to, the fact that these alleged debts have not been review and no correction have been made.  The problem is heresy in Violation of FRCP Rule 8 and the Fair Debt Collection Act.  No Validation. The Attorneys are not under oath in debt validation and they should be. The court should determine the counterclaim pursuant to violations of HJR-192 and Public Law 73-10 (48) Stat 112-113.


## COUNT II
## SCE VIOLATIONS


4

**Item**#28. False. I dispute the claim that I failed that I failed to tender remit payments to the Solid Resources Unit the annual fee of three hundred dollars ($300.00) per property. However, I accept for value the total amount of **$12,313.34** as indicated in **Item #29.**

Item #30. False. I responded by MONEY ORDER as indicated above. Remember there is no money (gold or silver available as indicated by HJR-192) ONLY credit. US GOVT pays the DEBTS because it has the Gold and Silver.

Item # 31. False. There is an Appeal as you were Notified last week: US DISTRICT COURT FOR THE EASTERN DISTRICT OF PA.: CASE No.: 22-cv-679 (JMY): JAMES COPPEDGE V. CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE. Filing date: 02/28/2022.

Item #32. False. I did respond, and I did dispute the many error in the original complaints. None were address. Mr. James J. Zwolak, Esq. is responsible for failure to respond. No one has inspected his records for my compliance. No rights were waived. However, the CITY waived its rights by non-response (See J.J. Zwolak, Esq.)

WHEREFORE, DEFENDANT demands judgment against the PLAINTIFF in the Amount as the Court may deem justified, pursuant to HJR-192 and P.L. 73-10 (48) Stat 112-113 for failure of the Attorney(s) to not only not adjust the accounts for set-off, but also for not crediting the accounts under Public Policy. Due to the CITY'S DEFAULTS no penalties and interest should be charged. The Court should comply with Public Law in compliance with Public Policy. [See Exhibit "B" Affidavit of Debt Discharge]

<u>COUNT II</u>

<u>WATER AND SEWER RENTS</u>

Item #35: False. I do not own 5 properties in Philadelphia. The property located at 7174 ANDRES AVE. PHILADELPHIA 19138 is not mine. The 4 are.

Item # 36: : False. I do not own 5 properties in Philadelphia. The property located at 7174 ANDRES AVE. PHILADELPHIA 19138 is not mine. The 4 are.

Item #40: False, Hearsay FRCP Rule 802. Accepted for Value the **$19,155.02** and Returned for Value by MONEY ORDER under private cover as indicated above.

Item #43: False. Alleged Debt is Invalidated as indicated above.

Item #44. True but the alleged account was never adjusted or set-off for credit.

Item #45. Disputed. There was no need since the alleged had been accepted and returned for value.

Item#46. False. Un-validated. Provide Proof of Claim by affidavit that these alleged debts were not discharged as indicated above. Rule 802.

Item #49. False. All property alleged belonging to the DEBTOR actually belongs to the Secured Party under UCC 1. The wrong party is sued.

Item #50. False. The DEFENDANT is JAMES COPPEDGE, DEBTOR© Ens legis not James Coppedge, the Secured Party Creditor.

WHEREFORE, DEFENDANT demands judgment against PLAINTIFF, CITY OF PHILADELPHIA, TAX UNIT, the amount that the Court deems justified and right, pursuant to HJR-192 and P.L. 73-10(48) Stat 112-113 in consideration of the U.S. CONSTITUTION ARTICLE 1, § 10. The alleged DEBT is Accepted and Returned for Value in the Amount of : **$17,418.66** without controversy. However, penalties and interest should be denied because no error in the original complaint were ever corrected or addressed. It is the willful submitting of False Claims, **pursuant to 31 USC §§3729-3733.**

## COUNT IV

## WATER AND SEWER FINES

WHEREFORE, The CITY'S CLAIMS are disputed due to CITY'S DEFAULTS and Non Response to Mr. Zwolak, Esq. However, the judgment on behalf of the DEBTOR is Accepted for Value and Returned for Value as indicated above without controversy in the Amount of **$2,500.00** by MONEY ORDER as indicated above mailed Original to IRS and a COPY to the Judge under private and confidential cover, and Attorney Scavuzzo.

## CONCLUSION

WHEREFORE, I believe that I am a victim of DOUBL BILLING ENTRIES by Mr. Zwolak's, Esq. failure to respond to my correspondence during the PANDEMIC the past two years. For

Example, please see a part of the enclosed Exhibits "B". Since there was no response, they show refusal or failure to respond and the passing of the BUCK to other attorneys without informing them of past settlements by private negotiable instruments.  Your failure to rebut these instruments and provide your superior delegation of authority to supersede HJR-192 and P.L. 73-10 (48) Stat 112-113 shall indicate that your do not have such authority, and that you must comply lawfully with Public Policy or be found in default under sanctions of FRCP Rule 18 USC § 241, Deprivation of Rights and 18 USC § 242 ; Conspiracy against Rights; also Rules 11(c )(1),11(b).

Any failure to provide rebuttal and Proof of Claim as demanded above will be understood that you are in full agreement of the above, and in speaking in behalf of the CITY OF PHILADELPHIA, TAX UNIT and Mr. Zwolak, Esq. that your office assumes all liability to any act(s) of fraud or constitutional impermissible application of statute on the matter to cause any form of injury, commercial or otherwise as against the Rights and Property rights of the Undersigned— to be addressed by the exclusive remedy of the Undersigned or by suit, wherein you and the CITY OF PHILADELPHIA  TAX UNIT WILL BE estopped as to any defense.  That you agree that the CITY OF PHILADELPHIA WILL PAY ALL COURT COST AND DAMAGES AS A RESULT OF ITS DEFAULT AND DISHONOR, IF ANY, PER THIS MATTER.[See §642 Public Money, Property or records; 18 USC PART 1, CH 42, §894, [Theft of Credit, and CH 47 § 661 Extortion]

**Judge Daniel J. Anders received Supersedes Bonds valued at $800.000.00 USD on January 18, 2022 for discharge of debts for Case ID: #s March Term: 2020:  2003T0020,T0021, T0022, T0023. The Bonds were sent by Registered U.S. Mail Dated January 13, 2022,#RE 364 080 910 US. They were Mailed to:  CITY OF PHILA. ATTN: Judge Daniel J. Anders, 1401 JFK BLVD, 5TH Floor, MSB, PHILADELPHIA, PA 19102.  There was no response and no credit to the Accounts. What happen? I inform you of this fact before. Did you ever care enough to check or verify? If you had, perhaps this lawsuit would not have been filed. You think?**

That the Undersigned can exercise the remedy provided by Congress via HJR-192,that is to discharge the above property tax debt 'dollar for dollar' via 'acceptance for value and returned for discharge', Bill of Exchange and/or other appropriate commercial paper, etc.  due to the CITY'S DEFAULT. [See FRCP Rule 55-Default and MEMORANDUM OF LAW attached.]

ANSWER TO COMPLAINT (Con'd)                                    Dated: 03/18/22

cc: STEVEN A. WAKEFIELD, ESQ, ET AL

Attorney for Defendant: JAMES COPPEDGE, Plaintiff V. CITY OF PHILADELPHIA,

DEPARTMENT OF REVENUE, Defendant.  Appeal: CA # 22-cv-679 (JMY)


Without recourse,                     $03/21/22$

By: James Coppedge, sui juris, ARR
Without prejudice, UCC 1-207.4/1-308
Secured Party Creditor,
Authorized Representative,
Attorney-In –Fact for
JAMES COPPEDGE, DEBTOR © Ens legis
c/o 52 Barkley Court
Dover, Delaware
Phone No.: (215) 913-1485


NOTARY PUBLIC

ON THIS 21 DAY OF March , 20 22
James Coppedge APPEARED
BEFORE ME William Simply
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT.

WILLIAM J. MCPOYLE JR
MY COMMISSION EXPIRES
NOTARY
PUBLIC
12/31/2022
STATE OF DELAWARE

8

# AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | |
|---|---|---|
| DELAWARE | KENT | **SS.** |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME | 2A. HOME ADDRESS |
|---|---|
| *(First, Middle, Last) (Type or Print)*  JAMES (NMN) COPPEDGE | *(Number, Street, City, State, ZIP Code)*  52 BARKLEY COURT, DOVER, DELAWARE 19904 |

| 3. TYPE AND DURATION OF OCCUPATION |
|---|
| SURETY / LIFETIME |

| | 2B. TELEPHONE NUMBER | 2C. EMAIL ADDRESS |
|---|---|---|
| | | |

| 4A. NAME AND ADDRESS OF EMPLOYER | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED |
|---|---|
| *(Number, Street, City, State, ZIP Code) (If self-employed, so state)*  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA 601 MARKET STREET, FIRST FLOOR PHILADELPHIA, PA 19106 | *(Number, Street, City, State, ZIP Code)*  DEPOSITORY TRUST COMPANY 55 WATER STREET, NEW YORK, NY 10041-0099 |

| | 5B. SURETY BROKER EMAIL ADDRESS |
|---|---|
| | |

| 4B. EMPLOYER EMAIL ADDRESS | 5C. HOME TELEPHONE NUMBER | 5D. BUSINESS TELEPHONE NUMBER |
|---|---|---|
| | | |

| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS | 6C. ROUTING TRANSIT NUMBER (RTN) |
|---|---|---|
| *(Number, Street, City, State, ZIP Code)*  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | 6D. CONTACT PERSON NAME | 6E. CONTACT PERSON TELEPHONE NUMBER |
| | 6F. CONTACT PERSON EMAIL ADDRESS | |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

see OPTIONAL FORM 91   RELEASE OF PERSONAL PROPERTY FROM ESCROW (attached)
see STANDARD FORM 24   BID BOND   (attached)
see STANDARD FORM 25   PERFORMANCE BOND   (attached)
see STANDARD FORM 25A   PAYMENT BOND   (attached)

INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

CASE ID# 220102380: CITY OF PHILADELPHIA v. JAMES COPPEDGE, PHILADELPHIA COURT OF COMMON PLEAS.is assigned to the Clerk of Court for the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA for all tendered payments as assigned and attached to this PAYMENT-IN-FULL. Attached are MONEY ORDERS, IRS FORMS 1040-V, 199-A, Presentments, Form 56 and Memorandum of Law. All BILLS are Accepted and Returned for the Assessed Value for Settlement and Discharge of each Account. The Amount Totals: $227,641.80 without contraversy. The Value of this SUPERSEDEAS BOND is at least twice the value of the AMOUNT DUE under FRCP Rule 62 in the Value of $900,000.00 USD. [See Attachments and Table of Contents. Under Christian Law if there are any unknown liens or judgments,they are named and discharged, pursuant to HJR-192 in consideration of the U.S. Constitution Art.1, Section 10.

CASE No: 220102380-REAL ESTATE TAXES AND WATER/SEWER, SCE FEES =$227,641.80 X 2= $455,283.60 These BILLS are ASSIGNED FOR TENDER OF PAYMENT TO THE Clerk of Court, for UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PA. THIS SUPERSEDEAS BOND IS VALUE AT $900,000.00 USD (NINE HUNDRED THOUSAND DOLLARS AND ZERO CENTS) [FRCP Rule 62, at least twice the value.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

UCC 1# 2009 0491016, D63872125, E81761746, OPTIONAL FORM 91, EIN 210342201;STANDARD FORM 24; STANDARD FORM 25; STANDARD FORM 25A.

