# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# OFFICE OF THE CLERK
# 601 MARKET STREET, FIRST FLOOR
# PHILADELPHIA, PA 19106

James Coppedge, sui juris
Attorney-In-Fact for
JAMES COPPEDGE,                                     Case No.: 22-cv-679 (JMY)
Debtor © Ens legis
                *Plaintiff*

v.                                                  Date: 07/22/2022

CITY OF PHILADELPHIA/
DEPARTMENT OF REVENUE

                *Defendants*



## AFFIDAVIT OF ADDENDUM

## TO JURISDICTION

### PETITION FOR RECONSIDERATION

**TO COMPEL SETTLEMENT OF DEBT DISCHARGES/SETOFF AND MONETARY DAMAGES:**

**COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT FAILED TO CREDIT THE PLAINTIFF'S ACCOUNTS ACCORDING TO  HJR-192 AND PUBLIC LAW 73-10(48) STATUE 112-113 IN CONSIDERATION OF THE U.S. CONSTITUTION ARTICLE 1,§ 10 WHICH WAS ACCEPTED AND RETURNED FOR VALUE...AND THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY.  THAT THE DEFENDANT HAS FILED FRIVILOUS, AND MISLEADING DOCUMENTS WHICH REMAIN UNREBUTTED BY AFFIDAVIT BY ABSENCE OF JURISDICTION.**

**FEDERAL RULES OF CIVIL PROCEDURE: 12b(6)(1)(2) 802, 60(b), (28 U.S.C. § 1332; § 1603 (a) Diversity of Citizenship)**

1

Come now, James Coppedge of sound mind and body and over the age of 21 declaring that the following is true and correct to the best of his knowledge and understanding, and unlimited Commercial Liability.

Be advised that the word "**MOTION**" has been replaced with the word "**PETITION**" throughout the Civil Complaint filed on February 28, 2022, pursuant to the PA Constitution of September 28, 1777.  See original document entitled: Court of Common Pleas of Philadelphia, County Trial Division, the Civil Complaint, dated, June 2022, File number: 220102380, 2206T0110,  and 22-cv-679 (JMY)for all response documents of the Plaintiff using the word "**Motion**" to be replaced with the word "**Petition.**"

## STATEMENT OF PA CONSTITUTION

I.  "That all men are born equally free and independent, and have certain natural, inherent, and inalienable rights, amongst which are, the enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining happiness and safety.

IV.  "That all power being originally inherent in, and consequently derived from, the people; therefore, all officers of government, whether legislative or executive, are their trustees and servants, and at all times accountable to them."

Furthermore, In reference to the above Case Numbers, an Answer to each Complaint has been filed.

Opposing Counsel(s)  have either double billed JAMES COPPEDGE  wrongfully more than twice about these accounts or have alleged that Article 1, § 10 of the U.S. CONSTITUTION was still current Public Policy which is not just false but an impossibility.  I am only required to pay (discharge) only once.  Their unrebutted claims with Double Billing is unlawful and from my point of view they are in violation of 18 USC §241 and §242.

In accordance with the STATE OF PENNSYLVANIA UNIFORM COMMERCIAL CONSOLIDATED UCC STATUE 3-603 and 3-604, the Court must comply with the law of current Public Policy and must compel the Defendants to comply as well.

1.  Based on HJR-192, and Public Law 73-10 (48) Stat 112-113 in consideration of the U.S. CONSTITUTION ARTICLE 1, § 10.(Suspended by Congress and Presidential Executive Order):  All Bills from the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE have been  "Accepted for Value and Returned for the Assessed Value for Closure and Settlement of the Accounting through the U.S. TREASURY:  Exempt from Levy and  Private." The Bills were Dated and Signed operating through the DEPARTMENT OF THE TREASURY. The District Court has received copies of Bill payment/discharges and UCC 3 for payment to the CITY OF PHILADELPHIA/DEPARTMENT OF REVENUE.  Additionally, the District Court Supersedeas Bonds to cover all liens and judgments, if any remain.

2.  "Furthermore, **inasmuch as no lawful money of account exist in circulation, and pursuant to current Public Policy "HJR-192", the DEBTOR has no money-at-law with which to pay a debt-at-law, which is also an impossibility.  As a result of the fact that the** Accepted Agent **is authorized to tender the payment, pursuant to the above lawful Public Policy for UNITED STATES CURENCY, the payment is tendered by a Negotiable Debt Instrument, pursuant to the UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in § 3-603, and § 3-604. The tender of payment and discharge is in order to be in compliance. " But alas, it is obvious that this "Public Policy" has not been addressed or accepted in Opposing Counsel(s) briefs because they have intentionally been ignored. As an attorney, they knew or should have known better.**

3

3.  Opposing Counsel(s) recent filing has already been Answered.  Please review Current Public Policy to my  Answer to the Complaint dated 03/22/22, Filing No.:22010238000008 for Proof of Claim in addition to JUNE TERM 2022, CA No.: 2206T0110.

4.  I have no record of having filed a claim in State Court of Pennsylvania about these four (4) properties.  Therefore, Opposing Counsel's information to the Court is also misrepresented, and the Rooker-Feldman Doctrine cannot apply. FRCP Rule 60, Reasons 3,4, and 5 for relief does apply since the alleged debts have all been discharged.

5.  Furthermore, the Court cannot lawful disregard HJR-192 based on the above Public Policy.

6.  Moreover, please Reconsider your ORDER because of Opposing Counsel's frivolous filing by fraud and misrepresentation if the facts accordingly, which were not under oath as stipulated and in violation of my God given secured rights without prejudice and reserved explicitly.  The Honorable Court must recognize my rights even if Opposing Counsel doesn't. [See *King v. First American Investigations, Inc.,* 287 F. 3d 91, 94 (2d Cir. 2002), *In re G.A.D. Inc.,* 340 F.3d 331, 334 (6th Cir. 2003.)].  Furthermore, the Court must recognize that I am the Beneficiary, Secured Party Creditor and Authorized Representative of the Accounts, pursuant to UCC 1- 2009 049 1016 (10/17/2018) The Fourth Amendment to the Bill of Rights is clear:   [See Exhibit "A"]

## Fourth Amendment:

"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

7.  "For the record and let the record show that the Secretary of the Treasury has been authorized to offset and adjust any charge against my strawman by use of an "exemption" by way of a PRE-PAID account which links back to the CAFR accounting and my share of the living man's working energy donate to the same state by way of loans of work energy and property donations through the registration by the strawman." The PRE-PAID account has no money in it currently {as you know} It was PRE-PAID when one authorizes the state to

become the trustee over it as an unselfish act of honor and duty.  Since the Secretary of the Treasury is the only one who can enter a Certificate of Protest to my draft instrument settlement and closure of any charge that the state might bring against my strawman as a test of my competency as a Sovereignty. Sovereignty means to serve not to rule." [From the Secured Party Creditor Process Pack, Ref: HJR-192, etc.]

8.  My IRS Form 56 is on file in your office with HJR-192 MEMORANDUM OF LAW. Since all debts have been discharge, and because there is no Certificate of Protest against my drafts from my Fiduciary Creditor, the Secretary of the Treasury, the claims of the CITY OF PHILADELPHIA  from its Agents are moot and without merit .