---

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

10. SIGNATURE James Coppedge

| 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
| B/C# 156-44-328005, Op. Form 91, E81761746, |
| EIN 210342201, D63872125 ;SF 24; SF 25; SF 25A |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* |
| MONTH | DAY | YEAR | Dover , DE |
| 03 | 21 | 2022 | |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
| Roxana M. Andrews | | 10/04/2023 |

STANDARD FORM 28 (REV. 2/2021)

INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  JAMES COPPEDGE , of  B/C #156-44-328005  NEW YORK , by a bond
            (Name)                         (Place of Residence)
for the performance of U.S. Government Contract Number     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     ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number   CASE ID# 220102380           on deposit

at  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PA
                    (Name of Financial Institution)

located at  601 MARKET STREET, PHILADELPHIA, PA 19106 , and
                (Address of Financial Institution)

Whereas I,  James Coppedge family of Coppedge , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

see STANDARD FORM 28, AFFIDAVID OF INDIVUAL SURETY (attached)


and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PA .
        (Name of Financial Institution)

[Date]  3/21/2022                 [Signature]

                                  Seal

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 91** (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

| BID BOND | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB NO.: 9000-0045 |
|---|---|---|
| *(See instruction on reverse)* | 07/29/1944 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| JAMES (NMI) COPPEDGE<br>PARKERS RUN<br>52 BARKLEY CT<br>DOVER, DELAWARE 19904 | ☒ INDIVIDUAL      ☐ PARTNERSHIP<br>☐ JOINT VENTURE   ☐ CORPORATION<br>STATE OF INCORPORATION<br>B/C# 156-44-328005   NY |

SURETY(IES) *(Name and business address)*
JAMES (NMI) COPPEDGE
DTC
55 WATER STREET, NY, NY 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | CASE No.: 22-cv-679(Judge Young) |
| | | | | | FOR *(Construction, Supplies, or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| | PRINCIPAL | | | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. JAMES COPPEDGE *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. JAMES COPPEDGE | 2. | 3. | | |

| | INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | | *(Seal)* |
| NAME(S) *(Typed)* | 1. James Coppedge, Authorized Agent | 2. | | |

| | | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

Commonwealth of Pennsylvania - Notary Seal
VIVIANA M VENTURA - Notary Public
Philadelphia County
My Commission Expires Jan 23, 2023
Commission Number 1287264

STANDARD FORM 24 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | | | STATE OF INC. | LIABILITY LIMIT ($) | | |
|---|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |

### INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

    (b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

STANDARD FORM 24 (REV. 10-98) BACK

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 07/29/1944 | OMB No.: 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| JAMES (NMM) COPPEDGE PARKERS RUN 52 BARKLEY COURT DOVER, DELAWARE 19904 | ☒ INDIVIDUAL ☐ PARTNERSHIP ☐ JOINT VENTURE ☐ CORPORATION STATE OF INCORPORATION NEW YORK – B/C BOND NO: 156-44-328005 |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND |  |  |  |
|---|---|---|---|---|
|  | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| JAMES (NMN) COPPEDGE DEPOSITORY TRUST COMPANY 55 WATER STREET NEW YORK, NEW YORK 100 | CONTRACT DATE 03/04/2022 | CONTRACT NO. CASE No.: | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal –

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which the bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. JAMES COPPEDGE (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES (NMI) COPPEDGE | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. James (NMN) Coppedge, A.R. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

3/24/2022

ROXANA M. ANDREWS
MY COMMISSION EXPIRES
NOTARY PUBLIC
10/04/2023
STATE OF DELAWARE

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1 | 2 | | |
| | NAME(S) & TITLE(S) (Typed) | 1 | 2 | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1  This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2  Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3  (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)" in the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4  Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5  Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25 (REV. 3/2013) BACK**

| **PAYMENT BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 07/29/1944 | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| JAMES COPPEDGE 52 BARKLEY COURT DOVER, DELAWARE 19904 | [X] INDIVIDUAL   [ ] PARTNERSHIP  [ ] JOINT VENTURE   [ ] CORPORATION  STATE OF INCORPORATION B/C# 156-44-328005 |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| JAMES COPPEDGE DEPOSITORY TRUST COMPANY 55 WATER STREET NEW YORK, NY 10041-0099 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE | | CONTRACT NO. | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. JAMES COPPEDGE (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. JAMES COPPEDGE | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | (Seal) |
| NAME(S) (Typed) | 1. James Coppedge, Authorized Agent | 2. | |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

ROXANA M. ANDREWS
MY COMMISSION EXPIRES
NOTARY PUBLIC
10/04/2023
STATE OF DELAWARE

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

3/21/2022

STANDARD FORM 25A (REV. 10-98) Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV.10-98) BACK

TABLE OF CONTENTS        CASE ID# 220102380

## CITY OF PHILADELPHIA v. JAMES COPPEDGE....

### AMENDED BILL PAYMENTS

NOTARY PRESENTMENT                                            03/18/2022

PAYMENT-IN-FULL NOTICE TO JUDICIAL RECORDS

1.  **REAL ESTATE TAX BILLING ACCOUNTS -**        $67,708.18     **ATTACHMENT "A"**

BILL PRESENTMENT (STAMPED ACCEPTED FOR VALUE....)

       MONEY ORDER .1040-V,1099-A

       **WATER & SEWER RENTS TAX ACCOUNTS -**     $12,313.34     **ATTACHMENT "B"**

BILL PRESENTMENT (STAMPED ACCEPTED FOR VALUE....)

       MONEY ORDER,1040-V,1099-A

2.  **SCE FEES -      MAXIMUM FINES      -**        $2,500.00     **ATTACHMENT "C"**

BILL PRESENTMENT (STAMPED ACCEPTED FOR VALUE....)

       MONEY ORDER,1040-V,1099-A

3.  **WATER & SEWER RENTS -**                     $19,155.07     **ATTACHMENT "D"**

BILL PRESENTMENT (STAMPED ACCEPTED FOR VALUE....)

       MONEY ORDER,1040-V,1099-A                              **TOTAL: $101,718.59**

SOME UNIFORM COMMERCIAL CODE (UCC -3)  CITY 'S UNLAWFUL REJECTION FOR VALUE  RETURN

       **FOR COMMERCIAL DISCHARGE OF DEBTS**

1.  3742 N. 18TH ST. 19140-WATER  AND SEWER:        $8,459.24. DATED: 05/26/21
2.  3742 N. 18TH ST. 19140-WATER :                  $2,812.99: DATED: 05/26/21
3.  3742 N. 18TH ST. 19140-REAL ESTATE TAX: DEPT OF
              REVENUE: DATED: 05/26/21. $9,045.95
4.  3739 N. 18TH ST. 19140-WATER:                   $6,182.63: DATED: 03/11/2020
5.  3739 N. 18TH ST. 19140-WATER AND SEWER:         $5,157.56: DATED: 10/31/2019
6.  2113 W. ERIE AVENUE. 19140- WATER:                   $1,737.32: DATED: 05/26/21
7.  2113 W, ERIE AVENUE. 19140-(1) MUNCIPAL TAX
                                            LIENS: $59,600.00;
       2) DELINQUENT REAL ESTATE TAX:          $11,515.55;
       MORTGAGE LIEN:                          $71,115.55 [PAID-IN-FULL] DATED: 06/09.21.
8.  2113 W. ERIE AVENUE. 19140-MORTGAGE:       $50,000.00
       DATED: 06/09/21 PAID-IN-FULL.
9.  3637 N. 21ST ST. 19140-WATER:                   $2,215.05: DATED: 05/26/21.

              **TOTAL:**   **$227,641.80**

1

SUPERSEDEAS BONDS VALUE AT $800,000.00 WERE MAILED TO JUDGE DANIEL J. ANDERS ON JANUARY 13, 2022, BY REGISTERED MAIL, # 364 080 910 US, BUT THE BONDS WERE NOT RECORD OR CREDITED TO THE ACCOUNTS AS REQUESTED. NO RESPONSE:

ACCEPTANCE FOR VALUE: Hand written

10.  3739 N. 18TH ST.19140-COPY- WATER/SEWER & STORMWATER: $10,177.60 DATED: 10/26/21. MONEY ORDER. PAID-IN-FULL.
11.  3742 N. 18TH ST. 19140-COPY-REAL ESTATE TAX: $2,467.42. DATED07/19/19.  MONEY ORDER.  PAID-IN-FULL.

TOTAL: $12,645.02

2

IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division**
**c/o Treasury UCC Contract Trust**
**Internal Revenue Service**
**1500 Pennsylvania Avenue  N.W.**
**Washington, D.C. 20220**

**From:**
**JAMES COPPEDGE**
**52 BARKLEY COURT**
**DOVER, DELAWARE  19904**

**CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

See Attachment "A"

REAL ESTATE TAX

Attention Agent:

Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746

As owner of the property, the payment is for the following properties: Dated January 21, 2022

3739 N. 18th St. BRT# 131245800, Amount Total Due: $19,428.54
3742 N. 18th St. BRT# 131253200, Amount Total Due: $16,419.35
3637 N. 21st St. BRT# 131294700, Amount Total Due: $16,891.42
2113 W. ERIE AVENUE. BRT#131066400, Amount Total Due: $14,968.87- the bills are Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V, 1099-A). I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation. Total Amount Due: $67,708.18.[ See Attachments]

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the sum certain amount of $**67,708.18** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

1

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE  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

By: _____,
Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**   Bill Accepted for Value (**Original**)
Private Money Order (**Original**)
IRS Form 1040V (**Original**)
IRS Form 1099A (**Copy of Copy "C"**)
IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**

CITY OF PHILADELPHIA                    COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                             CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**       **COPIES**        **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                                          **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION       **COPIES**
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

Form No. IRS-SETOFF-03-18-22 CR 2201-JC

2

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| JAMES COPPEDGE<br>52 BARKLEY CT<br>DOVER, DELAWARE 19904 | | 20**21**<br>Form **1099-A** | |

| LENDER'S TIN<br>21-0342201 | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment<br>03/04/2022 | 2 Balance of principal outstanding<br>$ 67,708.18 | **Copy B**<br>**For Borrower** |
|---|---|---|---|---|

BORROWER'S name
FIRST JUDICIAL DISTRICT OF PA
COURT OF COMMON PLEAS-TRAIL DIVISION

Street address (including apt. no.)
OFFICE OF JUDICIAL RECORDS

City or town, state or province, country, and ZIP or foreign postal code
284 CITY HALL
PHILADELPHIA, PA  19107

Account number (see instructions) CASE ID#220102380
E81761746 [210342201]

3

4 Fair market value of property
$

5 If checked, the borrower was personally liable for repayment of the debt  . . . . . . . . . . . . . ▶ ☐

6 Description of property
REAL ESTATE TAX — PAID-IN-FULL

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**          (keep for your records)          www.irs.gov/Form1099A          Department of the Treasury - Internal Revenue Service

1.

**Form 1040-V**

Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

► Do not staple or attach this voucher to your payment or return.
► Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2021**

| 1 Your social security number (SSN)<br>(if a joint return, SSN shown first on your return)<br>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 | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | $67,708.18 |

Print or type

**4 Your first name and middle initial**
JAMES

**Last name**
COPPEDGE

If a joint return, spouse's first name and middle initial

Last name

**Home address (number and street)**
52 BARKLEY COURT

**Apt. no.**

**City, town, or post office. If you have a foreign address, also complete spaces below.**
DOVER

**State**
DE

**ZIP code**
19904

Foreign country name

Foreign province/state/county

Foreign postal code

ACCEPTED FOR VALUE

EXEMPT FROM LEVY

EXEMPTION No.:__E81761746

DEPOSIT TO THE UNITED STATES TREASURY

AND CHARGE THE SAME TO ACCT No.:
CASE ID: 220102380
See   BRTs   ABOVE

JAMES COPPEDGE

RETURN FOR THE ASSESSED VALUE FOR

SETTLEMENT AND DISCHARGE/SET-OFF

By:

Accepted Authorized Representative

Signature

Without Recourse

Date: 03/18/22

United States Treasury Trust Account: # EIN: 210342201. EXEMPTION#: E81761746

# MONEY ORDER  Tracking No. RR 853 530 130 US   - MO #03212

03/18/2020: DATE

Pay to the Order of:  FIRST JUDICIAL DISTRICT OF PA , COURT OF COMMON PLEAS $67,708.18
 SIXTY-SEVEN THOUSAND,SEVEN HUNDRED EIGHT DOLLARS AND18/ CENTS.
CASE ID# 220102380  See Attachment "A"

Autograph By: _____
Authorized Representative
U.S.C.A. Const. Art. IV. , § 4, 1099-A

To:  **IRS Technical Support Division**
**C/O The Treasury UCC Contract Trust Department of the IRS**
**Department of the Treasury**
**1500 Pennsylvania Avenue, NW**
**Washington, D.C. 20220**

**JAMES COPPEDGE**
**52 BARKLEY**
**DOVER, DE 19904**

And Credit the same to:
U.S. TREASURY

Memo: **FRB of Cleveland:  Routing #**    **041000014**       **Account # 0481761746**       **03212-MO**