WHEREFORE, there has been NO Proof of Claim from the Opposing Counsel by Affidavit under penalty of perjury that HJR-192 should not be recognized or honored. The Court has not compelled the required disclosure as stipulated, but it should have been.  Now because of the above lawful reasons  and facts that are clear and unambiguous regarding the magnitude of the void in this ruling, in keeping with lawful precedent and to ensure that all of the civil rights of James Coppedge who represents JAMES COPPEDGE, DEBTOR © Ens legis are not further violated which would require examination of USC TITLE 42 § 1983, respectfully moves this Honorable Court, pursuant to the above and Memorandum of Law attached, to GRANT this Petition for Rule 60, Reasons 3, 4, and 5, Relief from Judgment [See *Agostini v. Felton....*, and *Raynolds v. McInnes....*, and **Petition** for Reconsideration based on the U.S. CONSTITUTION, and DENIED the Defendants Motion.

WITHOUT PREJUDICE,

By James Coppedge, sui juris
Authorized Representative &
Secured Party Creditor Beneficiary
Without prejudice,
UCC 1-207.4/1-308, 3-419, 1-103.6
Attorney-In-Fact
UCC 1-IFSN:  DOC#2931 On:0 2/12/09,
2009 0491016, Dated 10/17/2018
c/o 52 Barkley Court
Dover, Delaware 19904

## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## OFFICE OF THE CLERK
## 601 MARKET STREET, FIRST FLOOR
## PHILADELPHIA, PA 19106

**James Coppedge, sui juris**
**Attorney-In-Fact for**
**JAMES COPPEDGE,**                              **Case No.: 22-cv-679 (JMY)**
**Debtor © Ens legis**
    *Plaintiff*

**v.**                                                          **Date: 07/22/2022**

**CITY OF PHILADELPHIA/**
**DEPARTMENT OF REVENUE**

   *Defendants*

### (PROPOSED)  ORDER
### GRANTING PLAINTIFF'S PETITION FOR RECONSIDERATION

AND NOW on this _____ day of _____, 2022, upon consideration of

the Plaintiff's Petition for Reconsideration of the ORDER Dated July 12, 2022 based on the U.S.

Constitution.  That the Plaintiff having shown just cause why the Petition should be GRANTED

and all responses thereto, it is ORDER and DECREED that the Petition is GRANTED to confirm

the CITY OF PHILADELPHIA /DEPARTMENT OF REVENUE DEBT SETTLEMENTS/PAID-IN-FULL,  and

the Motion  of the Defendants be denied and any responses thereto, The Order to GRANT the

Plaintiff's Petition is based on acknowledgement and acceptance  of current  Public Policy of

HJR-192 of June 5, 1933, and Public Law 73-10 (48) Stat 112-113 in consideration of the U.S.

CONSTITUTION ARTICLE 1, §10.

            _____.
                 Judge

# ATTACHMENT

MEMORANDUM OF LAW

HJR-192 OF JUNE 5, 1933, P.L. 73-10 (48) STAT 112-113

HJR-192 TO SUSPEND THE GOLD STANDARD AND ABROGATE THE GOLD CLAUSE JUNE 5TH 1933 73 RD  CONGRESS.

The Joint resolution to assure Uniform value to the coin and currencies of the United States. Whereas the holding of  or dealing in gold affects the public interest, and therefore subject to the proper regulation and restriction; and whereas the existing emergency has disclosed that provisions of obligation, which purpose to give the oblige a right to require payment in gold or a particular kind of coin or currency of the united States, or in an amount of the United States measured thereby, obstruct the power of Congress to regulate the value of money of the united states, and are inconsistent with the declared  policy of the Congress to enforce at all times the equal power of every dollar, coined or issued by the United States…market and in the payment of debts. Therefore be it resolved the by the senate and its representatives of the United States of America in congress assembled, that...contained in or mode with respect to any obligation which supports to give …rights to require payments in gold or a particular kind of coin or currency or in

The Federal Government took our lawful money out of circulation in 1933 but Congress had to provide the people a remedy.  Public Law: "Chap. 48, 48 Stat. 112" under HJR 192 is that remedy and in part states that the Federal Government will discharge all of our debts, public and private, dollar for dollar. This has been one of the best kept secrets in this Bankrupt Nation.

They took everything including all property and titles to property and left us only with an ability to discharge debt and create money through our signature and they never bothered to tell us.

We create money when we apply for bank loans with our signature. It is our signature and credit in our ability to work that creates the money of account and this has been the case since 1933. The banks have a monopoly to our credit and for this "service" they charge principal and interest on nonexistent money all the time giving the impression they lent us their money and this is fraud because they never revealed where the money came from. This is true for Credit Card accounts and Mortgages.

1. House Joint Resolution. 73rd Congress. Session  1. Chapters  48& 49. June 5,  6, 1933 H.J.R. 192.  1491  Public Law 1 48 Stat 1confirmed in ~Perry v. U.S. (1935) 294 U.S. 330-381, 79 LEd 912, as well as ~Title 31 United States Code (USC) 5112, 5119 and again 12 USC 95a. When a government goes bankrupt, it loses its sovereignty.

2. Public Law 10 Chapter 48, 48 Stat. 112.
3. Public Law  73-10 40 Stat 411.

1

4.  Trading With the Enemy
Act (TWEA) OCT 6, 1917    1) That, Legal tender under the Uniform Commercial Code (U.C.C.),
Section 1-201(24) (Official Comment); "The referenced Official Comment notes that the definition of
money is not limited to legal tender under the U.C.C.  The test adopted is that of sanction of
government, whether by authorization before issue of adoption afterward, which recognizes the
circulating medium as a part of the official currency of that government. The narrow view that money
is limited to legal tender is rejected. "Under HJR 192 June 05, 1933 and validated in Perry above the
nation is bankrupt and to support the bankruptcy my signature as a man created the currency of the
realm for the transaction making me the Creditor. The existing state of emergency is verified ~Title
12 § 95, 95a, 95b and 411 Should this be doubted then these two quotes (of many more) verify the
truth… since the principal part of any thing is the beginning. Maxim of Law…

Banks cannot lend depositor's money to borrowers without the depositor's written authorization, in
reality, banks do not lend their depositor's money. ~12 U.S.C. §1828.

"As the situation stands at present, the banker is in a unique position. He has probably the only
known instance, in business of the possibility of **lending something without parting with
anything,** and making a profit on the transaction, obtaining in the first instance his commodity free."
~C. H. Douglas in a speech in Newcastle in 1923. **(Credit River Decision, creating money from
thin air)**

"A national bank has no power to lend its credit to any person or corporation. ~Bowen v. Needles
Nat. Bank, 94 F 925 36 CCA 553, certiorari denied in 20 S. Ct 1024, 176 US 682, 44 LED 637.


**"A bank is not the holder in due course upon merely crediting the depositors account."
Bankers Trust v. Nagler, 229 NYS 2d 142, 143.**
    2)  That, the Federal Reserve Bank in its booklet; MODERN MONEY MECHANICS page 3,
states; "In the United States neither paper currency nor deposits have as commodities.  Intrinsically,
a dollar bill is just a piece of paper, deposits merely book entries."
    3) That the "giving a (federal  reserve) note does not constitute payment."  See Echart v
Commissioners C.C.A., 42 Fd2d 158.
    4) That the use of a (federal reserve) 'Note' is only a promise to pay.  See Fidelity Savings  v
Grimes, 131 P2d 894.
    5) That Legal Tender (federal reserve) Notes are not good and lawful money of the United States.
See Rains v State, 226 S.W. 189.