Attachment "A"

James Coppede Real Estate Taxes (calculated thorough January 21, 2022)

| BRT | ADDRESS | Tax years | Principal | Interest | Penalty | Costs | Total |
|---|---|---|---|---|---|---|---|
| 131245800 | 3739 N. 18th St. | 2012-2021 | $11,682.00 | $4,811.74 | $735.59 | $2,199.21 | $19,428.54 |
| 131066400 | 2113 W. Erie Ave. | 2012-2021 | $8,428.17 | $3,201.63 | $555.57 | $2,783.50 | $14,968.87 |
| 131294700 | 3637 N. 21St St. | 2011-2021 | $10,221.63 | $4,105.74 | $615.55 | $2,128.39 | $16,891.42 |
| 131253200 | 3742 N. 18th St. | 2014-2021 | $10,680.44 | $3,315.27 | $631.32 | $1,792.32 | $16,419.35 |
| | | Total | $41,012.24 | $15,434.38 | $2,538.03 | $8,903.42 | $67,708.18 |

ACCEPTED FOR VALUE
EXEMPT FROM LEVYb
EXEMPTION No.: E81761746/2103+2201
DEPOSIT TO THE UNITED STATES TREASURY
AND CHARGE THE SAME TO ACCT No.:
ReT: ABovE

JAMES COPPEDGE

RETURN FOR THE ASSESSED VALUE FOR
SETTLEMENT AND DISCHARGE/SET-OFF

By: _____
Accepted Authorized Representative

Signature _____

Without Recourse      Date: 03/18/22

PAID IN FuLL

Case ID: 220...
CA ID: 220103...
CA ID: 220162380

3  IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue  N.W.
Washington, D.C. 20220**

**From:
JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE  19904**

**CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

See Attachment "B"

SCE Fees

Attention Agent:

Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated NOVEMBER 15, 2021

3742 N. 18th St. SCI # 1200009751  BRT# 131253200, Amount Total Due: $9,439.34
3637 N. 21st St. SCI # 1200009806  BRT# 131294700, Amount Total Due: $2,874.00
Amount Total Due: **$12,313.34** - the bills are Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V, 1099-A).  I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc.  I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation. Total Amount Due: **$12,313.34**[ See Attachments]

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the sum certain amount of **$12,313.34** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made.  I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE  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

By: _____
Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**  Bill Accepted for Value (**Original**)
Private Money Order (**Original**)
IRS Form 1040V (**Original**)
IRS Form 1099A (**Copy of Copy "C"**)
IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**

CITY OF PHILADELPHIA                         COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                    CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                                    SEC Fee
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**    **COPIES**    **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                      **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION            COPIES
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

Form No. IRS-SETOFF-03-18-22 CR 2201-JC

2

United States Treasury Trust Account: # EIN: 210342201. EXEMPTION#: E81761746

# MONEY ORDER   Tracking No. RR 853 530 130 US   - MO #03112

: DATE

Pay to the Order of:  FIRST JUDICIAL DISTRICT OF PA . COURT OF COMMON PLEAS  $12,313.34

Twelven Thousand, Three Hundred Thirteen Dollards and                                34/ CENTS.

CASE ID# 220102380  See Attachment "B"

SCE Fees

Autograph By: _____

Authorized Representative

U.S.C.A. Const. Art. IV. , § 4, 1099-A

To:  **IRS Technical Support Division**

**C/O The Treasury UCC Contract Trust Department of the IRS**

**Department of the Treasury**

**1500 Pennsylvania Avenue, NW**

**Washington, D.C. 20220**

JAMES COPPEDGE
52 BARKLEY
DOVER, DE 19904

And Credit the same to:

U.S. TREASURY

Memo: FRB of Cleveland:  Routing #   041000014      Account # 0481761746      03112-MO

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

► Do not staple or attach this voucher to your payment or return.
► Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2021**

| 1 Your social security number (SSN)<br>If a joint return, SSN shown first on your return<br>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 | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | $12,313.34 |
| --- | --- | --- | --- |

**Print or type**

4 Your first name and middle initial
JAMES

Last name
COPPEDGE

If a joint return, spouse's first name and middle initial

Last name

Home address (number and street)
52 BARKLEY COURT

Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.
DOVER,

State
DE

ZIP code
19904

Foreign country name

Foreign province/state/county

Foreign postal code

ACCEPTED FOR VALUE

EXEMPT FROM LEVYb  E w 2 /0342 201

EXEMPTION No.: E 8/76/746

DEPOSIT TO THE UNITED STATES TREASURY

AND CHARGE THE SAME TO ACCT No.:

220102380

JAMES COPPEDGE

RETURN FOR THE ASSESSED VALUE FOR

SETTLEMENT AND DISCHARGE/SET-OFF

By:

Accepted Authorized Representative

Signature          Date: 03/18/22

Without Recourse

James Coppedge SCE Fees
Calculated through Nov. 15, 2021

| Property Address | SCI # | BRT # | PERIOD | PRINCIPAL | INTEREST | PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|
| 3637 N. 21St St. | 1200009806 | 131294700 | 2010-12 | $750.00 | $894.00 | $1,230.00 | $2,874.00 |
| 3742 N. 18th St. | 1200009751 | 131253200 | 2010-21 | $3,650.00 | $2,363.00 | $3,426.34 | $9,439.34 |
| TOTAL | | | | $4,400.00 | $3,257.00 | $4,656.34 | $12,313.34 |

Attachment "B"

Total: $12,313.34

PAID in FULL

ACCEPTED FOR VALUE
EXEMPT FROM LEVYb
EXEMPTION No.: E P 1 7 6 / 7 4 6 / 2 0 3 4 2 2 0 1
DEPOSIT TO THE UNITED STATES TREASURY
AND CHARGE THE SAME TO ACCT No.:
SEE ABOVE SCI# + BRT#
RETURN FOR THE ASSESSED VALUE FOR
JAMES COPPEDGE
SETTLEMENT AND DISCHARGE/SET-OFF

By:
Accepted Authorized Representative
Signature
Without Recourse
Date: 03-18-22

☐ CORRECTED (if checked)

| | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 20**21** | |
| JAMES COPPEDGE 52 BARKLEY COURT DOVER, DELAWARE 19904 (215) 913-1485 | Form **1099-A** | |

**2021**

**Acquisition or Abandonment of Secured Property**

Form **1099-A**

**Copy B**
**For Borrower**

| LENDER'S TIN | BORROWER'S TIN |
|---|---|
| 21-0342201 | |

| 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding |
|---|---|
| 03/04/2022 | $ 12,313.34 |

BORROWER'S name
FIRST JUDICIAL DISTRICT OF PA
COURT OF COMMON PLEAS-TRAIL DIVISION

| 3 | 4 Fair market value of property |
|---|---|
| | $ |

Street address (including apt. no.)
OFFICE OF JUDICIAL RECORDS
284 CITY HALL

5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code
PHILADELPHIA, PA 19107

6 Description of property
CITY OF PHILADELPHIA' SCE FEES
PAID-IN-FULL

Account number (see instructions) CASE ID#220102380
E81761746 [210342201]

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A**      (keep for your records)      www.irs.gov/Form1099A      Department of the Treasury - Internal Revenue Service

2

4  IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue  N.W.
Washington, D.C. 20220**

**From:
JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE  19904**

**CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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                WATER AND SEWER RENTS TAX
Private Offset Account 210342201
                                                      See Attachment "C"

Attention Agent:

Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated January 25, 2022
2113 W. ERIE AVENUE Acct# 057320002113001 BRT#131066400, Amount Total Due: $400.00
3739 N. 18TH St. Acct# 0578813003739001 BRT#13124800, Amount Total Due: $700.00
3742 N. 18th St. Acct# 0578813003742001 BRT# 131253200, Amount Total Due: $700.00
3637 N. 21st St. Acct# 0578819003637001 BRT# 131294700, Amount Total Due: $700.00
Amount Total Due: **$2,500.00** - the bills are Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V, 1099-A).  I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc.  I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation. Total Amount Due: **$2,500.00**[ See Attachments]

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the sum certain amount of **$2,500.00** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE  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

By: _____,
Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**    Bill Accepted for Value (**Original**)
                    Private Money Order (**Original**)
                    IRS Form 1040V (**Original**)
                    IRS Form 1099A (**Copy of Copy "C"**)
                    IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**

CITY OF PHILADELPHIA                       COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                       CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                                       Water and Sewer Rents Tax
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5^(TH) FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**    **COPIES**    **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                      **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

 FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION             **COPIES**
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

Form No. IRS-SETOFF-03-18-22 CR 2201-JC

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|
| JAMES COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DELAWARE 19904<br>(215) 913-1485 | | 20**21**<br>Form **1099-A** | |

| LENDER'S TIN<br>21-0342201 | BORROWER'S TIN | **1** Date of lender's acquisition or knowledge of abandonment<br>03/04/2022 | **2** Balance of principal outstanding<br>$ 2,500.00 | **Copy B**<br>**For Borrower** |
|---|---|---|---|---|

| BORROWER'S name<br>FIRST JUDICIAL DISTRICT OF PA<br>COURT OF COMMON PLEAS-TRAIL DIVISION | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|
| Street address (including apt. no.)<br>OFFICE OF JUDICIAL RECORDS<br>284 CITY HALL | **5** If checked, the borrower was personally liable for repayment of the debt  . . . . . . . . . ▶ ☐ | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>PHILADELPHIA, PA 19107 | **6** Description of property<br>CITY OF PHILADELPHIA' ADDITIONAL SCE FEES-MAXIMUM FINES | | |
| Account number (see instructions) CASE ID#220102380<br>E81761746 [210342201] | | | |

Form **1099-A**        (keep for your records)        www.irs.gov/Form1099A        Department of the Treasury - Internal Revenue Service

*3*

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

## Payment Voucher

▶ Do not staple or attach this voucher to your payment or return.
▶ Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

20**21**

| 1 Your social security number (SSN)<br>(if a joint return, SSN shown first on your return)<br>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 | 2 If a joint return, SSN shown second<br>on your return | 3 **Amount you are paying by check or<br>money order. Make your check or<br>money order payable to "United<br>States Treasury"** | $2,500.00 |
|---|---|---|---|

**Print or type**

4 Your first name and middle initial
JAMES

Last name
COPPEDGE

If a joint return, spouse's first name and middle initial

Last name

Home address (number and street)
52 BARKLEY COURT

Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.
DOVER

State
DE

ZIP code
19904

Foreign country name

Foreign province/state/county

Foreign postal code

ACCEPTED FOR VALUE

EXEMPT FROM LEVY’b
      21034220l &
EXEMPTION No.: E8176l746

DEPOSIT TO THE UNITED STATES TREASURY

AND CHARGE THE SAME TO ACCT No.:
SEE ATTACHED:
ACCT#s & OPA #s ABOVE /
    CASE ID: 220102380
JAMES COPPEDGE

RETURN FOR THE ASSESSED VALUE FOR
SETTLEMENT AND DISCHARGE/SET-OFF

By:

Accepted Authorized Representative

Signature          Date: 03/18/22

Without Recourse

United States Treasury Trust Account: # EIN: 210342201. EXEMPTION#: E81761746

# MONEY ORDER   Tracking No. RR 853 530 130 US   - MO #04312

03/18/2020: DATE

Pay to the Order of:  FIRST JUDICIAL DISTRICT OF PA , COURT OF COMMON PLEAS  $2,500.00
Twenty-Five Hundred Dollars and Zero _____ CENTS.