    6) That (federal reserve) 'Notes do not operate as payment in the absences of an agreement that
they shall constitute payment.' See              Blachshear Mfg. Co.  v Harrell, 2 S.E. 2d 766.

    7) Also, Federal Reserve Notes are valueless.  See IRS Codes Section 1.1001-1 (4657) C.C.H.).
    8) In light of the holding of Fidelity Bank Guarantee vs. Henwood, 307 U.S. 847 (1939), take
notice of ... "As of October 27, 1977, legal tender for discharge of debt is no longer required.   That is
because legal tender is not in circulation at par with promises to pay credit.  There can be no
requirement of repayment in legal tender either, since legal tender was not loaned [nor in circulation]
and repayment [or payment] need only be made in equivalent kind; A negotiable instrument."

    9) U.C.C. 3-603; "If tender of payment of an obligation to pay an instrument is made to a person
entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the
amount of the tender..."

2

10) ORS 81.010 "Effect of unaccepted offer in writing to pay or deliver. An offer in writing to pay a particular sum of money or to deliver a written instrument or specific personal property is, if not accepted, equivalent to the actual production and tender of the money, instrument or property."  (the latter here operates via the rule of Para Materia in Tennessee.)

11) "That because of failure of a lawful consideration the Note and Mortgage  are null and void" See First National Bank of Montgomery v Jerome Daly, case # 19144 (1968).THEREFORE, in light of the above, under necessity, having no other means to pay debts at law, but being estopped and denied access to lawful constitutional money of exchange, the undersigned can only exercise the remedy under necessity to set off/discharge the 'debt/liability'.

Your Affiant, flesh and blood with PRE-PAID EXEMPT status as a current Creditor of the U.S. CORPORATION since it's bankruptcy in 1933 and with full understanding of how the monetary system works. Federal laws prohibits any banks from loaning against its own credit and customer's deposits, so my signature creates the asset of these funds which you then monetized to your gain ten (10) times, then my signature does certainly "pay" this supposed liability;

THEREIN, you are required by LAW to accept this EFT instrument and credit the above account, in honor, within 24 hours upon acceptance pursuant to U.C.C. § 3-501.

Any dishonor will be construed as a commercial injury, violation of agreement, fraud, fraud by scienter, violation of commercial law and otherwise. UCC codes used in verified tender of payment 1-201 general definitions governing eft

10. CONSPICUOUS

EFT in red

3-311 (d). Receipt of an instrument is satisfaction

3-501-(4) day after day of receipt

3-603 tender of payment

(b) refusal is discharge

(c) able& ready to pay at every place of a payment stated

Your Affiant has claimed, maintain, and have at all times has retained his Constitutionally secured Rights especially, but not limited to, all aspects of this instant matter; Brady v. U.S., 397 U.S., 742 at 748.  "Waivers of Constitutional Rights must not only be done voluntarily, they must be knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences.

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JAMES COPPEDGE,                          :
                                         :    Case No.  22-cv-679
     *Plaintiff*                         :
                                         :
     v.                                  :
                                         :
CITY OF PHILADELPHIA/                    :
DEPARTMENT OF REVNUE,                    :
                                         :
     *Defendants*                        :

**ORDER**

    **AND NOW**, this 12th day of July, 2022, after consideration of Defendant City of Philadelphia's (hereinafter "Defendant") Motion to Dismiss (ECF No. 10) and all papers in support thereof and opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.[1] Defendant's Motion for an Extension of Time (ECF No. 6) is **DENIED** as moot. It is further ordered that Plaintiff's Motion to Confirm Settlement (ECF No. 9) and Motion to Dismiss (ECF No. 12) are **DENIED**.  Upon entry of this Order, the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

                                    **BY THE COURT:**

                                    /s/ Judge John Milton Younge

                                   **Judge John Milton Younge**

---

[1]    *Pro se* Plaintiff, James Coppedge, brings this lawsuit challenging state court proceedings instituted by Defendant, the City of Philadelphia, that sought decrees to sell four of Plaintiff's real property due to unpaid, municipal liens on them that were owed to the City.  The underlying state court proceedings, which this Court takes judicial notice of, include: (1) *Philadelphia v. Coppedge* (2113 West Erie Avenue Case), No. 20-03-T0020 (Com. Pl. Phila. Mar. 6, 2020); (2)

*City of Philadelphia v. Coppedge* (3739 North 18th Street Case), No. 20-03-T0021 (Com. Pl. Phila. Mar. 6, 2020); (3) *City of Philadelphia v. Coppedge* (3742 North 18th Street Case), No. 20-03-T0022 (Com. Pl. Phila. Mar. 6, 2020); and (4) *City of Philadelphia v. Coppedge* (3637 North 21st Street Case), No. 20-03-T0023 (Com. Pl. Phila. Mar. 6, 2020).   In each of these cases, the Philadelphia Court of Common Pleas granted judgement in favor of the City.

On February 22, 2022, Plaintiff filed a *pro se* Complaint in this Court.  Since Plaintiff is proceeding *pro se*, the Court will construe his allegations liberally.  *Vogt v. Wetzel*, 8 F. 4th 182, 185 (3d Cir. 2021) (citing *Mala v. Crown Bay Marina, Inc.*, 704 F.3d 239, 244-45 (3d Cir. 2013)).  The Complaint mentions Due Process and Fair Debt Collection Practices Act ("FDCPA") violations stemming from the municipal liens and underlying state court proceedings. The Complaint also references various legal provisions, including 12 U.S.C. § 2605(e) (Servicing of mortgage loans and administration of escrow accounts), Article I, § 10 of the Constitution, the Fourth and Tenth Amendments in the Bill of Rights, the UCC, and the Civil Rights Act, 42 U.S.C. § 1983 without any indication of how they apply here.

Now before the Court is Defendant's Motion to Dismiss. Plaintiff submitted a document titled "Motion to Dismiss" which appears to be an opposition to the Motion, not a motion seeking to dismiss Plaintiff's own Complaint. (ECF No. 12.)  Therefore, out of an abundance of caution, this Court will treat Plaintiff's "Motion to Dismiss" as an opposition. Plaintiff also filed a motion titled "Motion to Confirm Settlement" in which Plaintiff challenges the outcome of the underlying state court proceedings.  (ECF No. 9.)  To survive a Rule 12(b) motion, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 566 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Tombly*, 550 U.S. 544, 570 (2007)).  A claim is plausible when the plaintiff pleads "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.*  Under Rule 12(b)(1), a court must also grant a motion to dismiss if it lacks subject-matter jurisdiction to hear a claim. *In re Schering Plough Corp. Intron/Temodar Consumer Class Action*, 678 F.3d 235, 243 (3d Cir. 2012).

As a preliminary matter, Plaintiff's Complaint is deficient under Federal Rule of Civil Procedure 8 by failing to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *See Travaline v. U.S. Supreme Court*, 424 F. App'x 78, 79 (3d Cir. 2011) (*per curiam*) ("Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain 'a short and plain statement of the claim showing that the pleader is entitled to relief,' and 'a demand for the relief sought.'") (quoting Fed. R. Civ. P. 8(a)(2), (3)); *see also id.* ("Each averment must be 'simple, concise, and direct.'") (quoting Fed. R. Civ. P. 8(d)(1)).  Further, the Court finds that Plaintiff fails to satisfy the basic elements of any of the claims asserted.