CASE ID# 220102380  See Attachment "C" Water and Sewer Rents

Autograph By: _____

Authorized Representative

U.S.C.A. Const. Art. IV. , § 4, 1099-A

To:  IRS Technical Support Division
C/O The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

JAMES COPPEDGE
52 BARKLEY
DOVER, DE 19904

And Credit the same to:

U.S. TREASURY

Memo: **FRB of Cleveland: Routing #**   **041000014**      **Account # 0481761746**      **04332-MO**

**Attachment "C"**

James Coppedge Water and Sewer Rents (calculated as of January 25, 2022)

| Property Address | Account No | OPA No | Principal Charges | Penalty | Lien Fee | Total Balance | Amount Under Judgment | Amount Net Under Judgment | No of bills >90 days delinquent | Maximum Fine | Mailing Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~6124 ANDREWS AVE~~ | ~~0031240021240001~~ | ~~10114600~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~0~~ | ~~$0.00~~ | ~~6124 ANDREWS AVE, PHILADELPHIA PA 19138~~ |
| 2113 W ERIE AVE | 0573200002113001 | 131066400 | $1,716.63 | $89.69 | $91.45 | $1,897.77 | $0.00 | $1,897.77 | 4 | $400.00 | 3742 N 18TH ST, PHILADELPHIA PA 19140-3553 |
| 3739 N 18TH ST | 0578830037390001 | 131245800 | $8,608.36 | $1,000.52 | $568.70 | $10,177.60 | $1,736.41 | $8,441.19 | 7 | $700.00 | 3739 N 18TH ST, PHILADELPHIA PA 19140 |
| 3742 N 18TH ST | 0578310037420001 | 131253200 | $3,559.54 | $130.21 | $182.90 | $3,872.65 | $0.00 | $3,872.65 | 7 | $700.00 | 3742 N 18TH ST, PHILADELPHIA PA 19140 |
| 3657 N 21ST ST | 0578190003637001 | 131294700 | $2,990.57 | $125.03 | $91.45 | $3,207.05 | $0.00 | $3,207.05 | 7 | $700.00 | 3742 N 18TH ST FL 1, PHILADELPHIA PA 19140 |
| | | | $16,875.12 | $1,345.45 | $954.50 | $19,155.07 | $1,736.41 | $17,418.66 | 25 | $2,500.00 | |

ACCEPTED FOR VALUE
EXEMPT FROM LEVY
EXEMPTION No. EP176 1746 21034220l
DEPOSIT TO THE UNITED STATES TREASURY
AND CHARGE THE SAME TO ACCT No.:
SEE Acct # OPA No ABOVE
JAMES COPPEDGE
RETURN FOR THE ASSESSED VALUE FOR
SETTLEMENT AND DISCHARGE VALUE FOR
By:
Accepted Authorized Representative
Signature
Without Recourse    Date: 03/18/22

PAID-IN-FULL

TOTAL: $2,500.00

I certify that the statements made in Count I are true and correct to the best of my knowledge, information, and belief. I understand that false statements made herein are subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

1 - 24 - 2022
_____
Dated

Anthony P. Barreca
Legal Assistant Supervisor

IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division**
**c/o Treasury UCC Contract Trust**
**Internal Revenue Service**
**1500 Pennsylvania Avenue N.W.**
**Washington, D.C. 20220**

**From:**
**JAMES COPPEDGE**
**52 BARKLEY COURT**
**DOVER, DELAWARE 19904**

**CASE ID#: 220102380**

**In Re:**                                                     See Attachment "D"
Payment and Setoff
UCC Contract Trust Account 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                WATER AND SEWER RENTS TAX
Private Offset Account 210342201

Attention Agent:

    Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY
OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY
for the STATE OF PENNSYLVANIA. Please send this payment to same said vendor at the following
business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated January 25, 2022
2113 W. ERIE AVENUE Acct# 057320002113001 BRT#131066400, Amount Total Due: $1,897.77
3739 N. 18TH St. Acct# 0578813003739001 BRT#13124800, Amount Total Due: $10.177.60
3742 N. 18th St. Acct# 0578813003742001 BRT# 131253200, Amount Total Due: $3.872.60
3637 N. 21st St. Acct# 0578819003637001 BRT# 131294700, Amount Total Due: $3,207.05
Amount Total Due: **$19,155.07** - the bills are Accepted for Value and Returned for Settlement (See
enclosed Money Order and IRS Form 1040V, 1099-A). I am the Creditor/Owner of the Treasury Offset
Account accessed by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full
disclosure and that my contact information and the vendors account be forwarded, along with this
payment, for proper reconciliation. Total Amount Due: **$19,155.07**[ See Attachment "D"]

    Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the
sum certain amount of **$19,155.07** as an estimate with the true bill amount to be determined by the
Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service
notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation
that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE   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

By:_____,
Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**   Bill Accepted for Value (**Original**)
Private Money Order (**Original**)
IRS Form 1040V (**Original**)
IRS Form 1099A (**Copy of Copy "C"**)
IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**

CITY OF PHILADELPHIA                    COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                              CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                              Water and Sewer Rents Tax
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**   **COPIES**       **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                                 **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION      COPIES
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

Form No. IRS-SETOFF-03-18-22 CR 2201-JC

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

# Payment Voucher

▶ **Do not staple or attach this voucher to your payment or return.**

▶ Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2021**

| 1 Your social security number (SSN) (If a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | |
|---|---|---|---|
| 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 | | | $19,155.07 |

Print or type

| 4 Your first name and middle initial | | Last name | |
|---|---|---|---|
| JAMES | | COPPEDGE | |
| If a joint return, spouse's first name and middle initial | | Last name | |

| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|---|---|
| 52 BARKLEY     COURT | | DOVER | DE | 19904 |
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

ACCEPTED FOR VALUE

EXEMPT FROM LEVY

210342201

E8176174G

TRANSACTION#

APPLY TO THE UNITED STATES TREASURY

AND CHARGE THE SAME TO ACCT NO:

Water and Sewer
Rents Accounts (See Att. "D"
Case ID# 220102380
JAMES COPPEDGE

RETURN FOR SETTLEMENT & DISCHARGE/

SET-OFF

Accepted Authorized Agent

Without Recourse                    Date: 03/18/22

United States Treasury Trust Account: # EIN: 210342201. EXEMPTION#: E81761746

# MONEY ORDER   Tracking No. RR 853 530 130 US   - MO #03312

03/18/2020: DATE

Pay to the Order of: FIRST JUDICIAL DISTRICT OF PA , COURT OF COMMON PLEAS $19,155.07

Nineteen Thousand, One Hundred Fifty-Five Dollars and  Seven                                    CENTS.

CASE ID# 220102380  See Attachment "D" Water and Sewer Tax

Autograph By:

Authorized Representative

U.S.C.A. Const. Art. IV. , § 4, 1099-A

To:  **IRS Technical Support Division**
**C/O The Treasury UCC Contract Trust Department of the IRS**
**Department of the Treasury**
**1500 Pennsylvania Avenue, NW**
**Washington, D.C. 20220**

**JAMES COPPEDGE**
**52 BARKLEY**
**DOVER, DE 19904**

And Credit the same to:

U.S. TREASURY

Memo: **FRB of Cleveland:  Routing #**    **041000014**        **Account # 0481761746**        **03332-MO**

ATTACHMENT "D"

James Coppedge Water and Sewer Rents (calculated as of January 25, 2022)

| Property Address | Account No | OPA No | Principal Charges | Penalty | Lien Fee | Total Balance | Amount Under Judgment | Amount Not Under Judgment | No of bills delinquent >90 days | Maximum Fine | Mailing Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7174 ANDREWS AVE | 00612564697474001 | 101414600 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 7174 ANDREWS AVE, PHILADELPHIA PA 19138 |
| 2113 W ERIE AVE | 0573200002113001 | 131066400 | $1,716.63 | $89.69 | $91.45 | $1,897.77 | $0.00 | $1,897.77 | 4 | $0.00 | 3742 N 18TH ST, PHILADELPHIA PA 19140-5533 |
| 3739 N 18TH ST | 0578330003739001 | 131245800 | $8,608.38 | $1,000.52 | $568.70 | $10,177.60 | $0.00 | $8,441.19 | 7 | $400.00 | 3739 N 18TH ST, PHILADELPHIA PA 19140 |
| 3742 N 18TH ST | 0578830034742001 | 131252000 | $3,559.54 | $130.21 | $182.90 | $3,872.65 | $0.00 | $3,872.65 | 7 | $700.00 | 3742 N 18TH ST, PHILADELPHIA PA 19140 |
| 3657 N 21ST ST | 0578819003657001 | 131294700 | $2,990.57 | $125.03 | $91.45 | $3,207.05 | $0.00 | $3,207.05 | 7 | $700.00 | 3742 N 18TH ST FL 1, PHILADELPHIA PA 19140 |
| | | | $16,873.12 | $1,345.45 | $934.50 | $19,155.07 | $1,736.41 | $17,418.66 | 25 | $2,500.00 | |

TOTAL BALANCE: $19,155.07

ACCEPTED FOR VALUE

EXEMPT FROM LEVYb

EXEMPTION No.: E817 617 46/ 210342201

DEPOSIT TO THE UNITED STATES TREASURY

AND CHARGE THE SAME TO ACCT No.: SEE ACCTS ABOVE

JAMES COPPEDGE

RETURN FOR THE ASSESSED VALUE FOR

SETTLEMENT AND DISCHARGE/SET-OFF

By:

Accepted Authorized Representative

Signature

Without Recourse       Date: 03/18/22

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>JAMES COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DELAWARE 19904<br>(215) 913-1485 | OMB No. 1545-0877<br><br>2021<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|

| LENDER'S TIN<br>21-0342201 | BORROWER'S TIN | **1** Date of lender's acquisition or knowledge of abandonment<br>03/04/2022 | **2** Balance of principal outstanding<br>$ 19,155.07 | **Copy B**<br>**For Borrower** |
|---|---|---|---|---|

| BORROWER'S name<br>FIRST JUDICIAL DISTRICT OF PA<br>COURT OF COMMON PLEAS-TRAIL DIVISION | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|

Street address (including apt. no.)
OFFICE OF JUDICIAL RECORDS
284 CITY HALL

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code
PHILADELPHIA, PA 19107

**6** Description of property
WATER & SEWER RENTS -TAX FOR
CITY OF PHILADELPHIA

Account number (see instructions) CASE ID#220102380
E81761746 [210342201]

Form **1099-A**          (keep for your records)          www.irs.gov/Form1099A          Department of the Treasury - Internal Revenue Service

OTHER PAYMENTS NOT CREDITED TO
THE ACCOUNTS



# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
JAMES COPPEDGE

**B. E-MAIL CONTACT AT FILER (optional)**
leojames52@gmail.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
WATER REVENUE BUREAU  (TAX)
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 09:53 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083342
Service Request No:  20212102103

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2009 0491016

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral

Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $8,459.24 (Eight Thousand, Four Hundred Fifty-Nine Dollars and Twenty-Four Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88130-03739-01 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3739 N. 18th Street, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $8,459.24, Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC.1-103,6, 1-308

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Coppedge | James | | |

10. OPTIONAL FILER REFERENCE DATA:

2

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE/LAW DEPT**
**WATER REVENUE BUREAU (TAX)**
**1401 JFK BLVD, 5TH FL**
**PHILADELPHIA, PA 19102**

Delaware Department of State
U.C.C. Filing Section
Filed: 09:59 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083474
Service Request No:  20211202479

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:                     AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                            SUFFIX

7c. MAILING ADDRESS **P.O. BOX 1686** | CITY **BIRMINGHAM** | STATE **AL** | POSTAL CODE **35201-1686** | COUNTRY **USA**

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,812.99 (Two Thousand, Eight Hundred Twelve Dollars and Ninety-Nine Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88130-03742-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3742 N. 18th Street, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB$2,812.99 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC: 1-103,6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME **Coppedge** | FIRST PERSONAL NAME **James** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)       International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
James Coppedge & (215) 913-1485

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

Delaware Department of State
U.C.C. Filing Section
Filed: 02:56 PM 10/31/2019
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2019 7648442
Service Request No: 20197848909

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
2009 0491016

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☑ REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7c and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This presentment is an constructive public notice of a partial assignment of Financing Statement #2009 0491016 AMENDMENT (con'd) for JAMES COPPEDGE of the sum certain amount of Five Thousand, One Hundred Fifty-Seven Dollars and Fifty-Six Cents ; $5,157.56 to be Deposited at the DEPARTMENT OF THE TREASURY as an asset.