Putting aside the deficiency in Plaintiff's Complaint, and even after construing the allegations liberally, dismissal of the Complaint is further warranted for lack of jurisdiction under what is known as the *Rooker-Feldman* doctrine.  *See Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983).  Under this doctrine, federal courts are barred from considering "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments."

*Conklin v. Anthou*, 495 Fed. App'x 257, 261–62 (3d Cir. 2012). The doctrine bars a litigant from obtaining such relief if: (1) the federal plaintiff lost in state court; (2) the plaintiff complains of injuries caused by the state-court judgments; (3) those judgments were rendered before the federal suit was filed; and (4) the plaintiff is inviting the district court to review and reject the state judgments. *See Day v. Florida*, 563 F. App'x 878, 880 (3d Cir. 2014). Here, all four prongs are met. Plaintiff was unsuccessful in the Philadelphia Court of Common Pleas. His claims are that the violations occurred because of the state court judgments. Now he invites this Court to overrule those state court judgments themselves. Now he invites this Appeal to the United States District the Eastern District of Pennsylvania From an Order of the Common Pleas of Philadelphia" in what is essentially an appellate brief citing the dockets of the underlying state cases. (ECF No. 1 at 7.) That is exactly what the *Rooker-Feldman* doctrine forbids. Accordingly, the Court finds that dismissal of Plaintiff's Complaint is appropriate.

CANCELLED

EXHIBIT "A"

**JLS**

### OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
### 21400 UNITED STATES COURTHOUSE
### 601 MARET STREET
### PHILADELPHIA, PA 19106-1790

16-mc-141

TO: INTERNAL REVENUE SERVICE
ATTN: OPERATIONAL MGR.
ACCTS MANAGEMENT 2
ANNA S. MEDLOCK OR ASSIGN
P. O. BOX 149338
AUSTIN, TX 78714-9338

PHILADELPHIA DEPARTMENT OF REVENUE
ATTN: Frank Breslin, Revenue Commissioner
1401 JFK BLVD , 5TH FLOOR, ROOM 580
PHILADELPHIA, PA 19102

PHILADELPHIA SHERIFF'S OFFICE
ATTN: JEWELL WILLIAMS, Sheriff
Richard Tyer, Real Estate Supv.
Captain Richard Verrecchio, Real Estate Deputy
Land title Building, 100 South Broad Street 5th Floor
(215) 686-3535

Plaintiff

**James Coppedge**, J.D., et al, sui juris
Attorney-In-Fact for the Plaintiff
JAMES COPPEDGE TRUST
c/o MINISTER JAMES COPPEDGE
52 BARKLEY CT
DOVER, DELAWARE {19904} a/k/a
For: JAMES COPPEDGE , DEBTOR © Ens legis

Re: Property Location: 2113 W. ERIE AVE 19140

NOTICE OF OBLIGATION
TO PROTECT THE RIGHTS OF THE PEOPLE

"In Pro Per"

Registered with the
Comptroller of Currency
Bill of Rights: Amendments
4th 5th 6th 7th

C.P. 1507T0144

Date: 06/24/2016

Respondent/Claimant

PETITION FOR EXTRAORDINARY RELIEF PENDING PROCESSING OF U.S.
TREASURY NOTE TO SETTLE TAX DEBT [FRCP Rule 62 (f)]

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/24/16
ATTEST: ERIC SOBIESKI
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

1

Dear Clerk of Court:

## INTRODUCTION

This petition for extraordinary relief pending the processing of the United States Treasury Note to settle a Philadelphia Department of Revenue TAX DEBT is filed in good faith without controversy.  This Petition is requested to be file under Miscellaneous Filing.  The reason is foreclosure judgment  promissory estoppel pending processing of the NOTE.

## STATEMENT OF FACTS

The  Petition for extraordinary relief is based on equitable title reversionary interest of usufruct which is surrendered in regards to Lieber Code 31 and 38 in consideration of lawful money and full discharge which is demanded for  all transactions, pursuant to 12 USC 411, 95a(2), 50 USC App. 7(e), 12 USC 342.  These statutes are in support of HJR-192 of June 5, 1933, Public Law 73-10 (48) Stat 112-113 and in consideration of the authority of the U.S. CONSTITUTION ARTICLE 1, § 10, UCC 3-603, 3-604.

## CONCLUSION

WHEREFORE, for the foregoing valid, lawfully based reason, please grant the requested relief. Please see the enclosed attachment which justifies the Petition for Extraordinary Relief which demonstrates proof of claim of the full settlement of the accounting having been accepted and returned for the assessed value and closure of the accounting by code and current Initial Financing Statement 1 and 3. The settlement is in accordance with a 120 X the assessed value for payment submitted without prejudice or recourse.

Thank you!

JAMES COPPEDGE

Without Prejudice                                        06/24/2022
By: James Coppedge, sui juris
Authorized Representative,
Secured Party

c/o 52 Barkley Ct
Dover, Delaware near 19904

ATTACHMENTS

# Affidavit of Independent of Status of James Coppedge
## 52 Barkley Court
## Dover, Delaware

STATE OF ___DELAWARE___ )
                       ) *ss*

COUNTY OF ___KENT___ )

### AFFIDAVIT OF INDEPENDENT STATUS

      Comes now, James Coppedge, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born in Brooklyn, New York, live in Dover, Delaware, in one of the several States.
2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person and therefore is not and cannot be any ARTIFICIAL PERSON: JAMES COPPEDGE, DEBTOR © Ens legis and, therefore, is exempt from any and all Identifications, treatments, and requirements as such pursuant to any process, law, code, or statute or any color thereof.
3. Your Affiant notices that in these united States of America, the authority of any and all Governments reside in the People of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of the People.
4. Your Affiant at all times claims all and waives none of his God given secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.
5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".
6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

1

7.  Your Affiant notices that the only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only Trial by jury and in accordance with all aspects of due process of law.

8.  Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, this Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9.  Your Affiant further notices that pursuant to this Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected under color of law by any Natural Person, who individually, or in any capacity as or under an Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

Further, Affiant sayeth naught.

WITHOUT PREJUDICE

By: James Coppedge, UCC 1-308    06/15/2016

Authorized Representative of

JAMES COPPEDGE, DEBTOR © Ens legis

---

Before me, _BENJAMIN T. GARRETT_, a Notary Public duly authorized by the State of _DELAWARE_, personally appeared **James Coppedge** who has sworn to and subscribed in my (BTG) presence, the foregoing document, on this _15th_ day of _JUNE_ in the Year ~~2013.~~ 2016

Notary Public    COM EXP 08-11-2019

2

**AFFIDAVIT OF POSSESSORY AND SECURED INTEREST IN REAL PROPERTY 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140: JAMES COPPEDGE, OWNER AND HOLDER IN DUE COURSE**

*COMES NOW*, **James Coppedge**, a living, breathing, natural born, free man on the soil, a Sovereign American Citizen, *sui juris*, defendant in error, with and claiming all of his unlimited, inherent, unalienable, Constitutionally secured Rights, and with his name lawfully and properly spelled only in upper and lower case letters, and who appears by Special Appearance, without accepting the jurisdiction of this Court, which he has duly challenged, and without consenting to jurisdiction and these proceedings,  hereby respectfully makes and presents this Affidavit of Possessory and Secured Interest in the above named Real Property after being first sworn according to the law to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Your Affiant, James Coppedge, entered into an agreement to purchase specific real property on/or about APRIL OF 2005.