1. PAY TO THE DEPARTMENT OF THE TREASURY the sum certain of : $5,157.56,
2. And Charge the Same to the DEPARTMENT OF REVENUE, WATER REVENUE BUREAU, PHILADELPHIA, PA 19102 FOR /SEWER & STORM WATER BILL FOR PROPERTY OF COPPEDGE, JAMES OF 3739 N. 18TH STREET, PHILADELPHIA, PA 19140; ACCOUNT# 057-88130-03739-001 as indicated by partial release.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge   (302) 674-2535

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CITY OF PHILADELPHIA / DEPT OF REVENUE
LAW REVENUE BUREAU, MSB, ATTN: CFO ONLY
1401 JFK BLVD, ROOM 580
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 03:33 PM 02/05/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0981069
Service Request No:   20210354753

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME

OR

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY / FINANCIAL MANAGEMENT SERVICES

OR

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual and constructive notice of a partial assignment of Financing Statement # 2009 0491016 for debt discharge for JAMES COPPEDGE to Pay the Sum Certain of Total due 1:  $51,600.00 (Fifty-One Thousand, Six Hundred Dollars and Zero Cents ) to the CITY OF PHILADELPHIA REAL ESTATE TAXES for the Year(s) 2019 thru 2011 without controversy. This payment also includes WATER REVENUE RENTS: Total due 2: $4,212.11 (Four Thousand, Two Hundred Twelve Dollars and Eleven Cents) under CASE ID: 200310023. Address of Property:  3637 N. 21st STREET, PHILADELPHIA, PA 19140.
TOTAL DUE OF SUM CERTAIN PAID: $55,812.11 ( Fifty-Five Thousand, Eight Hundred Twelve Dollars and Eleven Cents),
And Charge the Same to the UNITED STATES TREASURY.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Coppedge | James | | |

10. OPTIONAL FILER REFERENCE DATA
Authorized Representative/

4

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge (302) 674-2535

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CITY OF PHILADELPHIA/DEPT OF REVENUE /
LAW REVENUE BUREAU, MSB, ATTN: CFO ONLY
1401 JFK BLVD, ROOM 580
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 03:23 PM 02/05/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0980376
Service Request No:   20210354483

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [X] assigned.

This presentment is an actual and constructive notice of a partial assignment of Financing Statement#2009 0491016 for JAMES COPPEDGE, a tender of payment for the sum certain of the assessed value of Total Due 1: $53,700.00 for the CITY OF PHILADELPHIA- REAL ESTATE TAXES: Year(s) 2009 thru 2014 without controversy, in addition to WATER AND SEWER RENTS: Acct.# 88130-03743, Total Due 2: $614.37. Pay to the Order of CITY OF PHILADELPHIA Total assessed value due of: $54,314.37 and Charge the same to the UNITED STATES TREASURY. [See Bill Attachment for Address: 3742 N. 18th STREET, PHILADELPHIA, PA 19140, CASE ID: 2003T0022].

7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY/FINANCIAL MANAGEMENT SERVICES

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

7d. SEE INSTRUCTIONS: Not Applicable

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

9b. INDIVIDUAL'S LAST NAME
Coppedge

FIRST NAME
James

Authorized Representative:

5

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
**James Coppedge & (215) 913-1485**

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, AL 35201-1686**

Delaware Department of State
U.C.C. Filing Section
Filed: 02:56 PM 10/31/2019
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2019 7648442
Service Request No:   20197845909

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME **DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES** | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS **P.O. BOX 1686** | CITY **BIRMINGHAM** | STATE **AL** | POSTAL CODE **35201-1686** | COUNTRY **USA** |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS Not Applicable | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This presentment is an constructive public notice of a partial assignment of Financing Statement #2009 0491016 AMENDMENT (con'd) for JAMES COPPEDGE of the sum certain amount of Five Thousand, One Hundred Fifty-Seven Dollars and Fifty-Six Cents : $5,157.56 to be Deposited at the DEPARTMENT OF THE TREASURY as an asset.

I. PAY TO THE DEPARTMENT OF THE TREASURY the sum certain of : $5,157.56.
2. And Charge the Same to the DEPARTMENT OF REVENUE, WATER REVENUE BUREAU, PHILADELPHIA, PA 19102 FOR /SEWER & STORM WATER BILL FOR PROPERTY OF COPPEDGE, JAMES OF 3739 N. 18TH STREET, PHILADELPHIA, PA 19140:  ACCOUNT# 057-88130-03739-001 as indicated by partial release.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME **Coppedge** | FIRST NAME **James** | MIDDLE NAME **(NMI)** | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS.

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐ **CITY OF PHILADELPHIA** ⌐
**DEPARTMENT OF REVENUE/LAW DEPT**
**WATER REVENUE BUREAU  (TAX)**
**1401 JFK BLVD, 5TH FL**
⌐ **PHILADELPHIA, PA 19102** ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 10:17 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4084050
Service Request No:   20212103792

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
    Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
   For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                            AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c.   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES** | | | |
| OR  7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral

Indicate collateral:

**This is an actual constructive notice of a partial release  of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $1,737.32 (One Thousand Seven Hundred Thirty-Seven Dollars and Thirty-Two Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-32000-02113-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140. Pay  CITY OF PHILA. WRB: $1,737.32 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
   If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Coppedge** | **James** | | |

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CITY OF PHILADELPHIA/DEPT OF REVENUE
ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
CITY SOLICITOR, For the City of Philadelphia
1401 JFK BLVD, 5th FL TAX UNIT
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No: 20212398665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. [X]

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [X] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 8.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
[ ] DELETE name: Give record name to be deleted in item 6a or 6b.
[ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | [ ] NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [X] assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNCIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX: $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

**B. E-MAIL CONTACT AT FILER** (optional)
leojames52@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE [19904]

Delaware Department of State
U.C.C. Filing Section
Filed: 02:01 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4485208
Service Request No: 20212398905

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2009 0491016

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

**AND** Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b, and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES |

OR

| 7b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral

Indicate collateral:
This is an actual constructive public notice of a partial release assignment of Financing Statement# 2009 0491016 for JAMES COPPEDGE, ADDRESS: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140 to pay the sum certain of $50,000.00 (Fifty-Thousand Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. And charge the same to Nationstar Mortgage LLC, Mortgage Doc# 52684801, Assignee's Addr: 350 Highland Drive, Lewisville, TX 75067. This DEBT is Accepted and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART.1 SEC 10 for release of LIEN.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Coppedge | James | | |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

9.

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

┌
 **CITY OF PHILADELPHIA**
 **DEPARTMENT OF REVENUE/LAW DEPT**
 **WATER REVENUE BUREAU (TAX)**
 **1401 JFK BLVD, 5TH FL**
 **PHILADELPHIA, PA 19102**
 ┘

Delaware Department of State
U.C.C. Filing Section
Filed: 10:14 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083938
Service Request No:   20212103556

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record)
(or recorded) in the REAL ESTATE RECORDS
Fear:  attach Amendment Addendum (form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes    AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA** |

8. ☑ COLLATERAL CHANGE:  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☑ ASSIGN collateral

Indicate collateral

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value; Payable to the United States Treasury in the sum certain of : $2,215.05 (Two Thousand, Two Hundred Fifteen Dollars and Five Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88190-03637-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3637 N. 21 STREET, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $2,215.05 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐  and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **Coppedge** | **James** | | |

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**

**Philadelphia** 10. ✓

## Water/Sewer & Stormwater Bill
### Please pay $10,177.60

COPY

**Questions?**
**www.phila.gov/revenue**
**(215) 685-6300** Monday-Friday, 8am-5pm

Customer Name: COPPEDGE JAMES
Service Address: 3739 N 18th St, Philadelphia PA 19140
Bill Date: October 26, 2021  (Bill Period: Sep 23, 2021 / Oct 22, 2021)

Account Number: 057-88130-03739-001
Water Access Code: 000530632
Bill Number: B0889480014
Includes Payments Through: October 26, 2021

## Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $9,372.44 |
| No payment received | $0.00 |
| Unpaid Balance | $9,372.44 |
| This Bill | |
| Usage Charge (77 ccf, see below for details) | $598.06 |
| Service Charge | $12.10 |
| Stormwater Charge | $16.80 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $627.07 |
| Late payment penalty | $86.59 |
| Lien Fee | $91.45 |
| Total Account Balance | $10,177.60 |
| **Please Pay Now** | **$10,177.60** |

**Active Bankruptcy**
This bill does not reflect the full amount balance due to an active bankruptcy case. This notice is not, nor is it intended to be, an effort to collect any debt subject to the bankruptcy proceedings.

**Possible payment delays**
We're upgrading to a new payment system. As a result, your payment may post later than normal. This delay is temporary. We will credit your account with the correct balance so you don't need to take action.

**Payment Types**
Pay by phone (877) 309-3709; Credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details →

*[handwritten annotations across the account section:]* Accepted for Value ... Exempt from Levy ... Accepted for Value and Returned for Value ... Copy ... Neither, if there are any individuals/Judgments. There are to be named and discharges as follows: ... Exemption ID# ... Deposit ID# ... And Charge ... Without Prejudice ... US RR 853 630 130 us

## Your Water Usage
### Meter Readings
Meter: 0347664   ERT: 0020134381   Service: 41R

| | | |
|---|---|---|
| October 22, 2021 | actual reading | 2618 |
| September 23, 2021 | actual reading | 2541 |
| Total CCFs used | | 77 |
| Approximate gallons used per day | | 1986 |

**Usage History (ccf)**   ■ Actual Reading  ▨ Estimate

| Oct 2020 | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 13 | 14 | 18 | 13 | 13 | 9 | 9 | 8 | 9 | 8 | 16 | 41 / 77 |

---

*THIS IS A MONEY ORDER*

**Paying by mail?**
Send this coupon with your payment.
See back for other ways to pay →

**Account Number**
057-88130-03739-001

| | |
|---|---|
| **Please pay** | **$10,177.60** |
| Late payment penalty | $79.10 |
| Total amount due if paid after Nov 26, 2021 | $10,256.70 |

*[handwritten:]* U.S. TREASURY ACCOUNT
RR 853 630 130 us

COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140

**057**  CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

33372112621000088130037390011000102567000010177600570000100000000004

*[handwritten at bottom:]* ACCEPTANCE OF WEARHOUSE RECEIPT IS PAID IN FULL

PO BOX 148
PHILA PA 19105-0148

**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

JUNE 24, 2019

JAMES COPPEDGE
3742 N 18TH ST
PHILADELPHIA PA 19140-3533

SSN: XXX-XX-2201
NOTICE / 5648001190624
Phone: (215) 686-6442

Property: 3742 N 18TH ST



*COPY*

*PRIVATE*

*EXEMPT FROM*

## REAL ESTATE TAX BILL
### Includes payments posted through JUNE 20, 2019

This is your Real Estate Tax bill for this account. You must pay your bill immediately.

Interest, penalty, and/or additional costs have been added to your bill since the original due date. If you do not pay your bill by the payment due date below, the amount you owe will continue to increase. Only payment in full or a payment agreement will prevent enforcement action against you and your property.

This bill may not represent your total Real Estate taxes due.
The fastest and easiest way to look up your updated account
balance and to pay is to go online at www.phila.gov/revenue.
Paying by eCheck is FREE.