2. Your Affiant , James Coppedge, notices that the address of said property is 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140

3. Your Affiant, James Coppedge, notices that the legal description of said property is as attached.

4. Your Affiant, James Coppedge, had originally purchased the property from the Philadelphia Sheriff's Sale  for the sale price of $25,000.00

5. Your Affiant, James Coppedge, as of this date, 06/01/2016, has **15** years of maintenance and upkeep of said property which has an approximate value of $49,900.00.

6. Your Affiant, James Coppedge, has made improvements to said property from the time of original purchase.

7. The total secured interest Affiant , James Coppedge, has in this property as of this date: 6/1/2016 is approximately $49,900.00

8. To date, no party has made any offer to Your Affiant, James Coppedge, to settle Affiant's interest in said property. Under the Bill of Rights, 5th Amendment the property cannot be

sold without just compensation to the owner in addition to UCC 3 Notice of requirements for compensation.

Further, Affiant sayeth naught.

06/15/2016

By:  James Coppedge, A.A.R.
Authorized Representative of
JAMES COPPEDGE

Before me, ___BENJAMIN T. GARRETT___, a Notary Public duly authorized by the State of Delaware, personally appeared: James Coppedge, who has sworn to and subscribed in my presence, the foregoing document, on this 15 th day of ___JUNE___ in the Year of our Lord 2016.

_____
Notary Public

Com Exp
08-11-2019

2

Registered Mail Receipt # RA 683 515 657 US US

TO: 1ST CITY OF PHILADELPHIA/
DEPARTMENT OF REVENUE
2nd Frank Breslin, Commissioner of Revenue
3RD 1401 JFK BLVD,
4th MSB, 5TH FL. Room 580
5th PHILADELPHIA, PA 19102

FROM:  James Coppedge– Principal, Secured Party Creditor
c/o 52 Barkley Court
Dover, Delaware  near [19904]
Non-Domestic without the US

DATE:  June 22, 2016

UCC File Number: UCC 2009 0491016
FOR:  JAMES COPPEDGE, DEBTOR
RE: DTC Routing # 0510-0003-3#
DTC Account - 0+381761746
Social Security Number – SS#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
Liber Number(s) - From Docs Filed at Courthouse

# PRE-OFFSET NOTICE FOR BALANCED BOOK ADJUSTMENT

Dear Gentlemen,

The enclosed Statute Staple Security instruments are rendered to you for the purpose of balanced book adjustment as legal tender to lower and reduce the UNITED STATES national debt. The undersigned understands the complexity of following this procedure.  The "Code" is effectively in place to save and protect the monetary system of this country. If and when non-accreditation occurs, the economy and monetary system of the country will certainly collapse.  That is the complexity and importance of honoring this procedure.

USC TITLE 12, CHAPTER 2 – NATIONAL BANKS - Authorizes the procedure. If you don't understand this procedure please research the US Code, for clarity or seek competent legal counsel. You should understand that in Title 12 USC section 371b-2(c), the Code defines "Exposure" to include all extensions of credit regardless of name and description. This procedure is intended for all of the people of the United States. Non-accreditation will result in a serious error and injury against the Internal Revenue Service, and the Principal Secured Party Creditor.  This will cause a miscalculation upon the Federal Reserve Accountant Balanced Book, and will require a filing of the proper IRS forms for collection of these funds. This adjustment may be completed by MR. JACOB J. LEW, Secretary of the US Treasury, who is my legally appointed fiduciary agent, or my designee as Fiduciary on the attached IRS Form 56. Documentation is enclosed.

As you are well aware, lawful money no longer exists in our economic system. This was replaced by Federal Reserve "Notes", which are, in effect, promissory notes. This procedure to allow offset of debt is the proper legal remedy that has been provided for us to discharge debt, since the money was removed by the U. S. Corporate Government. This is a debt obligation of the United States. Please use this procedure to offset any bills that I present by balanced book adjustment, settlement in full, discharge of all presentments, and return all interest to the Principal. MR. JACOB J. LEW, or my designated Fiduciary Agent, is authorized to adjust, from this account, along with any reasonable and lawful interest, penalties, and extra fees, as needed, in order to satisfy this procedure. This may be ledgered against the Account Number indicated as best suits the needs of the US Treasury.

Sincerely,

_____
By:  James, Coppedge Principal and Secured Party Creditor for

JAMES COPPEDGE, DEBTOR

2

**James Coppedge**
**c/o 52 Barkley Court**
**Dover, Delaware 19904**
Non Domestic w/o the US

JACOB LEW, SECRETARY,
THE UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220

INTERNAL REVENUE SERVICE
Att. Operations Mgr, Accts Management 2
Anna S. Medlock
P. O. Box 149338
Austin, TX 78714-9338

## Non-Negotiable    REGISTERED PRIVATE OFFSET BOND

Face Value: **$5,709.00**  (FIVE THOUSAND NO HUNDREDS NINE DOLLARS AND ZERO-Cents).

To:      THE UNITED STATES DEPARTMENT OF THE TREASURY
c/o  JACOB LEW,  SECRETARY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

For: THE UNITED STATES DEPARTMENT OF THE TREASURY c/o JACOB LEW, SECRETARY.,
Fifty percent (50%) of face value
James Coppedge Up to fifty percent (50%) of face value

For Offset Through:   Private Offset and Discharge Bond Numbers *RR 853 530 130 US*, on file with THE UNITED STATES DEPARTMENT OF THE TREASURY - USPO Registered Mail Tracking Number *Numbers RR 853 530 130 US* , Secured Party Creditors - Private Offset Account Number SS# 210342201.

*KNOW ALL MEN BY THESE PRESENTS,*   WHEREAS, only fiat money exists in circulation for the discharge of debt:

WHEREAS the undersigned Creditor does hereby declare, bind, hold, and oblige through this Private Offset Bond that one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond shall be instantly ledgered by the Fiduciary to the benefit and use of THE UNITED STATES DEPARTMENT OF THE TREASURY for a period of Ten (10) years through the Date of Expiration above-noted

WHEREAS the Creditor desiring to engage and maintain honorable commercial transactions does hereby declare, bind, hold, and oblige through this Private Offset Bond that all obligations and instruments of debt including, but not limited to, debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, True Bills, taxes, obligations of contract and/or performance, and all other obligations (jointly and severally "Liabilities") attributed to the Creditor, the Creditor's collateral, in particular and/or JAMES COPPEDGE, or James Coppedge, *et al* alphabetical derivatives ("Collateral"), or any other party for whom the Creditor makes this Private Offset Bond available by his signature or seal, whether such instruments be express, implied, commercial, negotiable or non-negotiable, shall upon presentment to the Fiduciary or agent(s) thereof be ledgered against this Private Offset Bond by the above-named Fiduciary when such instruments of obligation are duly authorized by the Creditor through signature, seal or contract, express or implied and this Private Offset Bond is referenced by the Creditor for such ledgering by name or number and duly lawfully and fully paid, satisfied, offset and discharged dollar for dollar through the Creditor's Private Offset Account Number SS# 210342201 as authorized herein in any amount up to and including one-half (fifty percent) of the above-noted Face Value of this Bond.