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 131253200 | 2018 | 1,334.49 | 70.06 | 80.07 | 186.01 | 1,670.63 |
| 131253200 | 2019 | 751.69 | 45.10 | 0.00 | 0.00 | 796.79 |
| Total | | 2,086.18 | 115.16 | 80.07 | 186.01 | 2,467.42 |

- - - - - - - - - - - - - - **DETACH HERE** - - - - - - - - - - - - - - -
**RETURN THIS PORTION WITH PAYMENT**

*PAY TO THE ORDER OF*
*UNITED STATES TREASURY*
*AND CHARGE THE SAME*
*TO CITY OF PHILADELPHIA*

*MONEY ORDER*

| PAYMENT DUE: | $2,467.42 |
| ON/OR BEFORE: | JULY 19, 2019 |
| AMOUNT ENCLOSED: | 2,467.42 |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 5648001190624
JAMES COPPEDGE
SSN: XXX-XX-2201

*BY JAMES COPPEDGE*
*AUTHORIZED REPRESENTATIVE*
*EIN 21 0342201*

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

*DATE: 07/19/19*

33361123199000056480011906240000000000000000000000000000000000360765808

**JAMES COPPEDGE**          **CONDITIONAL ACCEPTANCE MONEY ORDER**     **#1021-MO**
**3742 N. 18TH STREET**        **U.S. TREASURY TRACKING# RR 853 530 130 US   DATE: 05/25/2011**
**PHILADELPHIA, PA 19140      BOND# D63872125   B/C# 156-44-328005**
Pay to the Order of: <u>U.S. TREASURY</u>                                        **For: $15,727.80**
<u>FIFTEEN THOUSAND, SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND EIGHTY   ¢ENTS ---DOLLARS</u>

By: _____  **EIN: 210342201**
**UCC 1-103.6. 1-301, 308, 3-415**

Credit the same to: **JAMES COPPEDGE**              **Acceptance Agent Duly Authorized and WR, RR**
               **3742  N. 18 ST**                 **JAMES COPPEDGE, SSN: 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**
          **PHILADELPHIA, PA  19904**          **Processor: IRS Technical Support**
     *FULL SETTLEMENT OF* <u>REAL ESTATE TAX</u>              *c/o Treasury UCC Contract Trust*
     Division

     *Trust*
*MEMO: ACCEPTANCE OF WAREHOUSE RECEIPT IS DISCHARGED-IN-FULL*          *INTERNAL REVENUE SERVICE*
*FOR  BRT No.: 131253200*                                 *1500 Pennsylvania Avenue, N.W.*
*TENDER OF PAYMENT FOR DEBT SET-OFF. Accepted and returned for value.*      *Washington, D.C. 20220*
               *O410-0001-4*          *0063872125*

2

## CONDITIONAL ACCEPTANCE MONEY ORDER RECEIPT

BY:  Registration #:  _____

Date Issued:  05/25/21

Amount:      $15,727.80

Payee:       IRS/ CITY OF PHILA/DEPT OF REVENUE
             LAW DEPT/ATTN:  CHIEF ATTORNEY-AT-LAW
             ATTN: JAMES J. ZWOLAK, ESQ.
             CFO ONLY PRIVATE AND CONFIDENTIAL
             1401 JFK BLVD, MSB  5TH FL/
             PHILA, PA 19102

Account:     REAL ESTATE ASSESSMENT TAX BILL:
NOTICE #:    131253200/ SSN: XXX-XX-2201

Address:     3742 N. 18TH STREET 19140
FOR:         JAMES COPPEDGE


Memo:        U.S. TREASURY TRACKING# RR 853 530 130 US
FOR:         JAMES COPPEDGE, DEBTOR © Ens legis
             CREDIT THE SAME TO: COPPEDGE, JAMES, SSN XXX-XX-2201
             3742 N. 18TH STREET
             PHILADELPHIA, PA 19140

1

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
PRESENTMENT: NOTICE OF TENDER OF PAYMENT FOR DEBT SET-OFF

AFFIDVIT OF SERVICE
**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F.2[nd], 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.
L.W. 2169; S. Ct. March 22, 1982

That I, James Coppedge, a living breathing **man**, in sound body and mind and over the age of 18, say and declare by my signature that the following facts are true, correct and certain to the best of my knowledge and belief. THAT, Affiant is not an attorney or a investment broker or dealer in real estate, bonds, securities as occupation, trade or profession.

PRINCIPAL:
James Coppedge. sui juris
FOR JAMES COPPEDGE, DEBTOR © Ens legis   Date OF Bill: NOVEMBER 05, 2020
C/O P.O. BOX 4482
PHILADELPHIA, PA 19140

The attached COUPON/Checks of Water and Taxes, for JAMES COPPEDGE, payable to the City of Philadelphia/Department of Revenge are accept and returned for value for settlement and discharge of the accounts.

RESPONDENT                                    Paid in full/ (DISCHARGED)
CFO ONLY: Private and Confidential
Attn: James J. Zwolak, Esq. Chief.
TO: CITY OF PHILADELPHIA/LAW DEPT
DEPARTMENT OF REVENUE
1401 JFK BLVD  MSB  5TH FL
PHILA., PA 19102

# RE: Under UCC Code 3-603 b: tender of payment and settlement. Authority: HJR-192 of June 5,1933. Re: P.L.73-10 (48) Stat 112-113. In consideration of the United States Constitution Article 1, § 10
### Resolved Question:

Under UCC Code 3-603 b it states "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender of the obligation of the endorser or accommodation party having the right of recourse with respect to the obligation which tender relates." Since a

1

COUPONS are a legal instrument to discharge/set off debt, and "if it is refused, then there is discharge, as long as it is in the public no matter who holds the debt to be discharged." [UCC 3-603, and 3-604]

Whereas, on November 5, 2020 the TENDER is deemed accepted for the setoff of the ACCOUNT, pursuant to and evidenced by the records enclosed herewith; a CONDITIONAL ACCEPTANCE of the COUPON /Checks under the name of: JAMES COPPEDGE, DEBTOR © Ens legis with routing and account number for debt settlement.

THEREFORE, James Coppedge hereinafter "PRINCIPAL", on behalf of JAMES COPPEDGE request that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER by rule of law.

Enclosed herewith is a request Regarding a Statement of Account, pursuant HJR-192 of June 5, 1933, P.L. 73-10 (48) Stat 112-113, as a record authenticated by the debtor requesting that the recipient approve or correct the statement. Recipient has three (3) days to comply with this request and provide an authenticated record and sent notice of discharge.
Any and all responses shall be directed to the PRINCIPAL by U.S.P.S. Certified or Registered mail above. If you dispute this claim in part or in whole you must rebut it by Affidavit under Oath. Failure to rebut the Verification waives any and all right of protest in the future for the CITY OF PHILADELPHIA and its Representative(s) in any court of law, with prejudice.

Please see attachments.

Without Recourse

James Coppedge, UCC 1-308,
1-301, 3-419, 3-415
c/o P.O. Box 4482
Philadelphia, PA 19140

Cc: CERTIFICATION OF SERVICE

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
Attn: James J. Zwolak, Esq.
Tax and Revenue/Water
MSB, JFK BLVD, 5TH FL Room 580
PHILADELPHIA, PA 19102

## 2  ATTACHMENTS

UNLAWFUL REJECTED PAYMENTS IN
VIOLATION OF HJR-192, P.L. 73-10 (48)
STAT 112-113, IN CONSIDERATION OF
US CONSTITUTION ART. 1 SECTION 10

COPY OF SUPERSEDEAS BONDS FILE PRIVATELY
BY REGISTERED MAIL WITH JUDGE ANDERS.
NOT RETURNED AND NOT CREDITED TO THE ACCOUNTS

## AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB No.: **9000-0001**

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF  **DELAWARE**

COUNTY OF  **KENT**        SS.

I, the undersigned, being duly sworn, depose and say that I am:  (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent.  I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933.  I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494.  This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| JAMES (NMI) COPPEDGE | B/C # 156-44-328005 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
|---|---|
| SURETY / LIFETIME | CITY OF PHILADELPHIA/DEPARTMENT OF REVENUE |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(If any)* *(Number, Street, City, State, ZIP Code)* | 6. TELEPHONE NUMBER |
|---|---|
| DEPOSITORY TRUST COMPANY 55 WATER STREET, NEW YORK, NY 10041 | HOME - (302) 674-2535  BUSINESS - (215) 913-1485 |

**7.** THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property.  For market value approach, also provide a current appraisal.)*

This ia an actual constructive notice of a partial release to the DEPARTMENT OF THE TREASURY from an Assignment of Financial Statement: 2009 0491016 to STAY proceedings, if any pending Appeals, if necessary for the sum certain of $200,000.00 USD (Two hundred Thousands USD)for Case No.: 2300T0020.  Charge the Same to CITY OF PHILADELPHIA,FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY:SUPERSEDEAS BOND

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*

**8.** IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

REAL ESTATE TAX and / or WATER TAX: MARCH TERM 2003 No. T0020

**9.** IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

OPTIONAL FORM 91, RELEASE OF PERSONAL PROPERTY FROM ESCROW: E81761746, F57739507 EIN 210342201, UCC 1 - 2009 0491016

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)* |
|---|---|
| *James Coppedge* Authorized Representative | EIN 210342201, F57739507, E81761746 UCC 1 - 2009 0491016; Optional Form 91 |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* |
|---|---|

| MONTH | DAY | YEAR |
|---|---|---|
| January | 13 | 2022 |

b. CITY AND STATE: Dover Delaware

c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)*  Anthony McFoyle

d. SIGNATURE

e. MY COMMISSION EXPIRES  06/08/300?

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (REV. 10-2005)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

ON THIS 13 DAY OF January, 2022
James Coppedge APPEARED
BEFORE ME Anthony McFoyle
A NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT

ANTHONY MCFOYLE
NOTARY PUBLIC
MY COMMISSION EXPIRES

INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See 48 CFR 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety. Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. However, stockholders of corporate principals are acceptable provided (a) their qualifications are independent of their stockholdings or financial interest therein, and (b) that the fact is expressed in the affidavit of justification. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

STANDARD FORM 28 (REV. 8/2003) BACK

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ____JAMES (NMI) COPPEDGE____ , of ____B/C # 156-44-328005____ , by a bond

(Name)                              (Place of Residence)

for the performance of U.S. Government Contract Number    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 NY                    ,

became a surety for the complete and successful performance of said contract, and Whereas said

surety has placed certain personal property in escrow

in Account Number     2300T002o                                        on deposit

at FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILA. COUNTY

(Name of Financial Institution)

located at    1401 JFK BLVD, 5th FL of MSB  PHILA. PA 19102              , and

(Address of Financial Institution)

Whereas I,     james (nmi) coppedge, family of coppedge     , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined

that retention in escrow of the following property is no longer required to ensure further performance

of the said Government contract or satisfaction of claims arising therefrom:

see attached Standard Form 28 AFFIDAVIT OF INDIVIDUAL SURETY

and

Whereas the surety remains liable to the United States Government for the continued performance of

the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the

property listed above, and directs the custodian of the aforementioned escrow account to deliver the

listed property to the surety. If the listed property comprises the whole of the property placed in

escrow in the aforementioned escrow account, the Government further directs the custodian to close

the account and to return all property therein to the surety, along with any interest accruing which

remains after the deduction of any fees lawfully owed to

FIRST JUDICIAL DISTRICT OF PA. COURT OF COMMON PLEAS OF PHILA. COUNTY

(Name of Financial Institution)

[Date]                              [Signature]

                                    Seal

1/13/2022

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

## AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF   DELAWARE

COUNTY OF   KENT   } SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) |
|---|---|
| JAMES (NMI) COPPEDGE | B/C # 156-44-328005 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State) |
|---|---|
| SURETY / LIFETIME | CITY OF PHILADELPHIA/DEPARTMENT OF REVENUE |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any) (Number, Street, City, State, ZIP Code) | 6. TELEPHONE NUMBER |
|---|---|
| DEPOSITORY TRUST COMPANY 55 WATER STREET, NEW YORK, NY 10041 | HOME - (302) 674-2535 BUSINESS - (215) 913-1485 |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND.

(a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

This ia an actual constructive notice of a partial release to the DEPARTMENT OF THE TREASURY from an Assignment of Financial Statement: 2009 0491016 to STAY proceedings, if any pending Appeals, if necessary for the sum certain of $200,000.00 USD (Two hundred Thousands USD) for Case No.: 2300T002⩗. Charge the Same to CITY OF PHILADELPHIA, FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY: SUPERSEDEAS BOND

(b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

REAL ESTATE TAX and / or WATER TAX: MARCH TERM 2003 No. T002⩗

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

OPTIONAL FORM 91, RELEASE OF PERSONAL PROPERTY FROM ESCROW: E81761746, F57739507 EIN 210342201, UCC 1 - 2009 0491016

DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where appropriate) EIN 210342201, F57739507, E81761746 UCC 1 - 2009 0491016; Optional |
|---|---|

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE (Or other jurisdiction) |
|---|---|
| MONTH January   DAY 13   YEAR 2022 | Dover Delaware |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | d. SIGNATURE | e. MY COMMISSION EXPIRES: 06/08/2025 |
|---|---|---|
| Anthony McFoyle | | |

ANTHONY MCFOYLE
MY COMMISSION EXPIRES
NOTARY
Official Seal
PUBLIC
06/08/2025
STATE OF DELAWARE

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (REV. )
Prescribed by GSA-FAR (48 CFR) 53.228(e)

ON THIS 13 DAY OF January , 20 22

James Coppedge APPEARED

# INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must co[...]
submit this form with the bond.  (See 48 CFR 28.203, 53.228(e).)  The surety must have th[...]
form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is accept[...]
individual surety.  Likewise, members of a partnership are not acceptable as sureties on bo[...]
partnership or an association, or any co-partner or member thereof, is the principal obligor.[...]
stockholders of corporate principals are acceptable provided (a) their qualifications are indep[...]
their stockholdings or financial interest therein, and (b) that the fact is expressed in the a[...]
justification.  An individual surety will not include any financial interest in assets connected w[...]
principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when [...]
contract is awarded in the United States.  However, when the Contracting Officer is located in [...]
outlying area or a foreign country, the individual surety is only required to be a permanent resident of th[...]
area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals.  Affidavits bearing reproduced signature[...]
are not acceptable.  An authorized person must sign the bond.  Any person signing in a representative[...]
capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a[...]
member of a firm, partnership, or joint venture, or an officer of the corporation involved.