NOW, THEREFORE, the Creditor for the purpose of lawful commerce, does hereby necessarily issue this Registered Private Bond to JACOB LEW in his capacity as SECRETARY, THE UNITED STATES DEPARTMENT OF THE TREASURY in the amount above-noted. This bond is for the purpose of setoff and discharge of debt which is the public debt obligation of the United States.  The Fiduciary shall have ten (10) days from presentment to dishonor the Bond by returning same to the Principal by certified mail at the location below-noted.  Failure to return will stipulate the Fiduciary's acceptance and honor.

## BOND ORDER

1.       The Fiduciary shall instantly ledger the sum certain of one half (fifty percent) of the above-noted Face Value of this Private Offset Bond to the benefit and use of  THE UNITED STATES DEPARTMENT OF THE TREASURY for a period of Ten (10) years from the Date of Issuance through the Date of Expiration of this Bond.

2.       The Fiduciary shall ledger dollar for dollar against this Private Offset Bond by end of business on the day of presentment or the next business day if presentment is made on a non-business day, any and all Liabilities whether attributed to, or on behalf of, the Creditor, the Creditor's Collateral or any other party for which Creditor makes this Private Offset Bond available by his signature and/or seal on the instrument of obligation or otherwise gives notice to pay, satisfy or discharge the obligation regardless of the form of the instrument of obligation, whether the instrument of obligation is commercial, negotiable, non-negotiable, express or implied, through the Creditor's Private Offset Account, Pass-through Account James Coppedge, SS#210342201 or JAMES COPPEDGE, SS# 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, as authorized herein in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.

3.       Upon presentment of such instrument of obligation, the Fiduciary shall pay, discharge and satisfy the obligation in full dollar for dollar through the Creditor's Private Offset Account, Pass-through Account James Coppedge, SS# 210342201 in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.

**REGISTERED BONDED PROMISSORY NOTE**

**NEGOTIABLE**                                                      **NEGOTIABLE**

USPO REGISTERED MAIL TRACKING NO. : 853  530  143  US

## $2,595.00 X 120%=$5,709.00
FIVE THOUSAND NO HUNDREDS NINE DOLLARS AND ZERO-Cents.

Pay to the Order of:      THE UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY,
                         INTERNAL REVENUE SERVICE
                    c/o JACOB LEW, TRUSTEE OF THE U.S. BANKRUPTCY AND ACCOUNT HOLDER.

**In the Amount of:**  FIVE THOUSAND NO HUNDREDS NINE DOLLARS AND ZERO-Cents.

**For Credit to:   CITY OF PHILADELPHIA/DEPARTMENT OF REVENUE For JAMES COPPEDGE E,
C.P. # 1507T0144,  TO SETTLE ACCOUNT FOR CANCELLATION OF SHERIFF SALE # 1607-075
DATED:  JULY 20, 2016:  ADDRESS:  2113 W. ERIE AVEUE PHILADELPHIA , PA  19140.  Amount for
the benefit of JAMES COPPEDGE, plus interest, penalties, and, extra fees:  PAID-IN-FULL.**
Routing Through:Private Offset Bond Numbers: E81761746 [210342201] [RR 853 530 130 US] c/o SECRETARY
THE UNITED STATES DEPARTMENT OF THE TREASURY, JACOB LEW, Registered Mail Numbers from
Offset Bond:  JAMES COPPEDGE, RR 853 530 130 US.

This negotiable instrument, tendered lawfully by *James Coppedge*,  ("Maker") in good faith shall evidence as a
debt to the Payee pursuant to the following terms: This is an unconditional promise to pay.
1.  This Note shall be posted in full dollar for dollar pursuant to the Credit order noted above and presented to the
Payee, THE UNITED STATES DEPARTMENT OF THE TREASURY c/o, Trustee of the US Bankruptcy, JACOB
LEW.
2.  Payee shall, upon receipt of this instrument, charge account SSN: 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 via Pass-Through Account SS#
210342201 for the purpose of terminating any past, present, or future liabilities express or implied attached or
attributed to SS# 210342201.  This is the public debt obligation of the United States.
3.  Payee shall ledger this Note for a period of twelve months commencing the start of business on  06/17/2016, until
close of business 06 / 14/2017, not to exceed 365 days, at an interest rate of seven percent (7%) per annum, and
4.  Upon maturity, this Note shall be due and payable in full with interest and any associated fees.  Payment shall be
ledgered against *Private Offset Bond Numbers RR 853 530 130 US,* USPO Registered Mail Tracking Numbers From
Offset Bonds:  RR 853 530 130 US  and  held and secured by JACOB LEW, SECRETARY, THE UNITED
STATES DEPARTMENT OF THE TREASURY. Void where prohibited by law.

By:  _____
        Authorized Representative

INTERNAL REVENUE SERVICE          JACOB LEW                         James Coppedge
ATTN: OPERATIONS MGR,             DEPARTMENT OF THE TREASURY        c/o 52 Barkley Court
ACCTS MANAGEMENT 2                1500 PENNSYLVANIA AVENUE N.W.     Dover, Delaware
ANNA S. MEDLOCK                   WASHINGTON, D.C. 20220            Non Domestic w/o US
P.O BOX 149338
AUSTIN, TX 78714-93338

Date: June 17, 2016

1

4.      The Fiduciary shall have ten (10) days from the Date of Delivery specified on United States Postal Service Form 3811, to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated, along with the documented lawful reasons for the dishonor, will stipulate the Fiduciary's commercial acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

5.      All communication shall be sent by United States Certified Mail to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept post at the said postal location only.

6.      This Bond shall be ledgered as an asset to the benefit of THE UNITED STATES DEPARTMENT OF THE TREASURY.

7.      This Bond expires at 11:59:59 PM, Date. 06/14/2026.  Void where prohibited by law.

Signed on this the Date: 06/17/2016 .

By:  James Coppedge, Secured Party Creditor
Private Offset Account, Pass-through Account, SS# 210342201
Care Of: 52 Barkley Court
Dover, Delaware [19904]
Non Domestic without the US


USPO Registered Mail Number Registered Mail# RA 683 515 657 US. Date: 06/23/2016.
Date of Issuance:  JUNE 17, 2016
Date of Expiration:  JUNE 14, 2026
Bond Number: RR 853 530 130 US  and RR 853 530 143 US

Negotiable
Note Number: RA 683 515 657 US
#0144



1607-075

# SHERIFF SALE

By Virtue of a Writ of Decree Will be exposed to

# PUBLIC SALE

Wednesday, July 20, 2016
at 9:00 A.M.E.S.T.

The First District Plaza, 3801 Market Street
Philadelphia, PA 19104

13 Ward   15' 6" X IRR.EG       2613 West Erie Avenue
As fully described in the title report

James Coppedge

$2,595.00
C.P. 1507T0144

**JEWELL WILLIAMS, Sheriff**
**Richard Iyer, Real Estate Supv.**
Captain Richard Ferrecchio, Real Estate Deputy
Land Title Building, 100 South Broad Street 5th Floor, 686-3535

Under Provisions of Act of assembly of May 16, 1928. P.L. 207, as amended, which provides that
purchaser takes property free and clear of incumbrances. subject only to rights of redemption.