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ___JAMES (NMI) COPPEDGE___ , of ___B/C # 156-44-328005___ , by a bond
(Name)                                        (Place of Residence)
for the performance of U.S. Government Contract Number ___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 NY___ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number ___2300T0021___ on deposit

at ___FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILA. COUNTY___
(Name of Financial Institution)

located at ___1401 JFK BLVD, 5th FL of MSB  PHILA. PA 19102___ , and
(Address of Financial Institution)

Whereas I, ___james (nmi) coppedge, family of coppedge___ , being a duly authorized
representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:
    see attached Standard Form 28 AFFIDAVIT OF INDIVIDUAL SURETY

and
Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

___FIRST JUDICIAL DISTRICT OF PA. COURT OF COMMON PLEAS OF PHILA. COUNTY___
(Name of Financial Institution)

[Date]                          [Signature]

                                Seal

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See Instructions on reverse)*

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF **DELAWARE**

COUNTY OF **KENT**                                                        SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| | |
|---|---|
| 1. NAME (First, Middle, Last) (Type or Print) <br> JAMES (NMI) COPPEDGE | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) <br> B/C # 156-44-328005 |
| 3. TYPE AND DURATION OF OCCUPATION <br> SURETY / LIFETIME | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State) <br> CITY OF PHILADELPHIA/DEPARTMENT OF REVENUE |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any) (Number, Street, City, State, ZIP Code) <br> DEPOSITORY TRUST COMPANY <br> 55 WATER STREET, NEW YORK, NY 10041 | 6. TELEPHONE NUMBER <br> HOME - (302) 674-2535 <br> BUSINESS - (215) 913-1485 |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified document; including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

This ia an actual constructive notice of a partial release to the DEPARTMENT OF THE TREASURY from an Assignment of Financial Statement: 2009 0491016 to STAY proceedings, if any pending Appeals, if necessary for the sum certain of $200,000.00 USD (Two hundred Thousands USD)for Case No.: 2300T0022.   Charge the Same to CITY OF PHILADELPHIA,FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY:SUPERSEDEAS BOND

(b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

REAL ESTATE TAX and / or WATER TAX: MARCH TERM 2003 No. T0022

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

OPTIONAL FORM 91, RELEASE OF PERSONAL PROPERTY FROM ESCROW: E81761746, F57739507 EIN 210342201, UCC 1 - 2009 0491016

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where appropriate) EIN 210342201, F57739507, E81761746 <br> UCC 1 - 2009 0491016; Optional Form |
|---|---|

## 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE (Or other jurisdiction) | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | Dover Delaware | |
| January | 13 | 2022 | | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | | d. SIGNATURE | | e. MY COMMISSION EXPIRES <br> 06/08/202 |
| Anty McfPgle | | | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28
Prescribed by GSA-FAR (48 CFR 53.228(b))

ON THIS 13 DAY OF January 2022 James Coppedge APPEARED

BEFORE ME Anty mcfryre

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must ea[...] submit this form with the bond.  (See 48 CFR 28.203, 53.228(e).)  The surety must have th[...] form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is accept[...] individual surety.  Likewise, members of a partnership are not acceptable as sureties on bo[...] partnership or an association, or any co-partner or member thereof, is the principal obligor.  [...] stockholders of corporate principals are acceptable provided (a) their qualifications are indep[...] their stockholdings or financial interest therein, and (b) that the fact is expressed in the aff[...] justification.  An individual surety will not include any financial interest in assets connected w[...] principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when t[...] contract is awarded in the United States.  However, when the Contracting Officer is located in a[...] outlying area or a foreign country, the individual surety is only required to be a permanent resident of th[...] area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals.  Affidavits bearing reproduced signature[...] are not acceptable.  An authorized person must sign the bond.  Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas   JAMES (NMI) COPPEDGE   , of   B/C # 156-44-328005   , by a bond
                    (Name)                              (Place of Residence)

for the performance of U.S. Government Contract Number   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 NY   ,

became a surety for the complete and successful performance of said contract, and Whereas said

surety has placed certain personal property in escrow

in Account Number   2300T0022   on deposit

at FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILA. COUNTY
                                (Name of Financial Institution)

located at   1401 JFK BLVD, 5th FL of MSB   PHILA. PA 19102   , and
                              (Address of Financial Institution)

Whereas I,   james (nmi) coppedge, family of coppedge   , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined

that retention in escrow of the following property is no longer required to ensure further performance

of the said Government contract or satisfaction of claims arising therefrom:
       see attached Standard Form 28 AFFIDAVIT OF INDIVIDUAL SURETY

and

Whereas the surety remains liable to the United States Government for the continued performance of

the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the

property listed above, and directs the custodian of the aforementioned escrow account to deliver the

listed property to the surety. If the listed property comprises the whole of the property placed in

escrow in the aforementioned escrow account, the Government further directs the custodian to close

the account and to return all property therein to the surety, along with any interest accruing which

remains after the deduction of any fees lawfully owed to

FIRST JUDICIAL DISTRICT OF PA. COURT OF COMMON PLEAS OF PHILA. COUNTY
                       (Name of Financial Institution)

[Date]                                                    [Signature]

                                                          Seal

OPTIONAL FORM 91  (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

AUTHORIZED FOR LOCAL REPRODUCTION

1/13/22

# AFFIDAVIT OF INDIVIDUAL SURETY

(See instructions on reverse)

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF   **DELAWARE**

COUNTY OF   **KENT**

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) |
|---|---|
| JAMES (NMI) COPPEDGE | B/C # 156-44-328005 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State) |
|---|---|
| SURETY / LIFETIME | CITY OF PHILADELPHIA/DEPARTMENT OF REVENUE |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any) (Number, Street, City, State, ZIP Code) | 6. TELEPHONE NUMBER |
|---|---|
| DEPOSITORY TRUST COMPANY 55 WATER STREET, NEW YORK, NY 10041 | HOME - (302) 674-2535  BUSINESS - (215) 913-1485 |

7.THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

This ia an actual constructive notice of a partial release to the DEPARTMENT OF THE TREASURY from an Assignment of Financial Statement: 2009 0491016 to STAY proceedings, if any pending Appeals, if necessary for the sum certain of $200,000.00 USD (Two hundred Thousands USD) for Case No.: 2300T0023. Charge the Same to CITY OF PHILADELPHIA, FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY: SUPERSEDEAS BOND

(b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).

8.IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

REAL ESTATE TAX and / or WATER TAX: MARCH TERM 2003 No. T0023

9.IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

OPTIONAL FORM 91, RELEASE OF PERSONAL PROPERTY FROM ESCROW: E81761746, F57739507
EIN 210342201, UCC 1 - 2009 0491016

### DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where appropriate) EIN 210342201, F57739507, E81761746 UCC 1 - 2009 0491016; Optional For |
|---|---|
| James Coppedge Authorized Representative | |

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE (Or other jurisdiction) | |
|---|---|---|
| MONTH: January  DAY: 13  YEAR: 2022 | Dover Delaware | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | d. SIGNATURE | e. MY COMMISSION EXPIRES 06/08/2025 |
| Anty McFoyle | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28
Prescribed by GSA-FAR (48 CFR) 53.228(b)

ON THIS 13 DAY OF January, 2022
James Coppedge APPEARED
BEFORE ME Anty McFoyle

ANTHONY MCFOYLE
MY COMMISSION EXPIRES
06/08/2025
NOTARY PUBLIC
Official Seal
STATE OF DELAWARE

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must [...] submit this form with the bond. (See 48 CFR 28.203, 53.228(e).) The surety must have the form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is accept[...] individual surety. Likewise, members of a partnership are not acceptable as sureties on bon[...] partnership or an association, or any co-partner or member thereof, is the principal obligor. [...] stockholders of corporate principals are acceptable provided (a) their qualifications are indep[...] their stockholdings or financial interest therein, and (b) that the fact is expressed in the aff[...] justification. An individual surety will not include any financial interest in assets connected w[...] principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when [...] contract is awarded in the United States. However, when the Contracting Officer is located in [...] outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ___JAMES (NMI) COPPEDGE___ , of ___B/C # 156-44-328005___ , by a bond
            (Name)                      (Place of Residence)
for the performance of U.S. Government Contract Number ___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 NY___ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number ___2300T0023___ on deposit

at ___FIRST JUDICIAL DISTRICT OF PA, COURT OF COMMON PLEAS OF PHILA. COUNTY___
                     (Name of Financial Institution)

located at ___1401 JFK BLVD, 5th FL of MSB   PHILA. PA 19102___ , and
                    (Address of Financial Institution)

Whereas I, ___james (nmi) coppedge, family of coppedge___ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:
   see attached Standard Form 28 AFFIDAVIT OF INDIVIDUAL SURETY

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to
___FIRST JUDICIAL DISTRICT OF PA. COURT OF COMMON PLEAS OF PHILA. COUNTY___
                  (Name of Financial Institution)

[Date]                             [Signature]

                               Seal

AUTHORIZED FOR LOCAL REPRODUCTION          OPTIONAL FORM 91 (1-90)
                                    Prescribed by GSA-FAR (48 CFR) 53.228(e)

1/13/22

### MEMORANDUM OF LAW-PART 1 of 2

As claimed in the hearing on January 17, the Court lacks both personal and subject matter jurisdiction to proceed under FRCP Rule 60(b) Reason 4. Additionally, due **to Attorney J.J. Zwolak, Esq., Divisional Deputy City Solicitor for the CITY OF PHILADELPHIA,** failure to respond to my correspondents for the past 2 years, the CITY is in Default for failure to respond to Affidavits as well. Furthermore, As a consequence of Non-Responses and DOUBLE BILLING ENTRIES, the Attorneys have violated many laws and causing me injuries as the Secured Party. The Misrepresentation and unfair Motions, suits, and harassments have resulted in theft of my credit (See FRCP Rule 60 (b) Reason 3; 18 USC PART 1, CHAPTER 42 § 894 and Extortion CHAPTER 47 § 661.) The result of their action is fraud and adversarial misconduct operating  against me under "color of law and "color of office" in violation of both the FAIR DEBT COLLECT ACT and  42 USC § 1983.[See *Aguiar-Carrasquillo v.Agosto-Alicea*, 445 F.3d 19, 28 (1st Cir 2006); U.*S. v. Metropolitan St. Louis Sewer Dist.,* 440 F.3d 930,935 (8th Cir 2006).] No errors in the original complaint have been corrected.

Pursuant to FRCP Rule 60 Reason 5 (1) "Relief from a judgment or order may also be granted where the circumstances justifying the ruling have been changed, such as (1) where the judgment is satisfied, released, or discharged. [.*See Kalamazoo River Study Group v. Rockwell Int"l Corp*, 355 F.3d 574, 587-88(6th Cir 2004).]

Judge Anders was sent SUPERSEDEAS BONDS in his private capacity to move the BONDS from the "private side" to the "PUBLIC SIDE" for settlement and closure of the accountings. [See Register mail delivery: RE 364080910 US Dated 01/14/2022.] He failed to respond or return the instruments for correction.  Therefore, the instruments which were valued at $800,000.00 USD were accepted for value. Incidentally, these accounts are pre-paid under HJR-192 in consideration of the suspension of the U.S. CONSTITUTION ART. 1 § 10. This is due to the US BANKRUPTCY OF 1933.