# NOTICE:

A schedule of distribution will be on file in the office of the Sheriff, 100 South Broad Street 5th Floor. thirty (30) days
after date of sale, and distribution will be made in accordance with that schedule unless exceptions are filed in writing
within ten (10) days thereafter with the Sheriff.

Form **1040-V**

**Payment Voucher**

OMB No. 1545-0074

**2015**

Department of the Treasury
Internal Revenue Service

▶ Do not staple or attach this voucher to your payment or return.

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | Dollars | Cents |
|---|---|---|---|---|
| 210-~~~~~-2201 | | | $ 2595 | 00 |

| 4 Your first name and initial | Last name |
|---|---|
| JAMES | COPPEDGE |
| If a joint return, spouse's first name and initial | Last name |
| | |

| Home address (number and street) | Apt. no. | City, town or post office, state, and ZIP code (if a foreign address, also complete spaces below.) |
|---|---|---|
| 2113 W. ERIE AVE | | PHILA PA 19140 |
| Foreign country name | Foreign province/state/county | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

---

COPY

BACK

Accepted for Value Exempt from Levy Exemption # ~~~~~ 2201 SSN: 210-~~~-2201

Acct # C.P. 150770144
Deposit to the United States Treasury. Credit the same to: C.P. 150770144
Address: 2113 W. Erie Ave Phila, PA 19140
For James Coppedge
Returned for Value, Settlement, and Discharge of this Accounting.

By James Coppedge Authorized Representative Without Recourse

**Form 56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |
| --- | --- |

Name of person for whom you are acting (as shown on the tax return)
**JAMES COPPEDGE TRUST**c/o MINISTER JAMES COPPEDGE

Identifying number
20-366525 1721 0512201

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**52 BARKLEY COURT**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**DOVER, DELAWARE [19904]**

Fiduciary's name
**JACOB LEW, SECRETARY OF THE UNITED STATES TREASURY**

Address of fiduciary (number, street, and room or suite no.)
**1500 PENNSYLVANIA AVENUE N.W.**

City or town, state, and ZIP code
**WASHINGTON, D.C. 20220**

Telephone number (optional)
(     )

## Section A.  Authority

1 Authority for fiduciary relationship. Check applicable box:
a ☐ Court appointment of testate estate (valid will exists)
b ☐ Court appointment of intestate estate (no valid will exists)
c ☐ Court appointment as guardian or conservator
d ☐ Valid trust instrument and amendments
e ☐ Bankruptcy or assignment for the benefit or creditors
f ☐ Other. Describe ▶ Birth Right/UCC# 2009 0491016 AMENDMENT32013 4557337 SEV: 13132817. 11/19/2013
2a If box 1a or 1b is checked, enter the date of death ▶
b If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

3 Type of taxes (check all that apply): ☒ Income   ☐ Gift ☒ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☐ Other (describe) ▶

4 Federal tax form number (check all that apply): a☐ 706 series   b☐ 709   c☐ 940   d☐ 941, 943, 944
e☒ 1040, 1040-A, or 1040-EZ   f☒ 1041   g☐ 1120   h☐ Other (list) ▶

5 If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶    **Age 18 year 1962 to present**

6 If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box   . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
| --- | --- | --- | --- |
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2015)

Form 56 (Rev. 12-2015)                                                                                                    Page **2**

**Part II**   **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:
**a**   ☐ Court order revoking fiduciary authority
**b**   ☐ Certificate of dissolution or termination of a business entity
**c**   ☐ Other. Describe ▶ ----------------------------------------------------------------------------------------

### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . ▶ ☐
**b**   Specify to whom granted, date, and address, including ZIP code.
▶ ----------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . ▶ ☐
▶ ----------------------------------------------------------------------------------------

**Part III**   **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | ☐ a.m.  ☐ p.m. | Place of other proceedings |
|---|---|---|---|---|

**Part IV**   **Signature**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please**
**Sign**
**Here**

▶ *By James Coppedge*                             *James Coppedge Trustee*
Fiduciary's signature                        *Authorized Representative  6/23/2016*
                                              Title, if applicable          Date

Form **56** (Rev. 12-2015)

*James Coppedge Trust*
*c/o Minister James Coppedge*

*Bob Sgn Jr  6/23/2016*
*NOTARY*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Ronald Hargust Jr., Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Dec. 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

VERIFICATION -2113 W. ERIE AVE 19140

I, the undersigned, do certify and affirm that the foregoing Petition for Extraordinary Relief is true and correct to the best of my knowledge, understanding, belief, and unlimited commercial liability.

06/24/2016

By James Coppedge, sui juris
Authorized Representative on
Behalf of the CORPORATE ISSUE:
JAMES COPPEDGE, DEBTOR ©Ens legis
c/o 52 Barkley Ct
Dover, Delaware near 19904

CERTIFICATION OF SERVICE

I, certify that a true and correct copy of the foregoing Petition for Extraordinary Relief Pending Processing of the Note was served to the following parties in the manner indicated below on this _24_ day of June 2016.

By: Registered U.S. Mail:   RA 683 515 657 US

TO:  INTERNAL REVENUE SERVICE
ATTN:  OPERATIONAL MGR.
ACCTS MANAGEMENT 2
ANNA S. MEDLOCK OR ASSIGN
P. O. BOX 149338
AUSTIN, TX 78714-9338

By:  Regular U.S. Mail.

 PHILADELPHIA DEPARTMENT OF REVENUE
 ATTN:  Frank Breslin, Revenue Commissioner
 1401 JFK BLVD , 5TH FLOOR, ROOM 580
 PHILADELPHIA, PA 19102

By: Regular U.S. Mal.

PHILADELPHIA SHERIFF'S OFFICE
ATTN: JEWELL WILLIAMS, Sheriff
Richard Tyer, Real Estate Supv.
Captain Richard Verrecchio, Real Estate Deputy
Land title Building, 100 South Broad Street 5th Floor
(215) 686-3535

By James Coppedge, sui juris
Authorized Representative on
Behalf of the CORPORATE ISSUE:
JAMES COPPEDGE, DEBTOR ©Ens legis
c/o 52 Barkley Ct
Dover, Delaware near 19904

**Registered No.** RB382512214US

**Date Stamp**
0936
02

| Postage $ | $1.57 | Extra Services & Fees *(continued)* |
|---|---|---|
| Extra Services & Fees | $12.50 | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt *(hardcopy)* $ | $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt *(electronic)* $ | $0.00 | |
| ☐ Restricted Delivery $ | $0.00 | **Total Postage & Fees** $ $14.07 |
| Customer Must Declare Full Value $21.00 $ | | Received by 06/25/2016 |

To Be Completed By Post Office

CHESWOLD, DE 19936

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

FROM  JAMES COPPEDGE
52 BARKLEY CT
DOVER DE 19904
19936
To: IRS, ATTN: Operation MGR

TO  account management 2
AUSTIN TX 78714  gca, P.O. Box 149
Pennal
BOX 149338
AUSTIN TX 78714-9338

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

NOTICE OF BAR CODE CORRECTION
FROM: RA 683 515 657 US TO RB 382 512 214 US

REFERENCE CASE NO. C. P. 1507T0144.  FEDERAL MISCELLANEOUS

FILING  No. 16-MC-141  Date: 06/24/16 Certified.