WHEREFORE, these four (4) account under CASE No.: 220102380 must be credited and discharged. The new "original "tender of payments OR instruments are submitted through the Clerk of Court, US DISTRICT COURT FOR THE EASTERN DISTRICT OF PA for credit to the CITY OF PHILADELPHIA ACCOUNTS AS PAID-IN-FULL. Dated: 03/22/22.  CASE No.: 22-cv-679 (JMY).  A copy of the instruments shall be sent to the Attorney Agents listed in the Heading and to Judicial Records.

James Coppedge, sui juris, A.R.R.
Authorized Representative of
JAMES COPPEDGE,
DEBTOR ©Ens legis,
Attorney-In-Fact
Without prejudice,
UCC 1-308, 3-419

PART 2 of 2

**MEMORANDUM OF LAW**
**Pursuant to: F.R.C.P. RULE 60(b)5**

**House Joint Resolution 192 of June 5, 1933**

This Memorandum of Law is extraordinary in nature in that it seeks to end the case in favor of the PLANTIFFS above by settlement of claim without controversy, requesting for allowance of the property to be release to the PLAINTIFFS with prejudice.  An Argument of Questions Presented, Statement of Facts, and Discussions are not raised because the Attorneys-In-Fact for the Respondent is offering his Exemption/Credit in Exchange for Settlement of the Accounting, Accepted and Returned for Value in Exchange for the Discharge of the Debt for the release of claim against the property, being Exempt from Levy.

"Relief from a Judgment or ORDER may also be granted where the circumstances justifying the ruling have changed, such as (1).  When the judgment is satisfied, released, or discharged…." [F.R.C.P. Rule 60(b)5.]

We claim our Exemptions: Quit Pro Quo [UCC 1-201 (24), 3-104(a)], and respectfully request the Court to GRANT the Respondent's Motion to Dismiss with prejudice

[On June 5, 1933, Congress passed House Joint Resolution (HJR 192).  HJR 192 was passed to suspend the gold standard and abrogate the gold clause in the national constitution. Since then no one in America has been able to lawfully pay a debt. This resolution declared:
"To assure uniform value to the coins and currencies of the Unites States,

Whereas the holding of or dealing in gold affect public interest, and are therefore subject to proper regulation and restriction; and

[Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts, Now, therefore, be it Resolved by the Senate and House of t Representative of the United States of America in Congress assembled, that

[(a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payments in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter

incurred. <u>Every obligation, heretofore or hereafter incurred</u>, whether or not any such provision is contained therein or made with respect thereto, <u>shall be discharged upon payment, dollar for dollar, in any coin or currency which at time of payment is legal tender for public and private debts</u>. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is herby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law…. Page | 2

PURSUANT TO: P.L. 73-10 (48) STAT 112-113 There is a penalty for failure to discharge lawful debt. Please reference the following:

   "North Carolina Securities Act & Investment Advisors Act, N.C.G.S. 78A (Used and invoked as "full faith and credit.")and 18 U.S.C., § 1956   US Code - Section 1956:

   "Laundering of monetary instruments (a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity (A)(i) with the intent to promote the carrying on of specified unlawful activity; or **(ii) with intent to engage in conduct constituting a violation of section 7201 or 7206 of the Internal Revenue Code of 1986; or (B) knowing that the transaction is designed in whole or in part (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or (ii) to avoid a transaction reporting requirement under State or Federal law, shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both.**

Finally, " this Court of Record, the Plaintiff / Defendants and both Attorneys, are Public Trustees and "Debtors in possession" by Oaths of Office under Chapter 11

"Reorganization, and are acting as Trustees to the Bankrupt Estate(s) under P.L. 73-10 , 48 stat 31 of the Agricultural Adjustment Act of 1938. The Bankruptcy Act of 1826 placed the U.S. Secretary of the Treasury, Comptroller of Currency & the Department of Agricultural in charge of the 1933 Public Law 10, Chapter 48, 48 stat 112 and Public Law 1, 48 stat 1, and all property is registered and Titled to the STATE OF (DELAWARE/PENNSYLVANIA,) and the State is required to pay all taxes and all up keep, and discharge this debt for the People."

c/o     52 Barkley Ct
        Dover, Delaware 19904
        (302) 674-2535

## DOUBLE BOOKING ENTRIES

CITY OF PHILA / DEPT OF REVENUE
ATTN: James J. Zwolak, Esq.
1401 JFK, BLVD 5th FL.
PHILA PA 19102

Date: 02/16/21

Greetings Mr. Zwolak, Esq.

I believe the debt has been paid; please advise me whether or not you have received payment for account #: 057-88190-03637-001 , which is Accepted and Returned for Value and that the alleged debt of $2,149.68 was *not* paid or settled in full by the United States Treasury, my fiduciary, within the past 45 days or longer.   TAX ACCT # 131294700
Upon Proof of Claim of the following:

1). Upon proof of claim that you or the third party assigned to collect the allege debt has not been assigned to defraud me of my credit, after knowing that the alleged debt had been paid, disregarding the law, pursuant to Title 18, Part I, chapter 42, Section 894, Chapter 44, Section 661, and Title 26, Section 7214, Extortion, and the National Currency Act, Section 27, 28 53, Embezzlement, Theft, UCC 3-603.

2). Upon proof of claim that the reason you have transferred this account was not to block my credit in order to Double Book Entry the account by demanding a second payment without the U. S. Treasury's knowledge of the fraudulent action.

3). Upon proof of claim that I am not the Surety for the Principal, and that I not the Authorized Representative of the Accounting.

If Blocking my credit was an accident, please correct the record immediately in accordance with the Fair Debt Collection Practices Act: 15 USC SECTION 1692, Freedom of information Act 5 USCA SECTION 552, and therefore a Correction of the Credit Report because of privacy violations is a must: Title 18 U.S.C. Sec. 1702, 1708 1341, 1343, 2510 2511, 2517.  Please Note:  Postal violations and Mail Fraud: Titles 18 & 39.

Finally, your failure to rebut this Affidavit of Truth within 10 days will serve as your confession to the above crimes; if you do not close this account, you and your clienteles agree to a penalty of $5 million USD if you do not close and credit this accounting in addition to any criminal penalties the Law may impose.  Response by Affidavit point for point only will be accepted.

Without prejudice or Recourse
All rights explicitly reserved.

By: James Coppedge, UCC1-308
Authorized Representaitve of
JAMES COPPEDGE
c/o P.O. BOX 4482
PHILA., PA 19140

RE364080866US   JAN 04, 2022

## Notice Concerning Fiduciary Relationship

OMB No. 1545-0013

**56**

(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

**Part I**   **Identification**

Decedent's social security no.
_____

Name of person for whom you are acting (as shown on the tax return)

JAMES COPPEDGE

Address of person for whom you are acting (number, street, and room or suite no.)

52 BARKLEY COURT

City or town, state, and ZIP code (If a foreign address, see instructions.)

DOVER, DELAWARE  19904

Fiduciary's name

JANET YELLON, SECRETARY OF THE TREASURY

Address of fiduciary (number, street, and room or suite no.)

TREASURY BUILDING, 1500  PENNSYLVANIA AVENUE N.W.

Telephone number (optional)
(   )

City or town, state, and ZIP code

WASHINGTON, D.C. 20220

**Section A.  Authority**

1    Authority for fiduciary relationship. Check applicable box:
a  ☐ Court appointment of testate estate (valid will exists)
b  ☐ Court appointment of intestate estate (no valid will exists)
c  ☐ Court appointment as guardian or conservator
d  ☐ Valid trust instrument and amendments
e  ☐ Bankruptcy or assignment for the benefit or creditors ▶ TO DISCHARGE ALL DEBTS (PGWO)
f  ☒ Other. Describe ▶   BIRTH RIGHTS UCC-1 - 2009 0491016 (current)

2a   If box 1a or 1b is checked, enter the date of death ▶ _____
b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

**Section B.  Nature of Liability and Tax Notices**

3   Type of taxes (check all that apply):  ☐ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
    ☐ Excise   ☒ Other (describe) ▶   ALL UTILITY BILLS  -  HJR-192

4   Federal tax form number (check all that apply):  a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
    e ☐ 1040, 1040-A, or 1040-EZ   f ☐ 1041   g ☐ 1120   h ☐ Other (list) ▶ _____ ▶ ☐

5   If your authority as a fiduciary does not cover all years or tax periods, check here · · · · · · · ·
    and list the specific years or periods ▶ _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.       Cat. No. 16375I       Form **56** (Rev. 11-2017)

FEDERAL CASES

Federal Reserve, Exhibit "B")

v. 11-2017)

## Revocation or Termination of Notice

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   ▷ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority
b   ☐ Certificate of dissolution or termination of a business entity
c   ☐ Other. Describe ▷ -------------------------------------------------------------------------------------

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   .   .   .   .   ▷ ☐
b   Specify to whom granted, date, and address, including ZIP code.
▷ -------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   .   .   .   .   .   .   .   .   .   ▷ ☐
▷ -------------------------------------------------------------------------------------

## Part III   Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time ☐ a.m. ☐ p.m. | Place of other proceedings |

## Part IV   Signature

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▷ _____          _____  3/04/2__
Fiduciary's signature                    Title, if applicable            Date

Form 56 (Rev. 11-2017)

VERIFICATION

I,James Coppedge, do verify that the foregoing is true and correct to the best of my knowledge and understanding and belief upon my unlimited commercial liability.

CERTIFICATION OF SERVICE

I, James Coppedge, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, we served on the below listed addresses by First-Class United States mail, postage pre-paid on _03/24/22_ (date).

By: Overnight Mail:

U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PA
ATTN: Clerk of Court
601 Market Street, First Floor
Philadelphia, PA 19106

By: First Class Mail:  Private
CITY OF PHILADELPHIA
MICHAEL PFAUT, Esq.
DEPUTY CITYSOLICITOR
1515 ARCH STREET, 15TH FLOOR
PHILADELPHIA, PA 19102

By: Overnight Mail: Private
LAW DELPARTMENT
ATTN:  SAM SCAUVZZO, Esq.
1401 JFK BLVD, 5TH FLOOR
1401 JFK BLVD, MSB
PHILADELPHIA, PA 19102

By: Overnight mail:  Private
FIRST JUDICIAL DISTRICT OF PA
COURT OF COMMON PLEAS
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

03/24/22

By: James Coppedge, sui juris
Wo/p UCC 1-308, ARR
Authorized Representative
52 Barkley Ct
Dover, Delaware 19904

# EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service™ and is provided solely for use in sending □ Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

ZIP + 4® (U.S. ADDRESSES ONLY)

**U.S.M.S. X-RAY**

UNITED STATES
POSTAL SERVICE®

| PRIORITY |
| MAIL |
| EXPRESS® |

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )
JAMES COPPEDGE
52 BARKLEY CT
DOVER, DE 19904

**RECEIVED**
**MAR 28 2022**

TO: (PLEASE PRINT) PHONE ( )
CLERK OF COURT
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PA
601 MARKET STREET, FIRST FL
PHILADELPHIA, PA 19106
[COPIES[

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code
19936

Date Accepted (MM/DD/YY)
3-26-22

Time Accepted
1158
□ AM □ PM

Scheduled Delivery Date (MM/DD/YY)
3-28-22

Postage
26.95

Scheduled Delivery Time
□ 10:30 AM □ 3:00 PM

Return Receipt Fee
$

Live Animal Transportation Fee
$

Insurance Fee
$

COD Fee
$

Total Postage & Fees
$ 30.00

Weight
lbs. ozs.
□ Flat Rate

Special Handling/Fragile
$

Sunday/Holiday Premium Fee
$ 3.05

Delivery Attempt (MM/DD/YY) Time
□ AM □ PM

Employee Signature

Delivery Attempt (MM/DD/YY) Time
□ AM □ PM

Employee Signature

WAIVER OF SIGNATURE

EJ 017 120 957 US

$30.00
AMOUNT
R2105K13371-4-01

1007
19105

PSN 7690-02-000-9996
LABEL 11-B, MARCH 2019