IN THE SUPERIOR COURT OF PENNSYLVANIA
OFFICE OF THE PROTHONOTARY
530  WALNUT STREET
THIRD FLOOR, SUITE 313
PHILADELPHIA, PENNSYLVANIA 19106

James Coppedge,
Attorney-In-Fact
52 Barkley Ct
Dover, Delaware 19904
On behalf of :

JAMES COPPEDGE TRUST
c/o MINISTER JAMES COPPEDGE
52 BARKLEY CT
DOVER, DELAWARE [19904]
EIN: 26-2865251

RE: CITY OF PHILADELPHIA  v. Coppedge, J.
No. 50 EDM 2016/Docket No.: 1109 EDA 2016
Trial Court Docket No. 1507T0144                    Date  06/25/16

**NOTICE OF STAY FROM U.S. DISTRICT COURT, EASTERM DISTRICT OF
PENNSYLVANIASTAY FOR EXTRAORDINARY RELIEF PENDING U.S.
DEPARTMENT OF THE TREASRY SETTLEMENT/DISCHARGE OF THE TAX
ACCOUNTING.  [See attachments]**

To: Michael A. DiPasquale, Esq.
     Deputy Prothonotary:

Please honor the enclosed attachments for the settlement/discharge of the tax accounting without
controversy.

WITHOUT PREJUDICE OR RECOURSE
All Rights Reserved
By:
By: James Coppedge, J.D./M.D.iv., sui juris
Authorized Representative & Secured Party Creditor
Attorney-In-Fact on behalf of:  JAMESCOPPEDGE, DEBTOR ©
Ens legis a/k/a  JAMES COPPEDGE TRUST
**c/o MINISTER JAMES COPPEDGE
DOVER, DELAWARE 19904**

1

# AFFIDAVIT OF NOTARY PRESENTMENT

State of _Delaware_ )
County of _Kent_ ) ss,

# CERTIFICATION OF MAILING

On this _25_ day of _June 2016_, for the purpose of verification, I, _William J. McDoyle, sr_
the undersigned Notary Public, being commissioned in the County and State noted above, do certify that I
personally verified that the following documents listed below were placed in an envelope and sealed by me.
They were sent by United States Post Office Registered Mail receipt number _RA 683 515 657 US_ to:

_A NOTICE OF CORRECTION_
_OF BAR CODE TO_
_RB 382 512 214 US_

INTERNAL REVENUE SERVICE
ATTN: OPERATIONS MGR.
ACCTS MANAGEMENT 2
ANNA S. MEDLOCK OR ASSIGN
P.O. BOX 149338
AUSTIN, TX 78714-93338

<u>Number of Pages</u>

1. NOTARY PRESENTMENT
2. PRE-OFFSET NOTICE FOR BALANCED BOOK ADJUSTMENT
3. REGISTERED BONDED PROMISSORY NOTE – BOND NO. RR 853 530 130 US
4. STATEMENT OF ACCOUNT (Stamped Accepted for Value on Front and Back)
5. IRS FORM 1040V (Stamped Accepted for Value on the Back)
6. IRS FORM 56

WITNESS my hand and official seal.

_____     _6-25-2016_            (Seal)
NOTARY PUBLIC                      DATE

My commission expires: _9-18_ , 20 _17_

1

**ADDITIONAL CERTIFICATION OF SERVICE**

RE:  CA NO. 1507T0144/Docket No.: 1109 EDA 2016/50 EDM 2016

Property Location: 2113 W. ERIE AVENE  19140

I, James Coppedge, Attorney-In-Fact on behalf of JAME COPPEDGE, DEBTOR ©Ens legis  do certify that a true and correct copy of the foregoing Notice of Stay from the U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA pending stettlement/discharge of the TAX Account for said property was served upon the additional parties on this 27 day of June 2016 as indicated in the following manner below:

By:  U.S. REGULAR MAIL

SUPERIOR COURT OF PENNSYLVANIA
OFFICE OF THE PROTHONOTARY
ATTN: Michael A. DiPasquale, Esq.
Deputy Prothonotary
530 WALNUT STREET, STS 315
PHILADELPHIA, PA 19106

By: U.S. REGULAR MAIL

CITY OF PHILADELPHIA
COURT OF COMMON PLEAS
CITY OF PHILADELPHIA
LAW DEPARTMENT
ATTN:  James J. Zwolak  and /or
Jon-Michael Olson, Esq.
1401 JFK BLVD, MSB 5th Floor, Rm 580
PHILADELPHIA, PA 19102

By:  U.S. REGULAR MAIL
CITY OF PHILADELPHIA
CLERK OF CLERK OF COURT
For the Honorable Judge L. Carpenter
231 CITY HALL, ROOM 232
PHILADELPHIA, PA 191012

WITHOUT PREJUDICE
All Rights Reserved
By:
By: James Coppedge, J.D. sui juris

1

Authorized Representative &
Secured Party Creditor
Attorney-In-Fact on behalf of
JAMESCOPPEDGE, DEBTOR ©
Ens legis a/k/a

JAMES COPPEDGE TRUST
**c/o MINISTER JAMES COPPEDGE**
**52 BARKLEY CT**
**DOVER, DELAWARE 19904**

**2**

VERIFICATION

I, the undersigned, do certified that the foregoing Petition for Reconsideration is true and correct to the best of my knowledge, understanding and unlimited commercial liability.

CASE No.:  22-cv-679 (JMY)

CERTIFICATION OF SERVICE

I, the undersigned, do certify that the foregoing PETITION FOR RECONSIDERATION was served upon the following parties  as indicated below on this  22  day of  July, 2022 in the manner indicated below:

By U.S. MAIL  Prepaid :

CITY OF PHILADELPHIA
LAW DEPARTMENT
ATTN:   JAMES J. ZWOLAK, Esq.
DIVISIONAL DEPUTY CITY SOLICITOR
FOR THE CITY OF PHILADELPHIA /
DEPARTMENT OF REVENUE
1401 JFK BLVD, 5TH Floor
PHILA., PA 19102


SAM SCAVUZZO, ESQ.
ASST. CITY SOLICITOR
ATTORNEY ID # 322550
CITY OF PHILA
LAW DEPT
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PA
ATTN: CLERK OF COURT
601 MARKET ST
PHILADELPHIA, PA 19102

CITY OF PHILA/LAW DEPT
ATTN: MICHAEL PFAUT, ESQ.
DEPUTY CITY SOLICITOR
1515 ARCH ST., 15TH FL
PHILA., PA 19102

Without Prejudice

James Coppedge, J.D. Affiant,
Authorized Representative &
Secured Party Creditor,
Attorney-In-Fact,
        JAMES COPPEDGE,
DEBTOR © Ens legis
Without prejudice, UCC 1-
308, 1-207.4, 1-103.6
c/o James Coppedge
52 Barkley Ct
Dover, Delaware [19904]

James Coppedge
52 Barkley Ct
Dover DE 19904

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®
For Domestic and International Use

Label 107 May 2014

TRACKED
INSURED

7021 2720 0002 2461 3065

U.S. District Court for the
Eastern District of PA
Attn: Clerk of Court
601 Market St.
Philadelphia, PA 19102

U.S.M.S.
X-RAY

RECEIVED
JUL 20 2022



U.S. POSTAGE PAID
MW
CHESWOLD, DE
19936
JUL 19, '22
AMOUNT
$12.70
R2305K13714-01
1021
19102